# DECLARATION OF PERSONAL SERVICE

IN THE MATTER OF:
MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, AND HAO LIANG,

V.

WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., AND SOUTH CHINA INVESTMENT INC.

CASE NUMBER C 07 4946

PERSONAL SERVICE ON RAYMOND TSE

On September 27, 2007, at 10:35 a.m. I served Raymond Tse in the lobby of his office at 555 Montgomery Street, San Francisco, CA 94111. Mr. Tse was identified by a photo and by the security guard ( Mike Ledbetter) of the building.
Raymond Tse walked into the main lobby at 555 Montgomery Street, San Francisco. I identified him from a picture and the security guard at the building as being Raymond Tse. As Mr. Tse walked toward the elevators, I called his name and he turned around and said, "Yes." I handed him the court papers and advised him that he was served. Mr. Tse wouldn't take the papers. I put the papers under his right arm, and again told him that he was served. I turned around and walked away.
The service was witnessed by the security guard (Mike Ledbetter). The service was also videotaped by the building security cameras.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 27, 2007, at: 10:35 a.m. San Francisco, California.

Signature *Glen Alberigi*
Glen Alberigi

I am a California Registered Process Server.
Glen Alberigi Registration number #144
530 Alameda del Prado, Suite #302
Novato, CA 94949
(415) 382-9100

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]  
DATE 9/27/07

Name of SERVER: Glen Alberigi  
TITLE: Process Server.

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
1) Summons in a Civil Case
2) Complaint and request for Jury Trial
3) Order Setting Case Management Conference
4) Supplement Order to Order Setting Case Management Conference in Civil Case before Judge William Alsup
5) Civil Cover Sheet
6) Notice of Availability of Magistrate Judge To Exercise Jurisdiction
7) U.S. District Court Northern District of California ECF Registration Information Handout
8) Certificate of Interested Entities or Persons
9) Administrative Motion To Consider Whether Case Should be related
10) Welcome to The District Court, San Francisco

Place Where Served:
— 555 Montgomery Street San Francisco, CA 94111.
Service was made in the main Lobby of The building.

## STATEMENT OF SERVICE FEES

TRAVEL | SERVICES | TOTAL $575.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 27, 2007  
Date

Signature of Server: Glen Alberigi

Address of Server:  
Glen Alberigi #144  
Registered Process Server  
530 Alameda del Prado #302  
Novato, CA 94949  Marin County  
(415) 382-9100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure