CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
         swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-4946 WHA<br><br>**DECLARATION OF CHRISTOPHER COOKE REGARDING SERVICE ON WEI-MAN "RAYMOND" TSE** |

I, CHRISTOPHER COOKE DECLARE AND STATE:

1.    I am attorney in California and am appearing for the plaintiffs in this matter.  I make this declaration of my own personal knowledge.

2.    I am employed in San Mateo, California, am over the age of eighteen years, and am not a party to the above-captioned action. My business address is 177 Bovet Road, Suite 600, San Mateo, CA 94402. On the date set forth below, I caused the following documents:

Summons in a Civil Case

Complaint and Request for Jury Trial

Order Setting Case Management Conference

Supplemental Order to Order Setting Case Management Conference in Civil Cases Before Judge William Alsup

Civil Cover Sheet

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

U.S. District Court Northern District of California ECF Registration Information Handout

Certificate of Interested Entities or Persons

Administrative Motion to Consider Whether Cases Should be Related

Welcome to the U.S. District Court, San Francisco

to be served on the parties listed below by the following manner:

[X]    **(By Mail)** By placing a true and correct copy of the referenced documents, enclosed in a sealed envelope addressed as stated below, with first class postage thereon fully prepaid, for collection and mailing on the date set forth herein following ordinary business practices, in the United States Mail, San Mateo, California

Raymond Tse  
555 Montgomery Street, Suite 610  
San Francisco, CA 94111

3.    I sent Mr. Tse these documents by mail on October 2, 2007 even though a licensed private investigator and registered process server, Glen Alberigi, had previously served copies of the same documents on Mr. Tse on September 27, 2007 because Mr. Alberigi reported to me that Mr. Tse dropped the documents on the floor after Mr. Alberigi handed them to Mr. Tse, and because today I received a set of these same documents in the mail accompanied by an anonymous note stating "We found this on the floor," in an envelope with a

- 3 -

1 return address for the United Commercial Bank, 555 Montgomery Street, San Francisco, CA
2 94111.  I have reason to believe that the foregoing address is a valid business address for Mr.
3 Tse because 555 Montgomery Street is the address at which Mr. Tse was served by Mr.
4 Alberigi on September 27 (in the lobby of the building), and, I am informed and believe that
5 Mr. Tse uses the offices located in Suite 610 at this address.

   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on October 2, 2007.

                                                                    /S/
                                                        CHRISTOPHER COOKE