STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223380   **PROOF OF SERVICE OF SUMMONS**   Case No.: C07-4946 WHA

1. At the time of service I was at least eighteen years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT REQUEST FOR JURY TRIAL; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS

3. a. Party served : VICTOR SO

4. Address where the party was served:
   Legendary Palace
   708 Franklin Street
   Oakland, CA

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: October 5, 2007 (2) at: 3:33 PM

**PROOF OF SERVICE OF SUMMONS**

6. The "Notice to the Person Served" (on the summons) was completed as follows:


7. Person who served papers:
   a. ERNEST B. FOXMAN
   b. SPECIALIZED LEGAL SERVICES, INC.
      1112 Bryant Street, Suite 200
      San Francisco, CA 94103
   c. Telephone number: (415) 357-0500
   d. The fee for service was: $70.00
   e. I am:
      (3) a registered California process server:
         (i) owner, employee or independent contractor
         (ii) Registration no.: 786
         (iii) County: San Francisco


8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: October 5, 2007

ERNEST B. FOXMAN

POS-010 Rev. January 1, 2007                                                                 223380

**PROOF OF SERVICE OF SUMMONS**