STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222685      *    **PROOF OF SERVICE**    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED
ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL
ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES
BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO
EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE
MAGISTRATE JUDGE NANDOR J. VADAS

in the within action by personally delivering true copies thereof to the
person named below, as follows:

        Party served   : MOLLY LAU

        By serving     : May Lau, Co-Occupant

        Address        : (Home)
                         171 Seville Street
                         San Francisco, CA 94112

        Date of Service: October 9, 2007

        Time of Service: 6:25 PM

Person who served papers:
RAYMOND A. DUKE                    Fee for service: $150.00
SPECIALIZED LEGAL SERVICES, INC.   Registered California process server.
1112 Bryant Street, Suite 200      (i) Employee or Independent Contractor
San Francisco, CA 94103            (ii) Registration no.: 953
Telephone: (415) 357-0500          (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: October 11, 2007            Signature _____