```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222685            **DECLARATION OF MAILING**     Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California , addressed as follows:

```
            MOLLY LAU

            (Home)
            171 Seville Street
            San Francisco, CA 94112


            Date of Mailing: October 10, 2007
```

Person who served papers:
RAYMOND A. DUKE                          Fee for service: $150.00
SPECIALIZED LEGAL SERVICES, INC.         Registered California process server.
1112 Bryant Street, Suite 200            (i) Employee or Independent Contractor
San Francisco, CA 94103                  (ii) Registration no.: 953
Telephone: (415) 357-0500                (iii) County: San Francisco


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 10, 2007                   Signature _____