CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
            swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS WEI-MAN RAYMOND TSE, JIAN XIAO, AND VICTOR SO UNDER FED. R. CIV. P. 55(a)** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs hereby apply for the entry of a default by the Clerk against Defendants Wei-Man Raymond Tse, Jian Xiao, and Victor So.  As shown by the Declaration of Stephen S. Wu filed herewith in support of this Request ("Wu Declaration"), the Plaintiffs filed their Complaint on September 24, 2007.  Moreover, the Complaint and Summons were served (1) on Defendant Wei-Man Raymond Tse on September 27, 2007, (2) on Defendant

1  Jian Xiao on October 1, 2007, and (3) on Defendant Victor So on October 5, 2007. Under Fed.
2  R. Civ. P. 12, the Defendants must serve an Answer or other response to the Complaint within
3  twenty days from the date they were served with the Complaint and Summons.

4      Defendant Wei-Man Raymond Tse's Answer or other response to the Complaint was due
5  by October 17, 2007. Defendant Jian Xiao's Answer or other response to the Complaint was due
6  by October 22, 2007. Defendant Victor So's Answer or other response to the Complaint was due
7  by October 25, 2007.

8      As shown by the Wu Declaration, as of 9 am on Tuesday, November 5, 2007, none of the
9  Defendants has filed an Answer or other response to the Complaint. In addition, Plaintiffs'
10 counsel has not received from Defendants Tse, Xiao, or So an Answer or other response to the
11 Complaint in the mail, by fax, by email, or any other means.

12     For the foregoing reasons, pursuant to Fed. R. Civ. P. 55(a), Plaintiffs respectfully
13 request that the Clerk enter a default against Defendants Wei-Man Raymond Tse, Jian Xiao, and
14 Victor So.

Respectfully Submitted,

COOKE, KOBRICK, & WU LLP

Dated: November 5, 2007

By: _____
    STEPHEN S. WU
    Attorneys for Plaintiffs