CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
          swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br>                    Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS WEI-MAN RAYMOND TSE, JIAN XIAO, AND VICTOR SO UNDER FED. R. CIV. P. 55(a)** |

        I, Stephen S. Wu, declare:

        1.      I am one of the attorneys for Plaintiffs in this action.  I make this declaration in support of Plaintiffs' Request for Entry of Default Against Defendants Wei-Man Raymond Tse, Jian Xiao, and Victor So Under Fed. R. Civ. P. 55(a).

2.      On September 24, 2007, I caused Plaintiffs' Complaint in this case to be filed with this Court.  Wei-Man Raymond Tse, Jian Xiao, and Victor So are all defendants in this case.

3.      On September 27, 2007, the Complaint, Summons, and other documents required to be served were served on Wei-Man Raymond Tse.  This is shown in the Declaration of Personal Service of Glen Alberigi that was e-filed on October 1, 2007 (Docket, Document 6).  I attach hereto as Exhibit A a copy of the Declaration of Personal Service on Mr. Tse.  In addition, Christopher Cooke, counsel for Plaintiffs, mailed to Mr. Tse at his business address an extra copy of the Summons, Complaint, and other materials served personally on Mr. Tse, because Mr. Tse had dropped the papers after Mr. Alberigi handed them to Mr. Tse.  I attach hereto as Exhibit B a copy of the Declaration of Christopher Cooke Regarding Service on Wei-Man "Raymond" Tse.

4.      On October 1, 2007, the Complaint, Summons, and other documents required to be served were served on Jian Xiao.  This is shown in the Proof of Service that was e-filed on October 4, 2007 (Docket, Document 8).  I attach hereto as Exhibit C a copy of the Proof of Service on Mr. Xiao.

5.      On October 5, 2007, the Complaint, Summons, and other documents required to be served were served on Victor So.  This is shown in the Proof of Service of Summons that was e-filed on October 12, 2007 (Docket, Document 11).  I attach hereto as Exhibit D a copy of the Proof of Service on Mr. So.

6.      On November 5, 2007 at 9:00 a.m., I checked the docket of this case through PACER, and it reflects that no Answer or other response to the Complaint has been filed by any of the defendants.  The docket also reflects that no defendant has entered an appearance in this case.  I printed the docket entries and list of appearances from PACER as of 9:00 a.m. on November 5, 2007 and attach them hereto as Exhibit E.

7.      In addition, this is an e-filing case.  I am registered in this district for e-filing and have received electronic notices from the Court of filings in this case.  As of 9:00 a.m. on November 5, 2007, I have received no electronic notices from the Court that an Answer, other

1   response to the Complaint, or any other document has been filed by Defendants Tse, Xiao, and
2   So.  Finally, as of 9:00 a.m. on November 5, 2007, I have not received from Defendants Tse,
3   Xiao, or So an Answer or other response to the Complaint in the mail, by fax, by email, or in any
4   other form.

5          I declare under penalty of perjury under the laws of the United States and of the State of
6   California that the foregoing is true and correct.  Executed on November 5, 2007.

7
8                                             _____
9                                                   STEPHEN S. WU

## EXHIBIT A

# DECLARATION OF PERSONAL SERVICE

IN THE MATTER OF:

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, AND HAO LIANG,

V.

WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., AND SOUTH CHINA INVESTMENT INC.

CASE NUMBER C 07 4946

PERSONAL SERVICE ON RAYMOND TSE

On September 27, 2007, at 10:35 a.m. I served Raymond Tse in the lobby of his office at 555 Montgomery Street, San Francisco, CA 94111. Mr. Tse was identified by a photo and by the security guard ( Mike Ledbetter) of the building.
Raymond Tse walked into the main lobby at 555 Montgomery Street, San Francisco. I identified him from a picture and the security guard at the building as being Raymond Tse. As Mr. Tse walked toward the elevators, I called his name and he turned around and said, "Yes." I handed him the court papers and advised him that he was served. Mr. Tse wouldn't take the papers. I put the papers under his right arm, and again told him that he was served. I turned around and walked away.
The service was witnessed by the security guard (Mike Ledbetter). The service was also videotaped by the building security cameras.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 27, 2007, at: 10:35 a.m. San Francisco, California.

Signature _Glen Alberigi_
Glen Alberigi

I am a California Registered Process Server.
Glen Alberigi Registration number #144
530 Alameda del Prado, Suite #302
Novato, CA 94949
(415) 382-9100

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/27/07 |

| Name of SERVER | TITLE |
|---|---|
| Glen Alberigi | Process Server. |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

1) Summons IN A CIVIL CASE
2) Complaint and request for Jury Trial
3) Order Setting Case Management Conference
4) Supplement Order To Order Setting Case Management Conference in Civil Case before Judge William Alsup
5) Civil Cover Sheet
6) Notice of Availability of Magistrate Judge To Exercise Jurisdiction
7) U.S. District Court Northern District of California ECF Registration Information Handout
8) Certificate of Interested Entities or Persons
9) Administrative Motion To Consider Weather Case Should be related
10) Welcome to The District Court, San Francisco

Place Where Served:
— 555 Montgomery Street San Francisco, CA 94111.
Service was made in the main Lobby of The building.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $575.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept. 27, 2007
.  Date

Glen Alberigi
Signature of Server

Glen Alberigi #144
Registered Process Server
~~535 Alameda del Prado #302~~
Novato, CA 94949 Marin County
(415) 382-9100
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

EXHIBIT B

CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
          swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br>                    Defendants. | Case No.: C-07-4946 WHA<br><br>**DECLARATION OF CHRISTOPHER COOKE REGARDING SERVICE ON WEI-MAN "RAYMOND" TSE** |

I, CHRISTOPHER COOKE DECLARE AND STATE:

1.      I am attorney in California and am appearing for the plaintiffs in this matter.  I make this declaration of my own personal knowledge.

2.      I am employed in San Mateo, California, am over the age of eighteen years, and am not a party to the above-captioned action.  My business address is 177 Bovet Road, Suite 600, San Mateo, CA 94402.  On the date set forth below, I caused the following documents:

Summons in a Civil Case

Complaint and Request for Jury Trial

Order Setting Case Management Conference

Supplemental Order to Order Setting Case Management Conference in Civil Cases Before Judge William Alsup

Civil Cover Sheet

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

U.S. District Court Northern District of California ECF Registration Information

Handout

Certificate of Interested Entities or Persons

Administrative Motion to Consider Whether Cases Should be Related

Welcome to the U.S. District Court, San Francisco

to be served on the parties listed below by the following manner:

[X]     **(By Mail)**  By placing a true and correct copy of the referenced documents, enclosed in a sealed envelope addressed as stated below, with first class postage thereon fully prepaid, for collection and mailing on the date set forth herein following ordinary business practices, in the United States Mail, San Mateo, California

Raymond Tse
555 Montgomery Street, Suite 610
San Francisco, CA 94111

3.      I sent Mr. Tse these documents by mail on October 2, 2007 even though a licensed private investigator and registered process server, Glen Alberigi, had previously served copies of the same documents on Mr. Tse on September 27, 2007 because Mr. Alberigi reported to me that Mr. Tse dropped the documents on the floor after Mr. Alberigi handed them to Mr. Tse, and because today I received a set of these same documents in the mail accompanied by an anonymous note stating "We found this on the floor," in an envelope with a

return address for the United Commercial Bank, 555 Montgomery Street, San Francisco, CA 94111.  I have reason to believe that the foregoing address is a valid business address for Mr. Tse because 555 Montgomery Street is the address at which Mr. Tse was served by Mr. Alberigi on September 27 (in the lobby of the building), and, I am informed and believe that Mr. Tse uses the offices located in Suite 610 at this address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 2, 2007.


_____
/S/
CHRISTOPHER COOKE

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

**EXHIBIT C**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222687    *    **PROOF OF SERVICE**    *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS

in the within action by personally delivering true copies thereof to the person named below, as follows:

        Party served    :  JIAN XIAO

        By serving      :  Jian Xiao, Personally

        Address         :  (Home)
                           737 Chester Street
                           Oakland, CA

        Date of Service:  October 1, 2007

        Time of Service:  7:42 PM

Person who served papers:
ERNEST B. FOXMAN                        Fee for service: $240.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 786
Telephone: (415) 357-0500               (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 2, 2007                   Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.


Defendant : WEI-MAN RAYMOND TSE, et al.


Ref#: 223380   **PROOF OF SERVICE OF SUMMONS**   Case No.: C07-4946 WHA

1.  At the time of service I was at least eighteen years of age and not a party
    to this action.

2.  I served copies of:
    SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT REQUEST FOR JURY
    TRIAL; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
    CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT
    COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
    ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT
    CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF
    AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION
    INFORMATION HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS

3.  a. Party served  : VICTOR SO

4.  Address where the party was served:
                    Legendary Palace
                    708 Franklin Street
                    Oakland, CA

5.  I served the party
    a.  by personal service. I personally delivered the documents listed in item
        2  to the party or person authorized to receive service of process for
        the party (1) on: October 5, 2007 (2) at:  3:33 PM


**PROOF OF SERVICE OF SUMMONS**

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers:
   a. ERNEST B. FOXMAN
   b. SPECIALIZED LEGAL SERVICES, INC.
      1112 Bryant Street, Suite 200
      San Francisco, CA 94103
   c. Telephone number: (415) 357-0500
   d. The fee for service was: $70.00
   e. I am:
      (3) a registered California process server:
          (i) owner, employee or independent contractor
          (ii) Registration no.: 786
          (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 5, 2007

ERNEST B. FOXMAN

POS-010 Rev. January 1, 2007                                    223380

## PROOF OF SERVICE OF SUMMONS

Case 3:07-cv-04946-JSW    Document EXHIBIT Filed 11/05/2007    Page 12 of 16

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04946-JSW

| | |
|---|---|
| Zhang et al v. Tse et al | Date Filed: 09/24/2007 |
| Assigned to: Hon. Jeffrey S. White | Jury Demand: Plaintiff |
| Demand: $300,000 | Nature of Suit: 470 Racketeer/Corrupt |
| Relate Case Case: 3:05-cv-02641-JSW | Organization |
| Cause: 18:1961 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**Mei-Fang Lisa Zhang**                    represented by    **Christopher Charles Cooke**
Cooke Kobrick & Wu LLP
177 Bovet Road
Suite 600
San Mateo, CA 94402
650-638-2370
Fax: 650-341-1395
Email: ccooke@ckwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
Cooke Kobrick & Wu LLP
177 Bovet Rd., Suite 600
San Mateo, CA 94402
650-638-2370
Fax: 650-341-1395
Email: swu@ckwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bay Area Affordable Housing, LLC**       represented by    **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xue-Huan Gao**                           represented by    **Christopher Charles Cooke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yang-Chun Zhang**                    represented by **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Jian Deng**                    represented by **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hao Liang**                    represented by **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wei-Man Raymond Tse**

**Defendant**

**Run Ping Zhou**
*also known as*

Flora Zhou

**Defendant**

**Theresa Wong**

**Defendant**

**James Yu**

**Defendant**

**Bill Shu Wai Ma**

**Defendant**

**Molly Lau**

**Defendant**

**Victor So**

**Defendant**

**Jian Xiao**

**Defendant**

**Christ Investment Service Inc.**

**Defendant**

**CIS Service, Inc.**

**Defendant**

**Pacific Best Group Ltd.**
*also known as*
Pacific Best Company Ltd.

**Defendant**

**South China Investments, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | COMPLAINT and DEMAND FOR JURY TRIAL against Wei-Man Raymond Tse, Run Ping Zhou, Theresa Wong, James Yu, Bill Shu Wai Ma, Molly Lau, Victor So, Jian Xiao, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Group Ltd., South China Investments, Inc. ( Filing fee $ 350, receipt number 34611010780.). Filed byYang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
| 09/24/2007 | | Summons Issued as to Wei-Man Raymond Tse, Run Ping Zhou, Theresa Wong, James Yu, Bill Shu Wai Ma, Molly Lau, Victor So, Jian Xiao, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Group Ltd., South China Investments, Inc.. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |

| 09/24/2007 | 2 | Certificate of Interested Entities or Persons by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
|---|---|---|
| 09/24/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 12/27/2007. Case Management Conference set for 1/3/2008 11:00 AM. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/24/2007 | 4 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 3 ADR Scheduling Order (Attachments: # 1 Standing Order)(sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/24/2007 | 5 | MOTION to Relate Case. Case 05-2641 JSW, filed by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
| 09/24/2007 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 10/01/2007 | 6 | SUMMONS Returned Executed by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. Wei-Man Raymond Tse served on 9/27/2007, answer due 10/17/2007. (Cooke, Christopher) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/02/2007 | 7 | CERTIFICATE OF SERVICE by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao re 6 Summons Returned Executed *Declaration of Christopher Cooke regarding Service on Wei-Man "Raymond" Tse* (Cooke, Christopher) (Filed on 10/2/2007) (Entered: 10/02/2007) |
| 10/04/2007 | 8 | SUMMONS Returned Executed by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. Jian Xiao served on 10/1/2007, answer due 10/22/2007. *(Proof of Service by Registered Process Server)* (Cooke, Christopher) (Filed on 10/4/2007) (Entered: 10/04/2007) |
| 10/10/2007 | 9 | ORDER by Judge Jeffrey S. White granting 5 Motion to Relate Case (jjo, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/10/2007 | | Case Reassigned to Judge Jeffrey S. White. Judge William H. Alsup no longer assigned to the case. (as, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/10/2007 | 10 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 1/11/2008 01:30 PM. Case Management Statement due by 1/4/2008.. Signed by Judge Jeffrey S. White on 10/10/07. (jjo, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/12/2007 | 11 | SUMMONS Returned Executed by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. Victor So served on 10/5/2007, answer due 10/25/2007. *(Proof of Personal Service by Process Server)* (Cooke, Christopher) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/22/2007 | 12 | SUMMONS Returned Executed by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao. Molly Lau |

| | | |
|---|---|---|
| | | served on 10/9/2007, answer due 10/29/2007. *(Proof of Service)* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/22/2007 | 13 | CERTIFICATE OF SERVICE by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao re 12 Summons Returned Executed, *Declaration re Diligence by Raymond A. Duke* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/22/2007 | 14 | CERTIFICATE OF SERVICE by Yang-Chun Zhang, Carol Jian Deng, Hao Liang, Mei-Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue-Huan Gao re 12 Summons Returned Executed, 13 Certificate of Service, *Declaration of Mailing* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/30/2007 | | Received Document Letter dated 10/23/07 by Molly Lau. (hdj, COURT STAFF) (Filed on 10/30/2007) (Entered: 11/01/2007) |