1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4          swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | MEI-FANG LISA ZHANG, BAY AREA        ) Case No.:  C-07-04946 JSW
   | AFFORDABLE HOUSING, LLC, XUE-        ) (Related to C-05-02641 JSW)
13 | HUAN GAO, YANG-CHUN ZHANG,           )
   | CAROL JIAN DENG, and HAO LIANG,      ) **PROOF OF SERVICE**
14 |                                      )
   |                                      )
15 |           Plaintiffs,                 )
   |                                      )
16 |     vs.                              )
   |                                      )
17 | WEI-MAN RAYMOND TSE, RUN PING        )
   | ZHOU a.k.a. FLORA ZHOU, THERESA      )
18 | WONG, JAMES YU, BILL SHU WAI MA,     )
   | MOLLY LAU, VICTOR SO, JIAN XIAO,     )
19 | CHRIST INVESTMENT SERVICE INC., CIS  )
20 | SERVICE, INC., PACIFIC BEST GROUP    )
   | LTD. a.k.a. PACIFIC BEST COMPANY     )
21 | LTD., and SOUTH CHINA INVESTMENT     )
22 | INC.,                                )
   |                                      )
23 |           Defendants.                )

24

25      I, Stephen S. Wu, declare:

26      I am a resident of the State of Caliornia and over the age of eighteen years, and not a

27 party to the within action.  I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177

28 Bovet Road, Suite 600, San Mateo, CA 94402.

On October 30, 2007, I served Defendants Wei-Man Raymond Tse, Jian Xiao, and Victor So with this PROOF OF SERVICE (dated October 30, 2007), and with the following documents that were e-filed by Plaintiffs in the above case on October 30, 2007:

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS WEI-MAN RAYMOND TSE, JIAN XIAO, AND VICTOR SO UNDER FED. R. CIV. P. 55(A)

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS WEI-MAN RAYMOND TSE, JIAN XIAO, AND VICTOR SO UNDER FED. R. CIV. P. 55(A)

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Mr. Wei-Man Raymond Tse
555 Montgomery Street, Suite 610
San Francisco, CA 94111

Mr. Jian Xiao
737 Chester Street
Oakland, CA 94607

Mr. Victor So
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: November 5, 2007.

_____
STEPHEN S. WU