**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————————

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                              415.522.2000

November 7, 2007

RE:  CV 07-04946 JSW          MEI-FANG LISA ZHANG-v- WEI-MAN RAYMOND TSE

Default is entered as to Wei-Man Raymond Tse, Jian Xiao and Victor So on November 7, 2007.

RICHARD W. WIEKING, Clerk

byHilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89