IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

  v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED**

On October 30, 2007, this Court received a letter dated October 23, 2007, from Defendant, Private First Class Molly Lau, in which she advises the Court that is a member of the United States Army currently serving an overseas tour in Korea. PFC Lau requests that the Court stay these proceedings pursuant to the Servicemember's Civil Relief Act, 50 App. U.S.C. § 522. Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE why this action should not be stayed (1) in its entirety and (2) in the alternative as to PFC Lau. The parties' responses to this Order to Show Cause shall be due on or before December 6, 2007.

Plaintiffs are HEREBY ORDERED to serve a copy of this Order on Defendants, and to file proof of such service by November 15, 2007.

**IT IS SO ORDERED.**

Dated: November 7, 2007

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE