IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007**

On October 30, 2007, this Court received a letter dated October 23, 2007, from Defendant, Private First Class Molly Lau, in which she advises the Court that is a member of the United States Army currently serving an overseas tour in Korea. PFC Lau requests that the Court stay these proceedings pursuant to the Servicemember's Civil Relief Act, 50 App. U.S.C. § 522.

On November 7, 2007, the Court issued an Order to Show Cause directing the parties to show cause why the action not be stayed (1) in its entirety and (2) in the alternative as to PFC Lau. In that Order, the Court ordered Plaintiffs to serve a copy of this Order on Defendants, and to file proof of such service by **November 15, 2007**. Plaintiffs have filed a proof of service that states that they served the Defendants with the November 7, 2007 Order on **November 28, 2007**. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE as to why they failed to comply with the Court's Order. Plaintiffs' response shall be due by no later than **December 6, 2007**. Failure to comply with this Order shall result in sanctions being imposed on Plaintiff's counsel.

1   It is FURTHER ORDERED that because of the apparent delay in serving Defendants, any response to the Order to Show Cause now shall be due by no later than December 21, 2007. Plaintiffs are Ordered to serve a copy of this Order on Defendants **by December 4, 2007, and to file proof of service with the Court with their response to this Order to Show Cause on December 6, 2007.**

**IT IS SO ORDERED.**

Dated: November 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California