CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007** |

By order dated November 29, 2007 ("November 29 Order"), the Court directed plaintiffs to explain why plaintiffs had failed to serve four defendants (Jian Xiao, Wei-Man Tse, Victor So and Molly Lau) with the Court's prior order dated November 7, 2007 ("November 7 Order"). The November 7 Order had directed plaintiffs to show cause on two issues (1) whether the case should be stayed in its entirety or (2) solely as to defendant Molly Lau, because of her apparent

1  status as a member of the United States Army on active duty and stationed in South Korea. The
2  November 7 Order directed plaintiffs to serve a copy of it on the defendants and to file a proof of
3  service with the Court by November 15.

4        As the accompanying declarations of Stephen S. Wu and Christopher Cooke explain,
5  plaintiffs failed to serve these four defendants with a copy of the November 7 Order through
6  inadvertence. Plaintiffs' counsel did not notice the provision in the November 7 Order requiring
7  them to serve it on defendants until November 28, when counsel examined the November 7
8  Order in order to begin preparing a substantive response, which was then due on December 6.
9  To rectify the situation, plaintiffs' counsel immediately served a copy of the November 7 Order
10 on defendants and directed plaintiffs' process servers to serve a copy of it and the new November
11 29 Order, on the remaining unserved defendants. On Friday, November 30, plaintiffs' counsel
12 served the defendants with the November 29 Order. Plaintiffs' counsel apologizes to the Court
13 for this lapse and will take steps to ensure that nothing similar occurs again. From now on, both
14 attorneys working on this matter —Christopher Cooke and Stephen Wu—will review all Court
15 orders as soon as they are issued and will confer with one another to make sure that any similar
16 directives from the Court are promptly followed.

                        Respectfully Submitted,

                        COOKE, KOBRICK, & WU LLP

21 Dated: December 4, 2007

                        /s/
                        By: _____
                            STEPHEN S. WU
                            Attorneys for Plaintiffs