CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
            swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF STEPHEN S. WU IN RESPONSE TO ORDER TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007** |

I, Stephen S. Wu, declare:

1.    I am one of the attorneys for Plaintiffs in this action.  I make this declaration in response to the Court's Order to Plaintiffs to Show Cause re Compliance with Order Dated November 7, 2007.

2.     On November 7, 2007, the Court issued an order in which the Court ordered the parties to show cause why this action should not be stayed. The order stated that the "parties' responses to this Order to Show Cause shall be due on or before December 6, 2007."

3.     Through inadvertence, I did not notice that the order also required Plaintiffs to serve a copy of the order on Defendants by November 15, 2007. I had focused on the December 6 date concerning the response and did not focus on the November 15 date.

4.     On November 28, 2007, I reviewed the Court's Order and noticed that the Court had required service of the Order on Defendants. I immediately mailed a copy to all served Defendants and filed a proof of service to that effect.

5.     On November 29, 2007, the Court ordered Plaintiffs to explain the late service of the November 7 Order, and this Declaration supports Plaintiffs' response to the Court's Order of November 29, 2007.

6.     Co-counsel has served a copy of the Court's November 29, 2007 Order on the served Defendants, and Plaintiffs are attempting to serve unserved Defendants with a copy of the Court's orders as well.

7.     The late service of the Court's Order of November 7, 2007 is an oversight on my part, and I apologize to the Court for that oversight. We take the Court's orders seriously and will not repeat such oversights.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed on December 4, 2007.

/s/

STEPHEN S. WU