1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4          swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>       Plaintiffs,<br><br>   vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>       Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PROOF OF SERVICE** |

25     I, Stephen S. Wu, declare:

26     I am a resident of the State of Caliornia and over the age of eighteen years, and not a

27 party to the within action.  I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177

28 Bovet Road, Suite 600, San Mateo, CA 94402.

On December 4, 2007, I served Defendants Wei-Man Raymond Tse, Jian Xiao, Victor So, Molly Lau, Bill Shu Wai Ma, Christ Investment Service Inc., and CIS Service, Inc. with this Proof of Service and the following documents:

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

DECLARATION OF STEPHEN S. WU IN RESPONSE TO ORDER TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

DECLARATION OF CHRISTOPHER COOKE IN RESPONSE TO ORDER TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Mr. Wei-Man Raymond Tse
555 Montgomery Street, Suite 610
San Francisco, CA 94111

Mr. Jian Xiao
737 Chester Street
Oakland, CA 94607

Mr. Victor So
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

Ms. Molly Lau
PFC, US Army
A FSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Mr. Bill Shu Wai Ma
Christ Investment Service Inc.
CIS Service, Inc.
1945 Kirkham Street
San Francisco, CA 94122

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated:  December 4, 2007.

/s/

_____
STEPHEN S. WU