```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671     *    **PROOF OF SERVICE**    *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CORRESPONDENCE DATED OCTOBER 8, 2007; SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the person named below, as follows:

```
        Party served     : BILL SHU WAI MA

        By serving       : "Jane Doe", refused identity, asian female, 45
                           years, 5'4", 140 lbs., glasses, black hair

        Address          : (Home)
                           1945 Kirkham Street
                           San Francisco, CA 94122

        Date of Service: December 2, 2007

        Time of Service: 7:05 PM
```

```
Person who served papers:
TYSON C. ADLAO                        Fee for service: $250.00
SPECIALIZED LEGAL SERVICES, INC.      Registered California process server.
1112 Bryant Street, Suite 200         (i) Employee or Independent Contractor
San Francisco, CA 94103               (ii) Registration no.: 958
Telephone: (415) 357-0500             (iii) County: San Francisco
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 3, 2007                    Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671          *  **DECLARATION OF MAILING**  *   Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CORRESPONDENCE DATED OCTOBER 8, 2007; SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

BILL SHU WAI MA

(Home)
1945 Kirkham Street
San Francisco, CA 94122

Date of Mailing: December 3, 2007

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $250.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 3, 2007                 Signature _____

```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671        *  **DECLARATION RE SERVICE**  *     Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on October 11, 2007 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: BILL SHU WAI MA

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address  (B) : UNKNOWN

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

Below is a list of dates, times and details regarding efforts to effect service.

```
10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe",
refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes,
member of household.
```

```
Declarant:                             Fee for service: $250.00
TYSON C. ADLAO                         Registered California process server.
SPECIALIZED LEGAL SERVICES             (i)   Employee or Independent Contractor
1112 Bryant Street, Suite 200          (ii)  Registration no.: 958
San Francisco, CA 94103                (iii) County: San Francisco
Telephone: (415) 357-0500
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007                      Signature _____