STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689    *    **PROOF OF SERVICE**    *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the person named below, as follows:

|  |  |
|---|---|
| Party served | : CHRIST INVESTMENT SERVICE INC. |
| By serving | : "Jane Doe", refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair |
| Address | : (Home)<br>1945 Kirkham Street<br>San Francisco, CA 94122 |
| Date of Service: | December 2, 2007 |
| Time of Service: | 7:05 PM |

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 3, 2007                    Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689          *  **DECLARATION OF MAILING**  *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF
INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN
FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY
OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION
HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE
DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE GRANTED;
ORDER TO PLAINTIFFS' RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

                    CHRIST INVESTMENT SERVICE INC.


                    (Home)
                    1945 Kirkham Street
                    San Francisco, CA 94122


          Date of Mailing: December 3, 2007


Person who served papers:
TYSON C. ADLAO                      Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.    Registered California process server.
1112 Bryant Street, Suite 200       (i) Employee or Independent Contractor
San Francisco, CA 94103             (ii) Registration no.: 958
Telephone: (415) 357-0500           (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: December 3, 2007              Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689     *   **DECLARATION RE SERVICE**   *     Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on
September 25, 2007 and made the following attempt(s), effort(s), and/or
inquirie(s) to serve the within named: CHRIST INVESTMENT SERVICE INC.

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address  (B) : 555 Montgomery Street, Suite 610, San Francisco, CA
94111

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

Below is a list of dates, times and details regarding efforts to effect service.

9/25/2007 @ 1:19 PM (B) No one authorized to accept service is here per person sharing
office space. Attempt made by Mary Schwab.
9/26/2007 @ 10:01 AM (B) Office closed. Attempt made by Mary Schwab.
10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe",
refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes,
member of household.

Declarant:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: December 3, 2007                          Signature_____