```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222690    *    **PROOF OF SERVICE**    *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the person named below, as follows:

```
        Party served     : CIS SERVICE, INC.

        By serving       : "Jane Doe", refused identity, asian female, 45
                           years, 5'4", 140 lbs., glasses, black hair

        Address          : (Home)
                           1945 Kirkham Street
                           San Francisco, CA 94122

        Date of Service: December 2, 2007

        Time of Service: 7:05 PM
```

```
Person who served papers:                Fee for service: $20.00
TYSON C. ADLAO                           Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.         (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200            (ii) Registration no.: 958
San Francisco, CA 94103                  (iii) County: San Francisco
Telephone: (415) 357-0500
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 3, 2007                        Signature _____

```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222690          *   **DECLARATION OF MAILING**   *    Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

```
                    CIS SERVICE, INC.


                    (Home)
                    1945 Kirkham Street
                    San Francisco, CA 94122



                    Date of Mailing: December 2, 2007
```

Person who served papers:                     Fee for service: $20.00
TYSON C. ADLAO                                Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.              (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200                 (ii) Registration no.: 958
San Francisco, CA 94103                       (iii) County: San Francisco
Telephone: (415) 357-0500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 3, 2007                        Signature _____

```
STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222690        *  **DECLARATION RE SERVICE**  *    Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on September 25, 2007 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: CIS SERVICE, INC.

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address  (B) : 555 Montgomery Street, Suite 610, San Francisco, CA

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

Below is a list of dates, times and details regarding efforts to effect service.

9/25/2007 @ 1:19 PM (B) No one authorized to accept service is here per person sharing office space. Attempt made by Mary Schwab.
9/26/2007 @ 10:01 AM (B) Office closed. Attempt made by Mary Schwab.
10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe", refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes, member of household.

```
Declarant:                          Fee for service: $20.00
TYSON C. ADLAO                      Registered California process server.
SPECIALIZED LEGAL SERVICES          (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200       (ii) Registration no.: 958
San Francisco, CA 94103             (iii) County: San Francisco
Telephone: (415) 357-0500
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007                Signature_____