IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER DISCHARGING ORDER TO PLAINTIFFS TO SHOW CAUSE**

The Court has received Plaintiffs' response to the Order to Show Cause issued on November 29, 2007, regarding Plaintiffs' failure to serve Defendants with an order to show cause as to why this action should not be stayed. Having considered Plaintiffs' response to the November 29, 2007 Order, the Court HEREBY DISCHARGES that Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: December 10, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE