1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email: ccooke@ckwlaw.com
4          swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PROOF OF SERVICE** |

I, Stephen S. Wu, declare:

I am a resident of the State of Caliornia and over the age of eighteen years, and not a party to the within action. I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On January 2, 2008, I served Defendants Wei-Man Raymond Tse, Jian Xiao, Victor So, Molly Lau, Bill Shu Wai Ma, Run Ping Zhou, Christ Investment Service Inc., CIS Service, Inc., and South China Investment Inc. with this Proof of Service and the following documents:

ORDER STAYING ACTION AS TO DEFENDANT MOLLY LAU

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

| | |
|---|---|
| Mr. Wei-Man Raymond Tse<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111 | Mr. Jian Xiao<br>737 Chester Street<br>Oakland, CA 94607 |
| Mr. Victor So<br>c/o Legendary Palace<br>708 Franklin Street<br>Oakland, CA 94607 | Captain Shelley Ginsberg, Esquire<br>Camp Casey Legal Assistance Office<br>Camp Casey, South Korea<br>APO AP 96224<br>Counsel for PFC Molly Lau |
| Mr. Bill Shu Wai Ma<br>Christ Investment Service Inc.<br>CIS Service, Inc.<br>1945 Kirkham Street<br>San Francisco, CA 94122 | Ms. Run Ping Zhou<br>South China Investment Inc.<br>3567 Kimberly Road<br>Cameron Park, CA 95682 |

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated:  January 2, 2008.

/s/

_____
STEPHEN S. WU