AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| SERVICE OF: | **SUMMONS, COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: **12/06/2007 12:00AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

FLORA ZHOU, INDIVIDUALLY  A/K/A    RUN PING ZHOU

Place where served:

3567 Kimberly Road CAMERON PARK CA 95682

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F AGE: 45 HEIGHT: 5'3" WEIGHT: 130 SKIN: ASIAN HAIR: BLK OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____          SERVICES $ ____.____          TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 7 / 2007

_____ I.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | STEPHEN S. WU, ESQ. |
|---|---|
| PLAINTIFF: | MEI-FANG LISA ZHANG, ET AL |
| DEFENDANT: | WEI-MAN RAYMOND TSE, ET AL |
| VENUE: | NORTHERN DISTRICT OF CALIFORNIA |
| DOCKET: | C 07 04946 WHA |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR