IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

  v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.
_____/

No. C 07-04946 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received Plaintiffs' Separate Case Management Statement. With the exception of a request for a stay filed by Defendant, Private First Class Molly Lau, none of the Defendants have appeared.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiffs shall file a motion to extend time to serve by no later than January 22, 2008.

2. The Case Management Conference set for Friday, January 11, 2008 is CONTINUED to Friday, April 11, 2008 at 1:30 p.m.

3. Plaintiffs shall serve a copy of this Order on the Defendants.

**IT IS SO ORDERED.**

Dated: January 9, 2008

                                                                  JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California