UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT** |

This matter came before the Court to consider the Plaintiffs' Administrative Motion for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint.

After considering the motion, and for good cause shown, the Court hereby GRANTS the Plaintiffs' Administrative Motion for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint.

IT IS HEREBY ORDERED that Plaintiffs are granted leave to issue subpoenas to any third parties concerning the whereabouts of Theresa Wong and James Yu and other facts reasonably necessary in aid of completing service of process on them.

IT IS HEREBY FURTHER ORDERED that the time under Fed. R. Civ. P. 4(m) in which Plaintiffs must complete service of process on Theresa Wong and James Yu to avoid dismissal is hereby EXTENDED until March 31, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE