1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4           swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | MEI-FANG LISA ZHANG, BAY AREA           ) Case No.:  C-07-04946 JSW
   | AFFORDABLE HOUSING, LLC, XUE-           ) (Related to C-05-02641 JSW)
13 | HUAN GAO, YANG-CHUN ZHANG,              )
   | CAROL JIAN DENG, and HAO LIANG,         ) **PROOF OF SERVICE**
14 |                                         )
   |                                         )
15 |         Plaintiffs,                     )
   |                                         )
16 |   vs.                                   )
   |                                         )
17 | WEI-MAN RAYMOND TSE, RUN PING           )
   | ZHOU a.k.a. FLORA ZHOU, THERESA         )
18 | WONG, JAMES YU, BILL SHU WAI MA,        )
   | MOLLY LAU, VICTOR SO, JIAN XIAO,        )
19 | CHRIST INVESTMENT SERVICE INC., CIS     )
   | SERVICE, INC., PACIFIC BEST GROUP       )
20 | LTD. a.k.a. PACIFIC BEST COMPANY        )
   | LTD., and SOUTH CHINA INVESTMENT        )
21 | INC.,                                   )
   |         Defendants.                     )
22

23

24

25     I, Stephen S. Wu, declare:

26     I am a resident of the State of California and over the age of eighteen years, and not a

27 party to the within action.  I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177

28 Bovet Road, Suite 600, San Mateo, CA 94402.

1       On January 10, 2008, I served Defendants Wei-Man Raymond Tse, Jian Xiao, Victor So, Molly Lau, Bill Shu Wai Ma, Run Ping Zhou, Christ Investment Service Inc., CIS Service, Inc., South China Investment Inc., and Pacific Best Group Ltd. with this proof of service and the following documents:

1.  ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2.  ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT
3.  DECLARATION OF STEPHEN S. WU SUPPORTING ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT
4.  PROPOSED ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS AND MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Mr. Wei-Man Raymond Tse
Pacific Best Group Ltd.
555 Montgomery Street, Suite 610
San Francisco, CA 94111

Mr. Victor So
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

Mr. Bill Shu Wai Ma
Christ Investment Service Inc.
CIS Service, Inc.
1945 Kirkham Street
San Francisco, CA 94122

Mr. Jian Xiao
737 Chester Street
Oakland, CA 94607

Ms. Molly Lau
PFC, US Army
A FSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Ms. Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

    I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated:  January 10, 2008.

/s/

_____
STEPHEN S. WU