1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MEI-FANG LISA ZHANG, et al.

10              Plaintiffs,                        No. C 07-04946 JSW

11        v.

12   WEI-MAN RAYMOND TSE, et al.               **ORDER GRANTING IN PART
                                               AND DENYING WITHOUT**
13              Defendants.                    **PREJUDICE IN PART
                                               ADMINISTRATIVE MOTION**
14                                             **FOR EXTENSION OF TIME TO
                                               SERVE AND FOR ISSUANCE OF**
15                                             **SUBPOENAS**

16   _____/

17        This matter comes before the Court upon consideration of Plaintiffs' administrative

18   motion for an extension of time to serve Defendants Theresa Wong and James Wu.  There has

19   been no response filed.  Plaintiffs also request that the Court grant them leave to issue

20   subpoenas to assist them in obtaining information about these Defendants' whereabouts.

21            If a defendant is not served within 120 days after the complaint is filed,
             the court - on motion or on its own after notice to the plaintiff - must
22           dismiss the action without prejudice against that defendant or order that
             service be made within a specified time.  But if the plaintiff shows good
23           cause for the failure, the court must extend the time for service for an
             appropriate period.
24

25   Fed. R. Civ. P. 4(m).  Plaintiffs filed their administrative motion on January 10, 2008, in which

26   they advised the Court that 120 days would expire on January 22, 2008.  Plaintiffs also

27   submitted the declaration of Stephen S. Wu, in which Plaintiffs detail the efforts they have

28   made to effect service on Defendants Wong and Defendant Wu.  The Court finds that Plaintiffs'

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   have shown good cause for an extension, and Plaintiffs shall have until March 31, 2008 to effect

2   service on these Defendants.

3          Plaintiffs also ask the Court to issue subpoenas and to allow them to conduct discovery

4   to assist them in their efforts to locate Defendants Wong and Wu.  Federal Rule of Civil

5   Procedure 4(e) provides for personal service but also permits service by "following state law for

6   serving a summons in an action brought in courts of general jurisdiction in the state where the

7   district court is located or where service is made."  Fed. R. Civ. P. 4(e)(1).  It is clear from

8   Plaintiffs' motion and counsel's declaration that Plaintiffs have been making diligent efforts to

9   serve Defendants Wong and Wu personally.[1]  However, Plaintiffs have not set forth any reasons

10  why an alternative form of service is not viable.

11         Accordingly, the Court DENIES WITHOUT PREJUDICE Plaintiffs' request for the

12  issuance of subpoenas and for discovery, pending a showing that alternative forms of service

13  are not viable.

14         Plaintiffs are HEREBY ORDERED to serve a copy of this Order on all Defendants.

15         **IT IS SO ORDERED.**

16

17  Dated: January 23, 2008                    _____

18                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28
    _____

    [1]       Plaintiffs attest that Defendant Wu works at a DMV office.  Plaintiffs do not
    explain why they are unable to serve him at his place of employment.