UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG et al, | Case Number: CV07-04946 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WEI-MAN RAYMOND TSE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Molly Lau
Department of the Army
A FSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Run Ping Zhou (aka: Flora Zhou)
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

Dated: January 23, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk