CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS RUN PING ZHOU a.k.a. FLORA ZHOU, BILL SHU WAI MA, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. UNDER FED. R. CIV. P. 55(a)** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs hereby apply for the entry of a default by the Clerk against Defendants Run Ping Zhou a.k.a. Flora Zhou, Bill Shu Wai Ma, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Group Ltd. a.k.a. Pacific Best Company Ltd., and South China Investment Inc.  As shown by the Declaration of Stephen S. Wu filed herewith in support of this Request ("Wu Declaration"), the Plaintiffs filed their Complaint on September 24,

1  2007.  Moreover, the Complaint and Summons were served (1) on Defendants Run Ping Zhou
2  a.k.a. Flora Zhou and South China Investment Inc. on December 6, 2007; (2) on Defendants Bill
3  Shu Wai Ma, Christ Investment Service Inc., CIS Service, Inc. on December 2, 2007; and (3) on
4  Defendant Pacific Best Group Ltd. a.k.a. Pacific Best Company Ltd. on September 27, 2007.
5  Under Fed. R. Civ. P. 12, the Defendants must serve an Answer or other response to the
6  Complaint within twenty days from the date they were served with the Complaint and Summons.

7      Defendants Run Ping Zhou's and South China Investment Inc.'s Answers or other
8  responses to the Complaint were due by December 26, 2007.  Defendants Bill Shu Wai Ma's,
9  Christ Investment Service Inc.'s, and CIS Service, Inc.'s Answers or other responses to the
10  Complaint were due by December 24, 2007.  Defendant Pacific Best Group Ltd.'s Answer or
11  other response to the Complaint was due by October 17, 2007.

12      As shown by the Wu Declaration, as of 9:18 am on Monday, February 11, 2008, none of
13  the above Defendants has filed an Answer or other response to the Complaint.  In addition,
14  Plaintiffs' counsel has not received from such Defendants an Answer or other response to the
15  Complaint in the mail, by fax, by email, or any other means.

16      For the foregoing reasons, pursuant to Fed. R. Civ. P. 55(a), Plaintiffs respectfully
17  request that the Clerk enter a default against Defendants Run Ping Zhou a.k.a. Flora Zhou, Bill
18  Shu Wai Ma, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Group Ltd. a.k.a.
19  Pacific Best Company Ltd., and South China Investment Inc.

Respectfully Submitted,

COOKE, KOBRICK, & WU LLP

Dated:  February 11, 2008

By:  /s/ _____
    STEPHEN S. WU
    Attorneys for Plaintiffs