CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>            Plaintiffs,<br><br>        vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>            Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS RUN PING ZHOU a.k.a. FLORA ZHOU, BILL SHU WAI MA, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. UNDER FED. R. CIV. P. 55(a)** |

I, Stephen S. Wu, declare:

1.      I am one of the attorneys for Plaintiffs in this action.  I make this declaration in support of Plaintiffs' Request for Entry of Default Against Defendants Run Ping Zhou a.k.a. Flora Zhou, Bill Shu Wai Ma, Christ Investment Service Inc., CIS Service, Inc., Pacific Best

1    Group Ltd. a.k.a. Pacific Best Company Ltd., and South China Investment Inc. under Fed. R.

2    Civ. P. 55(a).

3         2.    On September 24, 2007, I caused Plaintiffs' Complaint in this case to be filed

4    with this Court.  Run Ping Zhou a.k.a. Flora Zhou, Bill Shu Wai Ma, Christ Investment Service

5    Inc., CIS Service, Inc., Pacific Best Group Ltd. a.k.a. Pacific Best Company Ltd., and South

6    China Investment Inc. are all defendants in this case.

7         3.    On December 6, 2007, the Complaint, Summons, and other documents required to

8    be served were served on Defendants Run Ping Zhou a.k.a. Flora Zhou and South China

9    Investment Inc.  This is shown in the Returns of Service that were e-filed on January 7, 2008

10   (Docket, Documents 34 and 35).  I attach hereto as Exhibit A a copy of the Return of Service

11   regarding Run Ping Zhou a.k.a. Flora Zhou.  In addition, I attach hereto as Exhibit B a copy of

12   the Return of Service regarding South China Investment Inc.

13        4.    On December 2, 2007, the Complaint, Summons, and other documents required to

14   be served were served on Defendants Bill Shu Wai Ma, Christ Investment Service Inc., CIS

15   Service, Inc.  This is shown in the Proofs of Service that were e-filed on December 7, 2007

16   (Docket, Documents 27-29).  I attach hereto as Exhibit C a copy of the Proof of Service on Mr.

17   Ma.  I attach hereto as Exhibit D a copy of the Proof of Service on Christ Investment Service Inc.

18   I attach hereto as Exhibit E a copy of the Proof of Service on CIS Service, Inc.

19        5.    On September 27, 2007, the Complaint, Summons, and other documents required

20   to be served were served on Pacific Best Group Ltd. a.k.a. Pacific Best Company Ltd.  This is

21   shown in the Return of Service that was e-filed on February 4, 2008 (Docket, Document 45).  I

22   attach hereto as Exhibit F a copy of the Return of Service regarding Pacific Best Group Ltd.

23   a.k.a. Pacific Best Company Ltd.

24        6.    On February 11, 2008 at 9:18 a.m., I checked the docket of this case through

25   PACER, and it reflects that no Answer or other response to the Complaint has been filed by any

26   of the above defendants.  I printed the docket entries and list of appearances from PACER as of

27   9:18 a.m. on February 11, 2008 and attach them hereto as Exhibit G.

28

7.     In addition, this is an e-filing case.  I am registered in this district for e-filing and have received electronic notices from the Court of filings in this case.  As of 9:18 a.m. on February 11, 2008, I have received no electronic notices from the Court that an Answer or other response to the Complaint has been filed by any of the above Defendants.  Finally, as of 9:18 a.m. on February 11, 2008, I have not received from any of the above Defendants an Answer or other response to the Complaint in the mail, by fax, by email, or in any other form.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.  Executed on February 11, 2008.


/s/

_____

STEPHEN S. WU

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

1

**EXHIBIT A**
**Return of Service Regarding Run Ping Zhou a.k.a. Flora Zhou**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | **SUMMONS, COMPLAINT**<br>**OUT OF STATE**<br>**PROCESS SERVER** |

DATE: **12/06/2007  12:00AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

FLORA ZHOU, INDIVIDUALLY  A/K/A   RUN PING ZHOU

Place where served:

3567 Kimberly Road  CAMERON PARK  CA 95682

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 45  HEIGHT: 5'3"  WEIGHT: 130  SKIN: ASIAN  HAIR: BLK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 7 / 2007        _____ I.S.
                         SIGNATURE OF OUT OF STATE
                         GUARANTEED SUBPOENA SERVICE, INC.
                         2009 MORRIS AVENUE
                         UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | STEPHEN S. WU, ESQ. |
| PLAINTIFF: | MEI-FANG LISA ZHANG, ET AL |
| DEFENDANT: | WEI-MAN RAYMOND TSE, ET AL |
| VENUE: | NORTHERN DISTRICT OF CALIFORNIA |
| DOCKET: | C 07 04946 WHA |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR

1

**EXHIBIT B**
**Return of Service regarding South China Investment Inc.**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** |

DATE: _12/6/07_

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SOUTH CHINA INVESTMENT, INC ( SERVED: RUN PING ZHOU ; AGENT for Service )

Place where served:

_3567 Kimberly Road CAMERON PARK CA 95682_

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: _F_ AGE: _45_ HEIGHT: _5'3"_ WEIGHT: _130_ SKIN: _ASIAN_ HAIR: _BLK_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____          SERVICES $ ____.____          TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _12_ / _7_ / 20 _07_

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | STEPHEN S. WU, ESQ. |
| PLAINTIFF: | MEI-FANG LISA ZHANG, ET AL |
| DEFENDANT: | WEI-MAN RAYMOND TSE, ET AL |
| VENUE: | NORTHERN DISTRICT OF CALIFORNIA |
| DOCKET: | C 07 04946 WHA |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R

1

**EXHIBIT C**
**Proof of Service on Bill Shu Wai Ma**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.
Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671     *     **PROOF OF SERVICE**     *     Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

CORRESPONDENCE DATED OCTOBER 8, 2007; SUMMONS IN A CIVIL CASE; CIVIL CASE
COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S.
DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF
AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION
INFORMATION HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS; ORDER
TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO
SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the
person named below, as follows:

        Party served    : BILL SHU WAI MA

        By serving      : "Jane Doe", refused identity, asian female, 45
                          years, 5'4", 140 lbs., glasses, black hair

        Address         : (Home)
                          1945 Kirkham Street
                          San Francisco, CA 94122

        Date of Service: December 2, 2007

        Time of Service: 7:05 PM

Person who served papers:
TYSON C. ADLAO                          Fee for service: $250.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 958
Telephone: (415) 357-0500               (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: December 3, 2007                  Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671        *  **DECLARATION OF MAILING**  *   Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

CORRESPONDENCE DATED OCTOBER 8, 2007; SUMMONS IN A CIVIL CASE; CIVIL CASE
COVER SHEET; COMPLAINT; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED; CERTIFICATE OF INTERESTED ENTITIES OR PARTIES; WELCOME TO
THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM
ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE
NANDOR J. VADAS; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED;
ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER
7, 2007

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

        BILL SHU WAI MA


        (Home)
        1945 Kirkham Street
        San Francisco, CA 94122


        Date of Mailing: December 3, 2007

Person who served papers:
TYSON C. ADLAO                      Fee for service: $250.00
SPECIALIZED LEGAL SERVICES, INC.    Registered California process server.
1112 Bryant Street, Suite 200       (i) Employee or Independent Contractor
San Francisco, CA 94103             (ii) Registration no.: 958
Telephone: (415) 357-0500           (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: December 3, 2007              Signature

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 223671      **\*   DECLARATION RE SERVICE   \***      Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on October
11, 2007 and made the following attempt(s), effort(s), and/or inquirie(s) to
serve the within named: BILL SHU WAI MA

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address   (B) : UNKNOWN

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

<u>Below is a list of dates, times and details regarding efforts to effect service.</u>

10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe",
refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes,
member of household.

Declarant:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $250.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: December 3, 2007            Signature

1

**EXHIBIT D**
**Proof of Service on Christ Investment Service Inc.**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689     *     **PROOF OF SERVICE**     *     Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED
ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL
ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES
BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO
EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE
MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE DATED OCTOBER 8, 2007; ORDER
TO SHOW CAUSE WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' RE
COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the
person named below, as follows:

             Party served     : CHRIST INVESTMENT SERVICE INC.

             By serving       : "Jane Doe", refused identity, asian female, 45
                                years, 5'4", 140 lbs., glasses, black hair

             Address          : (Home)
                                1945 Kirkham Street
                                San Francisco, CA 94122

             Date of Service: December 2, 2007

             Time of Service: 7:05 PM

Person who served papers:
TYSON C. ADLAO                          Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 958
Telephone: (415) 357-0500               (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: December 3, 2007              Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689     **\*  DECLARATION OF MAILING  \***   Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF
INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN
FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY
OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION
HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE
DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE GRANTED;
ORDER TO PLAINTIFFS' RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

                    CHRIST INVESTMENT SERVICE INC.


                    (Home)
                    1945 Kirkham Street
                    San Francisco, CA 94122


                    Date of Mailing: December 3, 2007

Person who served papers:
TYSON C. ADLAO                          Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 958
Telephone: (415) 357-0500               (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: December 3, 2007            Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222689      *  **DECLARATION RE SERVICE**  *    Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on
September 25, 2007 and made the following attempt(s), effort(s), and/or
inquirie(s) to serve the within named: CHRIST INVESTMENT SERVICE INC.

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address  (B) : 555 Montgomery Street, Suite 610, San Francisco, CA

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

Below is a list of dates, times and details regarding efforts to effect service.

9/25/2007 @ 1:19 PM (B) No one authorized to accept service is here per person sharing
office space. Attempt made by Mary Schwab.
9/26/2007 @ 10:01 AM (B) Office closed. Attempt made by Mary Schwab.
10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe",
refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes,
member of household.

Declarant:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: December 3, 2007                    Signature

**EXHIBIT E**
**Proof of Service on CIS Service, Inc.**

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222690     *     **PROOF OF SERVICE**     *     Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF INTERESTED
ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL
ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES
BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO
EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE  RE
MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE DATED OCTOBER 8, 2007; ORDER
TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE GRANTED; ORDER TO PLAINTIFFS' TO
SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007

in the within action by personally delivering true copies thereof to the
person named below, as follows:

              Party served    : CIS SERVICE, INC.

              By serving      : "Jane Doe", refused identity, asian female, 45
                                years, 5'4", 140 lbs., glasses, black hair

              Address         : (Home)
                                1945 Kirkham Street
                                San Francisco, CA 94122

              Date of Service: December 2, 2007

              Time of Service: 7:05 PM

Person who served papers:
TYSON C. ADLAO                      Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.   Registered California process server.
1112 Bryant Street, Suite 200      (i) Employee or Independent Contractor
San Francisco, CA 94103            (ii) Registration no.: 958
Telephone: (415) 357-0500          (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: December 3, 2007                 Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.


Ref#: 222690      **\* DECLARATION OF MAILING \***   Case No.: C07-4946 WHA

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CERTIFICATE OF
INTERESTED ENTITIES OR PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN
FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY
OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION
HANDOUT; PUBLIC NOTICE  RE MAGISTRATE JUDGE NANDOR J. VADAS; CORRESPONDENCE
DATED OCTOBER 8, 2007; ORDER TO SHOW CAUSE AS TO WHY STAY SHOULD NOT BE
GRANTED; ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED
NOVEMBER 7, 2007


in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

            CIS SERVICE, INC.


            (Home)
            1945 Kirkham Street
            San Francisco, CA 94122


            Date of Mailing: December 2, 2007


Person who served papers:
TYSON C. ADLAO                          Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 958
Telephone: (415) 357-0500               (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: December 3, 2007          Signature_____

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.

Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 222690      *  **DECLARATION RE SERVICE**  *     Case No.: C07-4946 WHA

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on
September 25, 2007 and made the following attempt(s), effort(s), and/or
inquirie(s) to serve the within named: CIS SERVICE, INC.

Residence address (H) : 1945 Kirkham Street, San Francisco, CA 94122

Business address   (B) : 555 Montgomery Street, Suite 610, San Francisco, CA

Alternate address (A) : 1354 Powell Street #331, San Francisco, CA

Below is a list of dates, times and details regarding efforts to effect service.

9/25/2007 @ 1:19 PM (B) No one authorized to accept service is here per person sharing
office space. Attempt made by Mary Schwab.
9/26/2007 @ 10:01 AM (B) Office closed. Attempt made by Mary Schwab.
10/11/2007 @ 7:10 PM (H) No answer at door at time of attempt
10/14/2007 @ 1:35 PM (H) No answer at door at time of attempt
10/16/2007 @ 12:40 PM (A) This is a private mailbox drop. It is closed with no hours posted.
10/19/2007 @ 6:40 PM (H) No answer at door at time of attempt
10/21/2007 @ 7:35 PM (H) No answer at door at time of attempt
10/24/2007 @ 7:50 AM (H) No answer at door at time of attempt
10/29/2007 @ 8:40 PM (H) No answer at door at time of attempt
11/1/2007 @ 9:40 AM (H) No answer at door at time of attempt
11/4/2007 @ 12:30 PM (H) No answer at door at time of attempt
11/8/2007 @ 6:50 PM (H) No answer at door at time of attempt
11/13/2007 @ 9:10 AM (H) No answer at door at time of attempt
11/17/2007 @ 1:10 PM (H) No answer at door at time of attempt
11/25/2007 @ 12:10 PM (H) No answer at door at time of attempt
12/2/2007 @ 7:05 PM (H) Effected substitute service per CCP § 415.20(b). Served "Jane Doe",
refused identity, asian female, 45 years, 5'4", 140 lbs., glasses, black hair, brown eyes,
member of household.

Declarant:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date: December 3, 2007                    Signature_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT F**
**Return of Service Regarding Pacific Best Group Ltd. a.k.a. Pacific Best Company Ltd.**

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**RETURN OF SERVICE** |

I, Stephen S. Wu, declare:

1.      I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402 and counsel for Plaintiffs in this case.

2.      On September 27, 2007, Mr. Glen Alberigi served personally upon Defendant Pacific Best Group Ltd, also known as Pacific Best Company Ltd. ("Pacific Best"), the following

documents at 555 Montgomery Street, San Francisco, CA 94111 by handing a copy of them to its managing agent, Wei-Man Raymond Tse:

1.      SUMMONS IN A CIVIL CASE
2.      COMPLAINT AND REQUEST FOR JURY TRIAL
3.      ORDER SETTING CASE MANAGEMENT CONFERENCE
4.      SUPPLEMENTAL ORDER TO ORDER SETTING CASE MANAGEMENT CONFERENCE IN CIVIL CASE BEFORE JUDGE WILLIAM ALSUP
5.      CIVIL COVER SHEET
6.      NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
7.      U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT
8.      CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
9.      ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED
10.    WELCOME TO THE DISTRICT COURT, SAN FRANCISCO

3.      A true and correct copy of Mr. Alberigi's Declaration of Personal Service ("Alberigi Declaration") is attached hereto as Exhibit A.  In the Alberigi Declaration, Mr. Alberigi states that on September 27, 2007, he personally served Mr. Tse with the documents described above in Paragraph 2.

4.      In the action related to this case ("CFTC Action"), *United States Commodities Futures Trading Commission, et al. v. National Investment Consultants, Inc.*, No. C 05-02641 JSW, the Commodities Futures Trading Commission and Commissioner of Corporations of the State of California brought suit against, among other defendants, Mr. Tse and Pacific Best, based on some of the same conduct alleged in this case.  In the CFTC Action, Pacific Best moved the Court to dismiss based on insufficient service of process of the summons and complaint.  The Court rejected Pacific Best's motion, holding that handing a copy of the summons and complaint to Raymond Tse was sufficient to constitute service on Pacific Best.  (Order Denying Motion to Dismiss for Insufficient Service of Summons and Complaint at 3-6. [hereinafter, "Order"].)  A true and correct copy of Court's Order, dated October 31, 2005, is attached hereto as Exhibit B.

5.      The Court determined that handing a copy of the summons and complaint to Mr. Tse was sufficient to constitute service on Pacific Best, because Mr. Tse "possesses sufficient character and rank within Pacific Best's infrastructure as to be an adequate employee to receive service of process on behalf of his employer."  (Order at 4-5.)  Moreover, the Court stated that

"Tse's position and duties demonstrate that he is sufficiently integrated in Pacific Best's organization to know what to do with the summons and complaint." (*Id.* at 5-6.) Thus, the Court held that service of process, through Mr. Tse, on Pacific Best was proper under both the California Code of Civil Procedure and Fed. R. Civ. P. 4. (*Id.* at 3-6.)

6.     The Court issued its Order on October 31, 2005. Since that time, Mr. Tse has continued to have sufficient character and rank within Pacific Best so as to be an adequate employee to receive service of process on behalf of Pacific Best. A true and correct copy of the Declaration of Mei-Fang Lisa Zhang Supporting Return of Service On Pacific Best Group Ltd. is attached hereto as Exhibit C. In her declaration, Ms. Zhang, who formerly worked for Mr. Tse's companies, states that Mr. Tse has been, and remains today, the business manager of Pacific Best and related companies since she began working for these companies in mid-2003.

7.     Given that Mr. Alberigi handed a copy of the Summons, Complaint, and other documents set forth in Paragraph 2 on Mr. Tse, who is the business manager of Pacific Best, Mr. Alberigi's service constitutes personal service of the Summons, Complaint, and other documents on Pacific Best.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: February 4, 2008

/s/

_____
STEPHEN S. WU

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**
**Declaration of Personal Service**
**Of Glen Alberigi**

# DECLARATION OF PERSONAL SERVICE

IN THE MATTER OF:

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, AND HAO LIANG,

V.

WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., AND SOUTH CHINA INVESTMENT INC.

CASE NUMBER C 07 4946

PERSONAL SERVICE ON RAYMOND TSE

On September 27, 2007, at 10:35 a.m. I served Raymond Tse in the lobby of his office at 555 Montgomery Street, San Francisco, CA 94111. Mr. Tse was identified by a photo and by the security guard ( Mike Ledbetter) of the building.

Raymond Tse walked into the main lobby at 555 Montgomery Street, San Francisco. I identified him from a picture and the security guard at the building as being Raymond Tse. As Mr. Tse walked toward the elevators, I called his name and he turned around and said, "Yes." I handed him the court papers and advised him that he was served. Mr. Tse wouldn't take the papers. I put the papers under his right arm, and again told him that he was served. I turned around and walked away.

The service was witnessed by the security guard (Mike Ledbetter). The service was also videotaped by the building security cameras.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 27, 2007, at: 10:35 a.m. San Francisco, California.

Signature _Glen Alberigi_
            Glen Alberigi

I am a California Registered Process Server.
Glen Alberigi Registration number #144
530 Alameda del Prado, Suite #302
Novato, CA 94949
(415) 382-9100

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/27/07 |

| Name of SERVER | TITLE |
|---|---|
| Glen Alberigi | Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

1) Summons IN A Civil Case
2) Complaint and request for Jury Trial
3) Order Setting Case Management Conference
4) Supplement Order To Order Setting Case Management Conference in Civil Case before Judge William Alsup
5) Civil Cover Sheet
6) Notice of Availability of Magistrate Judge To Exercise Jurisdiction
7) U.S. District Court Northern District of California ECF Registration Information Handout
8) Certificate of Interested Entities or Persons
9) Administrative Motion To Consider Weather Case Should be related
10) Welcome to The District Court, San Francisco

Place Where Served:
— 555 Montgomery Street San Francisco, CA 94111.
Service was made in the main Lobby of The building.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $575.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Sept. 27, 2007_
Date

_Glen Alberigi_
Signature of Server

Glen Alberigi #144
Registered Process Server
~~335 Alameda del Prado #302~~
Novato, CA 94949 Marin County
(415) 382-9100

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**
**Order Denying Motion to Dismiss for Insufficient Service**
**Of Summons and Complaint in CFTC Action**

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COMMODITIES
FUTURES TRADING COMMISSION, et al.

        Plaintiffs,

   v.

NATIONAL INVESTMENT
CONSULTANTS, INC., et al.

        Defendants.

_____/

No. C 05-02641 JSW

**ORDER DENYING MOTION TO
DISMISS FOR INSUFFICIENT
SERVICE OF SUMMONS AND
COMPLAINT**

Now before the Court is a motion to dismiss brought by Defendant Pacific Best Group,

Ltd. ("Pacific Best") for insufficient service of process of the summons and complaint.  Having

carefully reviewed the parties' papers and considered the relevant legal authority, the Court

DENIES Pacific Best's motion.  This Court finds this action suitable for determination without

oral argument as permitted under the local rules.  N.D. Cal. Civ. L. R. 7-1(b).

**BACKGROUND**

Plaintiffs, the United States Commodity Futures Trading Commission (the

"Commission") and the Commissioner of Corporations of the State of California ("State of

California") (collectively "Plaintiffs"), allege that Defendants National China Investment

Consultants, Inc. ("NICI"), Pacific Best, and other individual Defendants were involved in

fraudulent trading in foreign currency futures contracts.  Plaintiffs attempted to serve all named

Defendants on June 30, 2005 at NICI's offices in San Francisco, California.  (Koel Decl. ¶ 2.)[1]

---

[1]       Attached as an Exhibit to Plaintiffs' Opposition Brief.

United States District Court

For the Northern District of California

1    On the morning of June 30, 2005, Plaintiffs arrived at NICI's offices in San Francisco to

2    serve Defendants in the action.  (Koel Decl. ¶ 4.)  U.S. Deputy Marshal Cheryl Koel was present

3    along with Peter Mock, a senior examiner with the California Department of Corporations.

4    (Koel Decl. ¶ 4.)  Prior to serving the Defendants, U.S. Marshal Koel asked to speak to the

5    person in charge.  (Koel Decl. ¶ 4.)  Raymond Tse ("Tse"), a Pacific Best business manager who

6    works as a consultant out of NICI's office identified himself as being in charge.[2]  (Koel Decl. ¶

7    4.) According to U.S. Marshal Koel, Tse accepted service of process for himself as an individual

8    Defendant, along with service on Pacific Best's behalf.  (Koel Decl. ¶¶ 6, 8.)  When U.S.

9    Marshal Koel effectuated service on Pacific Best, through Tse, she states that she handed Tse a

10   copy of the summons, complaint, and other related documents to Pacific Best's service.  (Koel

11   Decl. ¶ 8.)

**ANALYSIS**

**A.     Motion to Dismiss for Insufficient Service of Process.**

**1.     Applicable Legal Standard.**

     Federal courts cannot exercise personal jurisdiction over a defendant without proper

service of process.  *Omni Capital Int'l, Ltd. v. Wolff & Co.*, 484 U.S. 97, 104 (1987).

Insufficient service of process can result in dismissal under Federal Rule of Civil Procedure

12(b)(5).  To determine whether service of process was proper, courts look to the requirements

of Federal Rule of Civil Procedure 4 ("Rule 4 ").  Plaintiff has the burden of establishing

validity of service of process if service is contested; however return of service of process filed

by the U.S. Marshal stating service has been made, constitutes prima facie evidence of the facts

stated therein.  *Lavino et al. v. Jamison*, 230 F.2d 909, 911-12 (9th Cir. 1956).

**2.     Service of Process Requirements for Foreign Corporations.**

     Rule 4 provides that foreign corporations can be served in two ways, either (1) by

delivering a copy of the summons and complaint to an "officer, a managing or general agent, or

to any other agent authorized by appointment or by law to receive service of process," or (2) in

---

[2]     Pacific Best is a registered corporation in Tortola, British Virgin Islands.
Pacific Best asserts its main office is located in Macao, China, along with the majority of its
customers.  (Oct. 14, 2005 Chi Decl. ¶ 2; Defendant's Motion to Dismiss at 2.)

1    accordance with the law of the state in which the district court is located, in this case California.

2    Fed. R. Civ. P. 4(h). Rule 4 is meant to be construed liberally and in such a way to uphold

3    service as proper so long as a party receives sufficient notice of the complaint. *United Food and*

4    *Commercial Workers Union Locals 197 et al. v. Alpha Beta Co.*, 736 F.2d 1371, 1382 (9th Cir.

5    1984).

6            a.      **Service of process on Pacific Best was proper under the California**
                     **Rules of Civil Procedure.**

7

8            Pacific Best contends that Tse was not an appropriate employee to receive service of

9    process on the company's behalf under the California Rules of Civil Procedure and, thus,

10   service of process was insufficient under California law. California law provides that a

11   corporation may be served "by delivering a copy of the summons and of the complaint (a) [t]o

12   the person designated as agent for service of process [or] . . . . (b) [t]o the president or the other

13   head of corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant

14   treasurer, a general manager, or a person authorized by the corporation to receive service of

15   process . . . ." Cal. Civ. Proc. Code § 416.10. The California Legislature has not specifically

16   defined the term "general manager" as used within § 416.10. California courts, however, have

17   held that a "general manager" includes an agent of the corporation who "is of sufficient

18   character and rank to make it reasonably certain that the defendant will be apprised of the

19   service made." *Eclipse Fuel Engineering Co. v. Superior Court*, 307 P.2d 739, 745 (Cal. 1957);

20   *cf. Gibble v. Car-Lene*, 67 Cal. App. 4th 295, 313 (1998) (finding service of process sufficient

21   on a manager who had authority to interview, hire and fire employees, to authorize payment of

22   employee wages, and to conduct core business on the corporation's behalf without oversight

23   from other managers or officers). To determine whether an employee is a "general manager" for

24   purposes of § 416.10 will "depend on the particular facts involved." *Eclipse*, 307 P.2d at 745.

25           The facts in the record show Tse was in San Francisco conducting core business for

26   Pacific Best and that he was of sufficient rank and character to be a proper employee to receive

27   service of process for Pacific Best. Tse is a business manager, by title, for Pacific Best. (Aug.

28

United States District Court

For the Northern District of California

1   25, 2005 Tse Decl. ¶ 2.)[3]  While Pacific Best's main office is located in Macao, China, Tse

2   works autonomously out of NICI's office in San Francisco as a consultant.  (*Id.*; Aug. 25, 2005

3   Chi Decl. ¶ 3; Defendant's Motion to Dismiss at 2.)  Pacific Best and NICI do not have a

4   parent/subsidiary relationship with one another; however the companies work closely together

5   due to their contractual business relationship.  (Aug. 25, 2005 Chi Decl. ¶ 3; *see* Aug. 25, 2005

6   Chi Decl., Ex. A.)  The two companies executed a service agreement on June 1, 2004 in which

7   NICI acts as a "service agent for [Pacific Best] in introducing clients to trade directly with

8   [Pacific Best]."  (Aug. 25, 2005 Chi Decl., Ex. A.)  Additionally, on NICI's website, the

9   corporation name reads, "National Investment Consultants, Inc. of Pacific Best Ltd.," and

10  further states NICI is a "communication link" to Pacific Best.  (Plaintiffs' Mem. In Supp. of

11  Motion for Ex Parte Stat. Rest. Order, Ex. 1.)  Tse's responsibilities in his consultant capacity

12  include interviewing potential employees.  (*see* Schueftan Decl., Ex. A.)  Once hired, those

13  employees are then asked to invest their own personal funds to begin their career in trading what

14  Plaintiffs allege are foreign currency futures contracts.  (*see e.g.*, Aug. 19, 2005 Chen Decl. ¶ 4;

15  Aug. 19, 2005 Duan Decl. ¶ 5; Aug. 19, 2005 Zhu Decl. ¶¶ 4,7.)  This work is all done for the

16  benefit of Pacific Best.

17          Further, Tse has the authority and access to wire funds from NICI and South China

18  Investments, Inc. bank accounts to those accounts of his employer, Pacific Best.  (Aug. 19, 2005

19  Mock Decl. ¶ 4(a).)  The record also indicates that Tse is the only Pacific Best employee

20  working out of NICI's office thereby demonstrating Tse's autonomy as a Pacific Best employee.

21  (Aug. 25, 2005 Chi Decl.; Aug. 25, 2005 Tse Decl.)  Additionally, at the time service was made

22  on June 30, 2005, Tse claimed to be the person in charge, again demonstrating his level of

23  autonomy and authority as a Pacific Best employee operating out of NICI.  (Koel Decl. ¶ 4.)

24          Accordingly, based on the facts laid out above, the Court finds that Tse is an employee

25  conducting core business for Pacific Best in California and possesses sufficient character and

26  rank within Pacific Best's infrastructure as to be an adequate employee to receive service of

27

28          [3]      Because this is not a Rule 12(b)(6) motion, the Court has considered facts
    proffered by Pacific Best and Tse in conjunction with the motion for a preliminary injunction,
    which are a matter of record in this proceeding.

4

United States District Court

For the Northern District of California

1 process on behalf of his employer. Therefore, this Court concludes that by serving Tse, Pacific

2 Best was properly served under California law.

3      **b.**  **Service of process on Pacific Best was proper under Rule 4.**

4    Pacific Best also contends that Tse was not an appropriate employee to receive service of

5 process on the company's behalf under Rule 4 and, thus, service of process was insufficient.

6 While Rule 4(h)(1) provides a list of those corporate employees who can be properly served,

7 service of process is not "solely limited to [those] officially designated officers, managing

8 agents, or agents appointed by law for the receipt of process." *Direct Mail Specialists v. Eclat*

9 *Computerized Technologies, Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Proper service under Rule

10 4 can also be made "upon a representative [who is] so integrated with the organization that he

11 will know what to do with the papers." *Id.* at 688. Again the determination of whether an

12 individual holds sufficient authority or is "so integrated" in an organization is largely factual.

13 *Id.* In *Direct Mail*, for example, the plaintiff served a receptionist, the only employee present

14 when the process server arrived. *Id.* at 687. The process server asked the receptionist who

15 present was authorized to accept service on behalf of the company and was told that no one was

16 available. *Id.* The process server then served the receptionist with instructions to give the

17 documents to her superiors. *Id.* The court presumed that because the receptionist was the only

18 available individual in the office and the size of the company was small, the receptionist had

19 more than a minimal role in the company and therefore was a proper employee to serve. *Id.*

20    Pacific Best claims that Tse has no responsibility for its day-to-day operations and

21 therefore is not sufficiently integrated in the organization as to be a proper employee to receive

22 service of process. However, Pacific Best does not deny that it does do business in California,

23 and that business is seeking investors for trading in what Plaintiffs allege are foreign currency

24 futures contracts. Pacific Best sent Tse to NICI's office and permitted him to work with a high

25 degree of autonomy for the organization's benefit. Indeed, Tse appears to have had more

26 authority within Pacific Best's organization than the receptionist in *Direct Mail*.

27    In light of the facts discussed above, this Court concludes that Tse's position and duties

28 demonstrate that he is sufficiently integrated in Pacific Best's organization to know what to do

1   with the summons and complaint.  Therefore under the analysis set forth in *Direct Mail*, by

2   serving Tse, Pacific Best was properly served under Rule 4(h)(1).

<div align="center"><b>CONCLUSION</b></div>

4         For the foregoing reasons, the Court DENIES Defendant's motion to dismiss for

5   insufficient service of process.  The case management conference set for November 4, 2005 at

6   9:00 a.m. is moved to November 4, 2005 at 1:30 p.m.

7         **IT IS SO ORDERED.**

9   Dated:  October 31, 2005

                                JEFFREY S. WHITE

10                             UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical-rl"><b>United States District Court</b></div>

For the Northern District of California

1

**EXHIBIT C**
**Declaration of Mei-Fang Lisa Zhang**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG, <br><br> Plaintiffs, <br><br> vs. <br><br> WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC., <br><br> Defendants. | Case No.:  C-07-04946 JSW <br> (Related to C-05-02641 JSW) <br><br> **DECLARATION OF MEI-FANG LISA ZHANG SUPPORTING RETURN OF SERVICE ON PACIFIC BEST GROUP LTD.** |

I, Mei-Fang Lisa Zhang, declare:

1.      I am one of the plaintiffs in this case.

2.      In mid-2003, I responded to an employment advertisements placed by Defendants in the Sing Tao Daily newspaper for a clerk job.  I was hired to work for National Investment

- 1 -

1  Consultants, Inc. ("NICI"), Pacific Best Group Ltd, also known as Pacific Best Company Ltd.
2  ("Pacific Best"), and South China Investment Inc. ("South China"). Upon being hired, I received
3  training from my employers on how to place foreign currency futures trades and was told that I
4  would be an account executive selling such futures.

5        3.    Mr. Wei-Man Raymond Tse was in charge of my training and I observed that he
6  was in charge of the foreign currency futures trading operations at my workplace. It appeared to
7  me that NICI, Pacific Best, and South China, and later Chris Investment Service Inc. and CIS
8  Service, Inc., appeared to be run as a single operation under the direction and management of
9  Mr. Tse.

10        4.    I worked as an account executive for NICI, Pacific Best, and South China from
11  the time of my hiring in mid-2003 until February 2007, at which time I began to suspect that
12  Defendants' businesses were not legitimate, and I resigned my position.

13        5.    At all times during my employment with NICI, Pacific Best, and South China,
14  Mr. Tse was the manager in charge of all foreign currency futures trading operations, all
15  administration of the businesses, and all personnel working for the trading business.

16        6.    Since February 2007, I have spoken with current and past employees of Pacific
17  Best and the other businesses under control of Mr. Tse. At no time has anyone mentioned to me
18  any change in control of the trading operations or that Mr. Tse has resigned his position.

19        7.    Therefore, I believe that from and after the time my employment with Pacific Best
20  began, Mr. Tse has been the general manager of Pacific Best and the other corporate Defendants
21  in this case, and continues to act in that capacity at this time.

22        I declare under penalty of perjury under the laws of the United States and of the State of
23  California that the foregoing is true and correct.

24  Dated: January 28, 2008.

25

26                                          _____

27                                        MEI-FANG LISA ZHANG

28

DECLARATION OF MEI-FANG LISA ZHANG SUPPORTING RETURN OF SERVICE
ON PACIFIC BEST GROUP LTD./Case No.: C-07-04946 JSW

1

2

**EXHIBIT G**
**Docket Sheet**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN S. WU SUPPORTING PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.:  C-07-04946 JSW

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07–cv–04946–JSW

Zhang et al v. Tse et al
Assigned to: Hon. Jeffrey S. White
Demand: $300,000
 Relate Case Case:  <u>3:05–cv–02641–JSW</u>
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 09/24/2007
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Mei–Fang Lisa Zhang**                          represented by   **Christopher Charles Cooke**
Cooke Kobrick &Wu LLP
177 Bovet Road
Suite 600
San Mateo, CA 94402
650–638–2370
Fax: 650–341–1395
Email: ccooke@ckwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
Cooke Kobrick &Wu LLP
177 Bovet Rd., Suite 600
San Mateo, CA 94402
650–638–2370
Fax: 650–341–1395
Email: swu@ckwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bay Area Affordable Housing, LLC**            represented by   **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xue–Huan Gao**                                 represented by   **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yang–Chun Zhang**                              represented by   **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Jian Deng**                    represented by   **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hao Liang**                    represented by   **Christopher Charles Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S. Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wei–Man Raymond Tse**

**Defendant**

**Run Ping Zhou**                    represented by   **Run Ping Zhou**
*also known as*                                      South China Investment Inc.
Flora Zhou                                           3567 Kimberly Road
Cameron Park, CA 95682
415–518–5690
PRO SE

**Defendant**

**Theresa Wong**

**Defendant**

**James Yu**

**Defendant**

**Bill Shu Wai Ma**

**Defendant**

**Molly Lau**                    represented by   **Molly Lau**
Department of the Army
A FSC, 70th BSB
UNIT #15096
Camp Casey APO AP 96224
South Kore
+011–82–10–8690–3993
PRO SE

**Defendant**

**Victor So**

**Defendant**

**Jian Xiao**

**Defendant**

**Christ Investment Service Inc.**

**Defendant**

**CIS Service, Inc.**

**Defendant**

**Pacific Best Group Ltd.**
*also known as*
Pacific Best Company Ltd.

**Defendant**

**South China Investments, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | COMPLAINT and DEMAND FOR JURY TRIAL against Wei–Man Raymond Tse, Run Ping Zhou, Theresa Wong, James Yu, Bill Shu Wai Ma, Molly Lau, Victor So, Jian Xiao, Christ Investment Service Inc., Pacific Best Group Ltd., South China Investments, Inc. ( Filing fee $ 350, receipt number 34611010780.). Filed byYang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
| 09/24/2007 | | Summons Issued as to Wei–Man Raymond Tse, Run Ping Zhou, Theresa Wong, James Yu, Bill Shu Wai Ma, Molly Lau, Victor So, Jian Xiao, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Group Ltd., South China Investments, Inc.. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/24/2007 | 2 | Certificate of Interested Entities or Persons by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
| 09/24/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 12/27/2007. Case Management Conference set for 1/3/2008 11:00 AM. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/24/2007 | 4 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 3 ADR Scheduling Order (Attachments: # 1 Standing Order)(sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/24/2007 | 5 | MOTION to Relate Case. Case 05–2641 JSW, filed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. (sis, COURT STAFF) (Filed on 9/24/2007) Additional attachment(s) added on 10/1/2007 (sis, COURT STAFF). (Entered: 09/26/2007) |
| 09/24/2007 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 10/01/2007 | 6 | SUMMONS Returned Executed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan |

|  |  | Gao. Wei–Man Raymond Tse served on 9/27/2007, answer due 10/17/2007. (Cooke, Christopher) (Filed on 10/1/2007) (Entered: 10/01/2007) |
|---|---|---|
| 10/02/2007 | 7 | CERTIFICATE OF SERVICE by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao re 6 Summons Returned Executed *Declaration of Christopher Cooke regarding Service on Wei–Man "Raymond" Tse* (Cooke, Christopher) (Filed on 10/2/2007) (Entered: 10/02/2007) |
| 10/04/2007 | 8 | SUMMONS Returned Executed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. Jian Xiao served on 10/1/2007, answer due 10/22/2007. *(Proof of Service by Registered Process Server)* (Cooke, Christopher) (Filed on 10/4/2007) (Entered: 10/04/2007) |
| 10/10/2007 | 9 | ORDER by Judge Jeffrey S. White granting 5 Motion to Relate Case (jjo, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/10/2007 |  | Case Reassigned to Judge Jeffrey S. White. Judge William H. Alsup no longer assigned to the case. (as, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/10/2007 | 10 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 1/11/2008 01:30 PM. Case Management Statement due by 1/4/2008.. Signed by Judge Jeffrey S. White on 10/10/07. (jjo, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/12/2007 | 11 | SUMMONS Returned Executed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. Victor So served on 10/5/2007, answer due 10/25/2007. *(Proof of Personal Service by Process Server)* (Cooke, Christopher) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/22/2007 | 12 | SUMMONS Returned Executed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. Molly Lau served on 10/9/2007, answer due 10/29/2007. *(Proof of Service)* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/22/2007 | 13 | CERTIFICATE OF SERVICE by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao re 12 Summons Returned Executed, *Declaration re Diligence by Raymond A. Duke* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/22/2007 | 14 | CERTIFICATE OF SERVICE by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao re 12 Summons Returned Executed, 13 Certificate of Service, *Declaration of Mailing* (Cooke, Christopher) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/30/2007 |  | Received Document Letter dated 10/23/07 by Molly Lau. (hdj, COURT STAFF) (Filed on 10/30/2007) (Entered: 11/01/2007) |
| 11/05/2007 | 15 | MOTION for Entry of Default against Wei–Man Raymond Tse, Jian Xiao and Victor So filed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. (Wu, Stephen) (Filed on 11/5/2007) Modified on 11/7/2007 (hdj, COURT STAFF). (Entered: 11/05/2007) |
| 11/05/2007 | 16 | Declaration of Stephen Wu in Support of 15 MOTION for Entry of Default filed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. (Related document(s) 15 ) (Wu, Stephen) (Filed on 11/5/2007) (Entered: 11/05/2007) |
| 11/05/2007 | 17 | CERTIFICATE OF SERVICE by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao re 15 MOTION for Entry of Default, 16 Declaration in Support, (Wu, Stephen) (Filed on 11/5/2007) (Entered: 11/05/2007) |

| 11/07/2007 | 18 | Clerk's Notice ENTRY OF DEFAULT as to Wei−Man Raymond Tse, Jian Xiao and Victor So. (Related documents(s) 15 ) (hdj, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
|---|---|---|
| 11/07/2007 | 19 | ORDER TO SHOW CAUSE re Received Document filed by Molly Lau. Signed by Judge Jeffrey S. White on November 7, 2007. (jswlc3, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 11/28/2007 | 20 | CERTIFICATE OF SERVICE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao re 19 Order *to Show Cause as to Why Stay Should Not Be Granted* (Wu, Stephen) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/29/2007 | 21 | ORDER TO PLAINTIFFS' TO SHOW CAUSE RE COMPLIANCE WITH ORDER DATED NOVEMBER 7, 2007. Signed by Judge Jeffrey S. White on 11/29/07. (jjo, COURT STAFF) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | | Set/Reset Deadline 21 : Order to Show Cause Response due by 12/6/2007. (sv, COURT STAFF) (Filed on 11/29/2007) (Entered: 11/30/2007) |
| 12/04/2007 | 22 | RESPONSE TO ORDER TO SHOW CAUSE 21 by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao *Re Compliance With Order Dated November 7, 2007*. (Wu, Stephen) (Filed on 12/4/2007) Modified on 12/5/2007 (sv, COURT STAFF). (Entered: 12/04/2007) |
| 12/04/2007 | 23 | Declaration of Stephen S. Wu in Support of 22 Response to Order to Show Cause *Re Compliance with Order Dated November 7, 2007* filed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Related document(s) 22 ) (Wu, Stephen) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 24 | Declaration of Christopher Cooke in Support of 22 Response to Order to Show Cause filed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Related document(s) 22 ) (Cooke, Christopher) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 25 | CERTIFICATE OF SERVICE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao re 22 Response to Order to Show Cause, 21 Order *re Service of Court's Order dated 11/29/2007* (Cooke, Christopher) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 26 | CERTIFICATE OF SERVICE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao re 23 Declaration in Support, 24 Declaration in Support, 22 Response to Order to Show Cause *Re Compliance With Order Dated November 7, 2007* (Wu, Stephen) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/07/2007 | 27 | SUMMONS Returned Executed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. Bill Shu Wai Ma served on 12/2/2007, answer due 12/24/2007. *(Proof of Service by Process Server)* (Wu, Stephen) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/07/2007 | 28 | SUMMONS Returned Executed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. Christ Investment Service Inc. served on 12/2/2007, answer due 12/24/2007. *(Proof of Service by Process Server)* (Wu, Stephen) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/07/2007 | 29 | SUMMONS Returned Executed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. CIS Service, Inc. served on 12/2/2007, answer due 12/24/2007. *(Proof of Service by Process Server)* (Wu, Stephen) (Filed on 12/7/2007) (Entered: 12/07/2007) |

| 12/10/2007 | 30 | ORDER DISCHARGING 21 Order to Show Cause re Compliance with November 7, 2007 Order. Signed by Judge Jeffrey S. White on December 10, 2007. (jswlc3, COURT STAFF) (Filed on 12/10/2007) (Entered: 12/10/2007) |
| --- | --- | --- |
| 12/21/2007 | 31 | RESPONSE TO ORDER TO SHOW CAUSE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao *as to Why Stay Should Not be Granted*. (Wu, Stephen) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 01/02/2008 | 32 | ORDER STAYING Case as to Defendant Lau. Signed by Judge Jeffrey S. White on January 2, 2008. (jswlc3, COURT STAFF) (Filed on 1/2/2008) (Entered: 01/02/2008) |
| 01/02/2008 | 33 | CERTIFICATE OF SERVICE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao re 32 Order *Staying Action as to Defendant Molly Lau* (Wu, Stephen) (Filed on 1/2/2008) (Entered: 01/02/2008) |
| 01/07/2008 | 34 | SUMMONS Returned Executed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. Run Ping Zhou served on 12/6/2007, answer due 12/26/2007. *Return of Service* (Wu, Stephen) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | 35 | SUMMONS Returned Executed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. South China Investments, Inc. served on 12/6/2007, answer due 12/26/2007. *Return of Service* (Wu, Stephen) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/08/2008 | 36 | CASE MANAGEMENT STATEMENT filed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Wu, Stephen) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/09/2008 | 37 | ORDER CONTINUING Case Management Conference. Signed by Judge Jeffrey S. White on January 9, 2008. (jswlc3, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 | | Set/Reset Hearings: Case Management Conference set for 4/11/2008 01:30 PM. (hdj, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/11/2008) |
| 01/10/2008 | 38 | MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* filed by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Wu, Stephen) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 39 | Declaration of Stephen S. Wu in Support of 38 MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* filed byYang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Related document(s) 38 ) (Wu, Stephen) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 40 | Proposed Order re 38 MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao. (Wu, Stephen) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 41 | CERTIFICATE OF SERVICE by Yang−Chun Zhang, Carol Jian Deng, Hao Liang, Mei−Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue−Huan Gao re 38 MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)* MOTION for Leave to Issue Subpoenas and Motion for Extension of Time to Serve Complaint *(Administrative Motion)*, 37 Order, 40 Proposed Order, 39 Declaration in Support, (Wu, Stephen) (Filed on 1/10/2008) (Entered: 01/10/2008) |

| 01/11/2008 | 42 | CASE MANAGEMENT STATEMENT filed by Run Ping Zhou. (hdj, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/15/2008) |
|---|---|---|
| 01/23/2008 | 43 | ORDER by Judge Jeffrey S. White granting in part and denying in part 38 Administrative Motion for Extension of Time to Serve and for Issuance of Subpoenas. (Attachments: # 1 Certificate of Service) (rbe, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/25/2008 | 44 | CERTIFICATE OF SERVICE by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao re 43 Order on Motion for Miscellaneous Relief (Wu, Stephen) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/04/2008 | 45 | SUMMONS Returned Executed by Yang–Chun Zhang, Carol Jian Deng, Hao Liang, Mei–Fang Lisa Zhang, Bay Area Affordable Housing, LLC, Xue–Huan Gao. Pacific Best Group Ltd. served on 9/27/2007, answer due 10/17/2007. *(Return of Service)* (Wu, Stephen) (Filed on 2/4/2008) (Entered: 02/04/2008) |