CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email: ccooke@ckwlaw.com
　　　　swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>　　　　　Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF GLEN ALBERIGI SUPPORTING ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, GRANTING LEAVE TO ISSUE SUBPOENAS, AND GRANTING EXTENSION OF TIME TO SERVE COMPLAINT** |

　　I, Glen Alberigi, declare:

　　1.　　I have been retained by counsel for Plaintiffs in this action as a private detective to assist in effecting service of process.

- 1 -
DECLARATION OF GLEN ALBERIGI SUPPORTING
ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, GRANTING
LEAVE TO ISSUE SUBPOENAS, AND GRANTING EXTENSION OF TIME TO SERVE COMPLAINT
Case No.: C-07-04946 JSW

2. I am a private detective and a California registered process server. I am frequently retained by attorneys to locate defendants in lawsuits to effect service of process. In this case, I have been retained by Plaintiffs' counsel to find various defendants and serve them with the Summons and Complaint.

3. I use various "search locators" in an effort to locate individuals. "Search locators" are businesses that search for data on a person, such as addresses, criminal records, and credit, and create databases. Some search locators are IRB Search, Merlin Information, and Baxter Research.

4. Plaintiffs' counsel also retained me to serve Ms. Theresa Wong with the Summons and Complaint in this case.

5. I was to serve Ms. Wong at her last known office address at 555 Montgomery Street Suite 610 San Francisco, California. Days I attempted service on:

6. I went to 555 Montgomery Street on September 24, 2007, October 18, 2007, November 11, 2007, November 27, 2007, November 28, 2007, December 5, 2007, February 4, 2008, and February 5, 2008 and conducted surveillance at that location to wait for Ms. Wong to appear. She did not, however, appear at the above address on those days. Accordingly, I have never seen Ms. Wong at that office address.

7. Because I have been unable to serve her at her last known office address, if I do not have Ms. Wong's home address, it will not be possible for me to effect service of process.

8. I have tried to locate Ms. Wong's home address through my usual search locators with negative results.

9. Because I have neither an office address nor a home address for Ms. Wong, I do not know her whereabouts, and I am unable to serve her.

10. Plaintiffs' counsel also retained me to serve Mr. James Yu with the Summons and Complaint in this case. I was to serve Mr. Yu at his work at the California Department of Motor Vehicles, 1377 Fell Street, San Francisco, CA.

11. I went to the Department of Motor Vehicles two times, Tuesday November 27, 2007, and Friday, February 8, 2008, and spoke to the Administration Clerk, Virginia, who told me that James Yu has been off work on disability for about three years. Virginia could not give me Mr. Yu's home address or phone number due to department policy. I tried to obtain the phone number and address from another clerk, but was unable to because of department policy.

12. February 8, 2008 was the second time I tried to serve Mr. Yu at his work. It is unknown when or if Mr. Yu will return to work. Without Mr. Yu's home address he will not be able to be served.

13. I have tried to locate a home address for Mr. Yu through my usual search locaters, but they were unable to provide me with a home address for him.

14. Because of my inability to find a home address for Mr. Yu by asking at his former workplace or using search locators, I do not know Mr. Yu's whereabouts and I am unable to serve Mr. Yu at this time.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on March 10, 2008.

*Glen Alberigi*
GLEN ALBERIGI

Glen Alberigi #144
Registered Process Server
530 Alameda del Prado #302
Novato, CA 94949 Marin County
(415) 382-9100