CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email: ccooke@ckwlaw.com
       swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF CHRISTOPHER C. COOKE SUPPORTING ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, GRANTING LEAVE TO ISSUE SUBPOENAS, AND GRANTING EXTENSION OF TIME TO SERVE COMPLAINT** |

I, Christopher C. Cooke, declare:

1. I am one of the attorneys for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Administrative Motion for Order for Publication of Summons, Granting Leave to Issue Subpoenas, and Granting Extension of Time to Serve Complaint.

2.  Since the Plaintiffs filed their Complaint on September 24, 2007, our firm has sent numerous pieces of correspondence to various Defendants at their former business office at 555 Montgomery Street, Suite 610, in San Francisco in an effort to serve them with filings in this case. That address is the last known office address for Defendant Theresa Wong.

3.  It appears that all correspondence that my firm has been sending to the defendants in this case, and regardless of the address to which it is being sent or the defendant to whom it is being sent, is simply being returned unopened. All of the correspondence that is being returned has some sort of handwritten notation on it, often in broken English, instructing the post office to return the correspondence to us---the envelopes we receive in the mail say "Return," "Returz," "Please Returz," "No this Person," or "No this Company." It also appears that the same person may be writing some or all of these notations on the envelopes that are returned to us, even though we sent the correspondence to different defendants and at different addresses. For example, attached as exhibit A to this declaration is a true and correct copy of an envelope that we sent to defendant Wei-Man "Raymond" Tse at 555 Montgomery Street, Suite 610, San Francisco, CA. Attached as Exhibit B to this declaration is a true and correct copy of an envelope that we sent to defendant Jian Xiao at 737 Chester Street, Oakland, CA. Even though we sent one envelop to Oakland and another to San Francisco, both envelopes have what appears to be the same handwritten notation in broken English -- "Please Returz"—instructing the post office to return the correspondence to us.

4.  Although I believe that businesses under control of Raymond Tse are still operating at that location, and are returning mail under the mistaken belief they can avoid legal process, I cannot be sure that correspondence sent to Defendant Theresa Wong at that address will be received by her. Our process server and private detective have been unable to physical locate her or identify her at that address, despite making numerous attempts to locate and serve

//

//

//

1 | her at that address.

2 |     I declare under penalty of perjury under the laws of the United States and of the State of
3 | California that the foregoing is true and correct.

4 |     Executed on March 10, 2008.

6 | /s/

7 | _____
8 | CHRISTOPHER C. COOKE

- 3 -
DECLARATION OF CHRISTOPHER C. COOKE SUPPORTING
ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, GRANTING
LEAVE TO ISSUE SUBPOENAS, AND GRANTING EXTENSION OF TIME TO SERVE COMPLAINT
Case No.: C-07-04946 JSW

**COOKE KOBRICK & WU LLP**
Attorneys at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402

*PLEASE RETURN*

NIXIE        941  CE 1           30  12/07/07
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 94402312250    *1040-15299-04-39

Mr. Wei-Man Raymond Tse
555 Montgomery St, Suite 610
San Francisco, CA 94111

US POSTA

**EXHIBIT A**



COOKE KOBRICK & WU LLP
Attorneys at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402

Mr. Jien Xiao
737 Chester Street
Oakland, CA 94607

PLEASE RETURN

US POSTAGE

**EXHIBIT B**