UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**[PROPOSED] ORDER FOR PUBLICATION OF SUMMONS, GRANTING LEAVE TO ISSUE SUBPOENAS, AND GRANTING EXTENSION OF TIME TO SERVE COMPLAINT** |

This matter came before the Court to consider the Plaintiffs' Administrative Motion for Order for Publication of Summons, Granting Leave to Issue Subpoenas, and Granting Extension of Time to Serve Complaint.

1	After considering the motion, and for good cause shown, the Court hereby GRANTS the Plaintiffs' Administrative Motion for Order for Publication of Summons, Granting Leave to Issue Subpoenas, and Granting Extension of Time to Serve Complaint.

4	IT IS HEREBY ORDERED that service of the Summons in this action on Defendant Theresa Wong shall be accomplished by publication in the San Francisco Chronicle and the Sing Tao Daily, newspapers published in the State of California, and designated as the newspapers most likely to give actual notice to Defendant Theresa Wong, provided, however, that this Order does not preclude service upon Defendant Theresa Wong in any other manner specified in Fed. R. Civ. P. 4 or in California Code of Civil Procedure sections 415.10 through 415.30, which service would supersede the service by publication.

11	IT IS HEREBY FURTHER ORDERED that the publication shall be made once a week for four weeks.

13	IT IS HEREBY FURTHER ORDERED that if Defendant Theresa Wong's address is ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the Summons and Complaint and of the order for publication shall immediately be mailed to Defendant Theresa Wong.

17	IT IS HEREBY FURTHER ORDERED that Plaintiffs are granted leave to issue subpoenas to the California Department of Motor Vehicles and any third parties concerning the whereabouts of James Yu and other facts reasonably necessary in aid of completing service of process on him.

21	IT IS HEREBY FURTHER ORDERED that the time under Fed. R. Civ. P. 4(m) in which Plaintiffs must complete service of process on Theresa Wong and James Yu to avoid dismissal is hereby EXTENDED until May 31, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

                                        _____
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE