**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

    v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, FOR LEAVE TO ISSUE SUBPOENAS, AND FOR EXTENSION OF TIME TO SERVE**

This matter came before the Court to consider Plaintiffs' Administrative Motion for Order for Publication of Summons, for Leave to Issue Subpoenas, and for Extension of Time to Serve Complaint. The time for filing an opposition to the motion has expired, and the Court has not received any opposition. After considering the motion, relevant legal authority, and the record in this case, the Court hereby GRANTS IN PART AND DENIES WITHOUT PREJUDICE IN PART, Plaintiffs' Administrative Motion.

IT IS HEREBY ORDERED that service of the Summons in this action on Defendant Theresa Wong shall be accomplished by publication in the San Francisco Chronicle and the Sing Tao Daily, newspapers published in the State of California, and designated as the newspapers most likely to give actual notice to Defendant Theresa Wong, provided, however, that this Order does not preclude service upon Defendant Theresa Wong in any other manner specified in Fed. R. Civ. P. 4 or in California Code of Civil Procedure sections 415.10 through 415.30, which service would supersede the service by publication.

IT IS HEREBY FURTHER ORDERED that the publication shall be made once a week for four weeks.

IT IS HEREBY FURTHER ORDERED that if Defendant Theresa Wong's address is ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the Summons and Complaint and of the order for publication shall immediately be mailed to Defendant Theresa Wong.

IT IS HEREBY FURTHER ORDERED that Plaintiffs' request to issue subpoenas to the California Department of Motor Vehicles and any third parties concerning the whereabouts of James Yu and other facts reasonably necessary in aid of completing service of process on him is DENIED WITHOUT PREJUDICE, to a showing that service of such a subpoena would be proper or that service by publication is not viable on Defendant James Yu.

IT IS HEREBY FURTHER ORDERED that, for good cause shown, the time under Federal Rule of Civil Procedure 4(m) in which Plaintiffs must complete service of process on Theresa Wong and James Yu to avoid dismissal is hereby EXTENDED until May 31, 2008. Plaintiffs are HEREBY ORDERED to serve a copy of this Order on all Defendants.

**IT IS SO ORDERED.**

Dated: March 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2