CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG, <br><br>             Plaintiffs, <br><br>     vs. <br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC., <br><br>             Defendants. | Case No.:  C-07-04946 JSW <br> (Related to C-05-02641 JSW) <br><br> **PROOF OF SERVICE** |

I, Stephen S. Wu, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On March 14, 2008, I served Defendants Wei-Man Raymond Tse, Jian Xiao, Victor So, Molly Lau, Bill Shu Wai Ma, Run Ping Zhou, Christ Investment Service Inc., CIS Service, Inc., South China Investment Inc., and Pacific Best Group Ltd. with this proof of service and the following document:

ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART ADMINISTRATIVE MOTION FOR ORDER FOR PUBLICATION OF SUMMONS, FOR LEAVE TO ISSUE SUBPOENAS, AND FOR EXTENSION OF TIME TO SERVE

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Mr. Wei-Man Raymond Tse
Pacific Best Group Ltd.
555 Montgomery Street, Suite 610
San Francisco, CA 94111

Mr. Victor So
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

Mr. Bill Shu Wai Ma
Christ Investment Service Inc.
CIS Service, Inc.
1945 Kirkham Street
San Francisco, CA 94122

Mr. Jian Xiao
737 Chester Street
Oakland, CA 94607

Ms. Molly Lau
PFC, US Army
A FSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Ms. Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: March 14, 2008.

/s/

STEPHEN S. WU