1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4            swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  MEI-FANG LISA ZHANG, BAY AREA          )  Case No.: C-07-4946 JSW
    AFFORDABLE HOUSING, LLC, XUE-          )  (related to C-05-02641 JSW)
13  HUAN GAO, YANG-CHUN ZHANG,             )
    CAROL JIAN DENG, and HAO LIANG,        )  **PROOF OF SERVICE**
14                                         )
                                           )
15                 Plaintiffs,             )
                                           )
16         vs.                             )
                                           )
17  WEI-MAN RAYMOND TSE, RUN PING          )
18  ZHOU a.k.a. FLORA ZHOU, THERESA        )
    WONG, JAMES YU, BILL SHU WAI MA,       )
19  MOLLY LAU, VICTOR SO, JIAN XIAO,       )
    CHRIST INVESTMENT SERVICE INC.,        )
20  CIS SERVICE, INC., PACIFIC BEST        )
    GROUP LTD. a.k.a. PACIFIC BEST         )
21  COMPANY LTD., and SOUTH CHINA          )
22  INVESTMENT INC.,                       )
                   Defendants.             )
23  _____    )

24         I, CHRISTOPHER COOKE DECLARE AND STATE:

25         1.      I am attorney in California, a member of the bar of this Court, and I am

26  appearing for the plaintiffs in this matter.  I make this declaration of my own personal

27  knowledge.

28

2.     I am employed in San Mateo, California, am over the age of eighteen years, and am not a party to the above-captioned action.  My business address is 177 Bovet Road, Suite 600, San Mateo, CA 94402.  On April 10, 2008, I caused the following documents:

**RENEWED ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENA REGARDING JAMES YU OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUMMONS ON JAMES YU VIA PUBLICATION**

to be served on the parties listed below by the following manner:

[X]     **(By Mail)**  By placing a true and correct copy of the referenced documents, enclosed in a sealed envelope addressed as stated below, with first class postage thereon fully prepaid, for collection and mailing on the date set forth herein following ordinary business practices, in the United States Mail, in Burlingame, California

| | |
|---|---|
| Mr. Wei-Man Raymond Tse<br>555 Montgomery St, Suite 610,<br>San Francisco, CA 94111 | Ms. Molly Lau<br>PFC, US Army<br>AFSC, 70th BSB, Unit #15093<br>Camp Casey, South Korea<br>APO AP 96244 |
| Mr. Victor So<br>c/o Legendary Palace<br>708 Franklin Street<br>Oakland, CA 94607 | Mr. Jian Xiao<br>737 Chester Street<br>Oakland, CA 94607 |
| Mr. Bill Shu Wai Ma<br>Christ Investment Service Inc.<br>CIS Service, Inc.<br>1945 Kirkham Street<br>San Francisco, CA 94122 | Ms. Run Ping Zhou<br>South China Investment Inc.<br>3567 Kimberly Road<br>Cameron Park, CA 95682 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 11, 2008.

_____
/S/
CHRISTOPHER COOKE