# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 11, 2008                              **Court Reporter**:  Kathy Wyatt

**CASE NO. C-074946  JSW**

**TITLE:  Mei-Fang Lisa Zhang, et al., v. Wei-Man Raymand Tse, et al.,**

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Christopher Cooke                              No appearance by or for any defendants

**PROCEEDINGS:  Initial Case Management Conference**

**RESULTS:**    The Clerk is directed to enter default against all defendants except Run Ping Zhou.

          The Plaintiff re-filed it motion for subpoenas.