**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                          415.522.2000

April 14, 2008

RE:  CV 07-04946 JSW           MEI-FANG LISA ZHANG-v- WEI-MAN RAYMOND TSE

Default is entered as to Theresa Wong, James Yu, Bill Shu Wai Ma, Victor So, Jian Xiao, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Company Ltd and South China Investments, Inc. on April 11, 2008 .

RICHARD W. WIEKING, Clerk

byHilary D. Jackson
Case Systems Administrator

NDC TR-4  Rev. 3/89