United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

  v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

                                    /

No. C 07-04946 JSW

**ORDER GRANTING IN PART RENEWED ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUMMONS ON JAMES YU VIA PUBLICATION**

Now before the Court is Plaintiffs' Renewed Administrative Motion for Leave to Issue Subpoena Regarding James Yu Or, in the Alternative, For Leave to Serve Summons on James Yu Via Publication. The time for filing an opposition to the motion has expired, and the Court has not received any opposition. After considering the motion, relevant legal authority, and the record in this case, the Court hereby GRANTS IN PART Plaintiffs' Renewed Administrative Motion.

IT IS HEREBY ORDERED that service of the Summons in this action on Defendant James Yu shall be accomplished by publication in the San Francisco Chronicle and the Sing Tao Daily, newspapers published in the State of California, and designated as the newspapers most likely to give actual notice to Defendant James Yu. The Court, however, shall not grant this request *nunc pro tunc* to the Order granting Plaintiffs leave to serve Theresa Wong by publication.

If is FURTHER ORDERED that this Order does not preclude service upon Defendant James Yu in any other manner specified in Fed. R. Civ. P. 4 or in California Code of Civil Procedure sections 415.10 through 415.30, which service would supersede the service by publication.

IT IS HEREBY FURTHER ORDERED that the publication shall be made once a week for four weeks, and good cause appearing, the deadline by which Defendant Yu shall be served shall be extended to June 30, 2008.

IT IS HEREBY FURTHER ORDERED that if Defendant James Yu's address is ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the Summons and Complaint and of the order for publication shall immediately be mailed to Defendant James Yu.

Plaintiffs are HEREBY ORDERED to serve a copy of this Order on all Defendants.

**IT IS SO ORDERED.**

Dated: April 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2