**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

   Plaintiffs,

 v.

WEI-MAN RAYMOND TSE, et al.

   Defendants.

                /

No. C 07-04946 JSW

**ORDER RE PLAINTIFF'S REQUEST FOR DEFAULT AGAINST DEFENDANT RUN PING ZHOU**

  On April 11, 2008, the Court held a case management conference in this matter. At that case management conference, counsel for Plaintiffs advised that they had not seen the Case Management Statement filed by Defendant Run Ping Zhou. That case management statement was filed on January 11, 2008, before Plaintiffs filed a request for entry of default against a number of the defendants, including Defendant Zhou.

  The Court HEREBY ORDERS Plaintiffs to advise the Court by no later than April 25, 2008, as to whether they maintain their request for entry of default against Ms. Zhou.

  **IT IS SO ORDERED.**

Dated: April 16, 2008

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE