CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
            swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-4946 JSW<br>(related to C-05-02641 JSW)<br><br>**PROOF OF SERVICE** |

I, CHRISTOPHER COOKE DECLARE AND STATE:

1. I am attorney in California, a member of the bar of this Court, and I am appearing for the plaintiffs in this matter. I make this declaration of my own personal knowledge.

2. I am employed in San Mateo, California, am over the age of eighteen years, and am not a party to the above-captioned action. My business address is 177 Bovet Road, Suite 600, San Mateo, CA 94402. On April 18, 2008, I caused the following documents:

**ORDER GRANTING IN PART RENEWED ADMINISTRATIVE MOTION FOR LEAVE TO ISSUE SUBPOENAS OR, IN THE ALTERNATIVE, FOR LEAVE TO SERVE SUMMONS ON JAMES YU VIA PUBLICATION**

**ORDER RE PLAITNIFFS' REQUEST FOR DEFAULT AGAINST DEFENDANT RUN PING ZHOU**

to be served on the parties listed below by the following manner:

[X]   **(By Mail)**  By placing a true and correct copy of the referenced documents, enclosed in a sealed envelope addressed as stated below, with first class postage thereon fully prepaid, for collection and mailing on the date set forth herein following ordinary business practices, in the United States Mail, in San Mateo, California

Mr. Wei-Man Raymond Tse
555 Montgomery St, Suite 610,
San Francisco, CA 94111

Ms. Molly Lau
PFC, US Army
AFSC, 70th BSB, Unit #15093
Camp Casey, South Korea
APO AP 96244

Mr. Victor So
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

Mr. Jian Xiao
737 Chester Street
Oakland, CA 94607

Mr. Bill Shu Wai Ma
Christ Investment Service Inc.
CIS Service, Inc.
1945 Kirkham Street
San Francisco, CA 94122

Ms. Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 18, 2008.

/S/
CHRISTOPHER COOKE