IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER RE REQUEST FOR DEFAULT AGAINST DEFENDANT RUN PING ZHOU**

On January 11, 2008,, Defendant Run Ping Zhou ("Zhou") filed a case management statement. Zhou has not, however, filed an answer or other responsive pleading to Plaintiffs' complaint. On February 11, 2008, Plaintiffs filed a request to enter default against a number of Defendants, including Zhou.

On April 11, 2008, the Court held a case management conference in this matter. Zhou did not appear at that case management conference. However, the Court inquired whether counsel for Plaintiffs advised that they had not seen the Case Management Statement filed by Defendant Run Ping Zhou. Plaintiffs indicated they had not, and the Court thereafter Ordered Plaintiffs to review the case management statement and advise the Court whether they intended to maintain their request for default. On April 25, 2008, the Plaintiffs filed their response, and served a copy of that response on Zhou, in which they take the position that Zhou's case management statement is not a proper Answer or responsive pleading.

1    However, Plaintiffs also recognize that Zhou may be proceeding without counsel.
2  The Court deems it appropriate to give Zhou one last opportunity to respond to the Complaint
3  by filing an answer or other responsive pleading.  Accordingly, Zhou shall either file and serve
4  an answer to the Complaint or file and serve a motion under Federal Rule of Civil Procedure
5  Rule 12, by no later than May 30, 2008.  The Court HEREBY ADVISES Zhou that a Handbook
6  for Pro Se Litigants, which contains helpful information about proceeding without an attorney,
7  is available through the Court's website or in the Clerk's office.
8    It is FURTHER ORDERED that if Zhou fails to comply with the deadline set by this
9  Order, the Court shall direct the Clerk to enter default against Zhou.
10   **IT IS SO ORDERED.**

12  Dated: May 6, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG et al,

    Plaintiff,

v.

WEI-MAN RAYMOND TSE et al,

    Defendant.

Case Number: CV07-04946 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk