1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4           swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 MEI-FANG LISA ZHANG, BAY AREA            )  Case No.:  C-07-04946 JSW
   AFFORDABLE HOUSING, LLC, XUE-            )  (Related to C-05-02641 JSW)
13 HUAN GAO, YANG-CHUN ZHANG,               )
   CAROL JIAN DENG, and HAO LIANG,          )  **RETURN OF SERVICE**
14                                          )
                                            )
15                                          )
            Plaintiffs,                     )
16                                          )
       vs.                                  )
17                                          )
   WEI-MAN RAYMOND TSE, RUN PING            )
18 ZHOU a.k.a. FLORA ZHOU, THERESA          )
   WONG, JAMES YU, BILL SHU WAI MA,         )
19 MOLLY LAU, VICTOR SO, JIAN XIAO,         )
   CHRIST INVESTMENT SERVICE INC., CIS      )
20 SERVICE, INC., PACIFIC BEST GROUP        )
   LTD. a.k.a. PACIFIC BEST COMPANY         )
21 LTD., and SOUTH CHINA INVESTMENT         )
   INC.,                                    )
22                                          )
            Defendants.                     )
23  ─────────────────────────────

24

25      I, Stephen S. Wu, declare:

26      1.      I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road,

27 Suite 600, San Mateo, CA 94402 and counsel for Plaintiffs in this case.

28      2.      On March 14, 2008, the Court ordered that "service of the Summons in this action

on Defendant Theresa Wong shall be accomplished by publication in the San Francisco

1  Chronicle and the Sing Tao Daily . . . as the newspapers most likely to give actual notice to
2  Defendant Theresa Wong" and that "publication shall be made once a week for four weeks."

3      3.    A true and correct copy of the Declaration of Publication of San Francisco
4  Chronicle ("SF Chronicle Declaration") is attached hereto as Exhibit A.  In the SF Chronicle
5  Declaration, the San Francisco Chronicle's legal advertisement representative Wesley
6  Manalastas states that publication of the Summons in this case took place on March 22, March
7  29, April 5, and April 12, 2008.

8      4.    A true and correct copy of the Declaration of Publication of Sing Tao Daily
9  ("Sing Tao Daily Declaration") is attached hereto as Exhibit B.  In the Sing Tao Daily
10  Declaration, Sing Tao Daily Deputy General Manager Florence Tso states that publication of the
11  Summons in this case took place on March 24, March 31, April 7, and April 14, 2008.

12      5.    California Government Code Section 6060 requires that publication of notices be
13  made in a "newspaper of general circulation."  The SF Chronicle Declaration and Sing Tao Daily
14  Declaration state that each of these newspapers is a "newspaper of general circulation" within the
15  meaning of California Government Code Section 6000.

16      6.    Under California Code of Civil Procedure Section 415.50(c), service of a
17  summons by publication is deemed complete as provided in Section 6064 of the Government
18  Code.  Section 6064 of the Government Code provides for publication once a week for fours
19  successive weeks.

20      7.    The SF Chronicle Declaration and Sing Tao Daily Declaration show that
21  publication has taken place once a week for four consecutive weeks.  Accordingly, service of
22  process by publication on Theresa Wong is, as of April 14, 2008, deemed complete.

23  I declare under penalty of perjury under the laws of the United States and of the State of
24  California that the foregoing is true and correct.
25  Dated:  May 26, 2008
26      /s/
27  
28      STEPHEN S. WU

1
2
**EXHIBIT A**
**Declaration of Publication**
**Of San Francisco Chronicle**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RETURN OF SERVICE/ Case No.:  C-07-04946 JSW

# DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE

```
810
PUBLIC NOTICES (NON-GOV)
SUMMONS
IN A CIVIL CASE
United States District
Court
Northern District of
California
Case Number:
C 07 04946 JSW

MEI-FANG LISA ZHANG,
BAY AREA AFFORDABLE
HOUSING, LLC, XUE-HUAN
GAO, YANG-CHUN
ZHANG, CAROL JIAN
DENG, and HAO LIANG,
   v.
WEI-MAN RAYMOND TSE,
RUN PING ZHOU a.k.a.
FLORA ZHOU, THERESA
WONG, JAMES YU, BILL
SHU WAI MA, MOLLY LAU,
VICTOR SO, JIAN XIAO,
CHRIST INVESTMENT
SERVICE INC., CIS SER-
VICE, INC., PACIFIC BEST
GROUP LTD. a.k.a. PA-
CIFIC BEST COMPANY
LTD., and SOUTH CHINA
INVESTMENT INC.

TO: WEI-MAN RAYMOND
TSE, RUN PING ZHOU
a.k.a. FLORA ZHOU,
THERESA WONG, JAMES
YU, BILL SHU WAI MA,
MOLLY LAU, VICTOR SO,
JIAN XIAO, CHRIST IN-
VESTMENT SERVICE INC.,
CIS SERVICE, INC., PA-
CIFIC BEST GROUP LTD.
a.k.a. PACIFIC BEST
COMPANY LTD., and
SOUTH CHINA INVEST-
MENT INC. 555 Montgom-
ery Street, Suite 610 San
Francisco, CA 94111

YOU ARE HEREBY SUM-
MONED and required to
serve upon PLAINTIFF'S
ATTORNEY (name and
address) Christopher C.
Cooke, Cooke Kobrick &
Wu LLP 177 Bovet Road,
Suite 600 San Mateo, CA
94402 an answer to the
complaint which is
herewith served upon
you, within 20 days after
service of this summons
upon you, exclusive of
the day of service. If you
fail to do so, judgment by
default will be taken
against you for the relief
demanded in the com-
plaint. You must also file
your answer with the
Clerk of this Court within
a reasonable period of
time after service.
DATE: September 24, 2007
RICHARD W. WIEKING,
Clerk
By MARY ANN BUCKLEY,
Deputy Clerk
```

WESLEY MANALASTAS

declares that:

The annexed advertisement has been regularly published in the

### SAN FRANCISCO CHRONICLE

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE
(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From _____ March 22, 2008 _____

To _____ April 12, 2008 _____

Namely, on _____ March 22, 29; April 5, 12, 2008 _____

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ April 14, 2008 _____

at San Francisco, California.

_Wesley Manalastas_

WESLEY MANALASTAS

**EXHIBIT B**
**Declaration of Publication**
**Of Sing Tao Daily**

CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF PUBLICATION OF SING TAO DAILY** |

I, Florence Tso, declare:

1. I am Deputy General Manager for the Sing Tao Daily newspaper.

2. The attached advertisement has been regularly published in the Sing Tao Daily newspaper, which is and was at all times herein mentioned established as a "newspaper of

- 2 -

general circulation" in the City of Brisbane, County of San Mateo, State of California as that term is defined by Section 6000 of the Government Code. The Sing Tao Daily has been established, printed, and published at regular intervals, and enjoys wide circulation, in the Chinese communities in San Mateo County, the City and County of San Francisco, and the City of Oakland, County of Alameda for more than one year before March 2008.

3. The Sing Tao Daily's offices are located at 5000 Marina Blvd., Suite 300, Brisbane, CA 94005.

4. Publication of the attached advertisement was from March 24, 2008 to April 14, 2008, namely on March 24, March 31, April 7, and April 14, 2008.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on May 16, 2008.

_____
Florence Tso,
Deputy General Manager
Sing Tao Daily



```
史考特證券
週一至週五上午9點至下午11點（美東時間）
6-1788 （美國境內）1-314-543-6188 （美國境外）
6178  314-835-9302
scottrade.com  中文網站: http://chinese.scottrade.com
```

# SUMMONS
# IN A CIVIL CASE
## United States District Court
## Northern District of
## California
## Case Number: C 07 04946 JSW

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,

v.

WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.

TO: WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. 555 Montgomery Street, Suite 610 San Francisco, CA 94111

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher C. Cooke, Cooke Kobrick & Wu LLP 177 Bovet Road, Suite 600 San Mateo, CA 94402

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE September 24, 2007
RICHARD W. WIEKING, Clerk
By MARY ANN BUCKLEY, Deputy Clerk

03/24/08