CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
          swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEI-FANG LISA ZHANG, BAY AREA
AFFORDABLE HOUSING, LLC, XUE-
HUAN GAO, YANG-CHUN ZHANG,
CAROL JIAN DENG, and HAO LIANG,

                Plaintiffs,

      vs.

WEI-MAN RAYMOND TSE, RUN PING
ZHOU a.k.a. FLORA ZHOU, THERESA
WONG, JAMES YU, BILL SHU WAI MA,
MOLLY LAU, VICTOR SO, JIAN XIAO,
CHRIST INVESTMENT SERVICE INC., CIS
SERVICE, INC., PACIFIC BEST GROUP
LTD. a.k.a. PACIFIC BEST COMPANY
LTD., and SOUTH CHINA INVESTMENT
INC.,
                Defendants.

      Case No.:  C-07-04946 JSW
      (Related to C-05-02641 JSW)

      **RETURN OF SERVICE**

I, Stephen S. Wu, declare:

    1.     I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road,

Suite 600, San Mateo, CA 94402 and counsel for Plaintiffs in this case.

    2.     On April 16, 2008, the Court ordered that "service of the Summons in this action

on Defendant James Yu shall be accomplished by publication in the San Francisco Chronicle and

the Sing Tao Daily . . . as the newspapers most likely to give actual notice to Defendant James Yu" and that "publication shall be made once a week for four weeks."

3.    A true and correct copy of the Declaration of Publication of San Francisco Chronicle ("SF Chronicle Declaration") is attached hereto as Exhibit A.  In the SF Chronicle Declaration, the San Francisco Chronicle's legal advertisement representative Joel Rodriguez states that publication of the Summons in this case took place on April 26, May 3, May 10, and May 17, 2008.

4.    A true and correct copy of the Declaration of Publication of Sing Tao Daily ("Sing Tao Daily Declaration") is attached hereto as Exhibit B.  In the Sing Tao Daily Declaration, Sing Tao Daily Deputy General Manager Florence Tso states that publication of the Summons in this case took place on April 25, May 2, May 9, and May 16, 2008.

5.    California Government Code Section 6060 requires that publication of notices be made in a "newspaper of general circulation."  The SF Chronicle Declaration and Sing Tao Daily Declaration state that each of these newspapers is a "newspaper of general circulation" within the meaning of California Government Code Section 6000.

6.    Under California Code of Civil Procedure Section 415.50(c), service of a summons by publication is deemed complete as provided in Section 6064 of the Government Code.  Section 6064 of the Government Code provides for publication once a week for fours successive weeks.

7.    The SF Chronicle Declaration and Sing Tao Daily Declaration show that publication has taken place once a week for four consecutive weeks.  Accordingly, service of process by publication on James Yu is, as of May 17, 2008, deemed complete.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated:  June 4, 2008

/s/

_____

STEPHEN S. WU

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**
**Declaration of Publication**
**Of San Francisco Chronicle**

# DECLARATION OF PUBLICATION OF

SAN FRANCISCO CHRONICLE

*Joel Rodriguez*

declares that:

The annexed advertisement has been regularly published in the

## SAN FRANCISCO CHRONICLE

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From *April 26, 2008*

To *May 17, 2008*

Namely, on *04/26/2008; 05/03/2008; 05/10/2008; and 05/17/2008*

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *May 19, 2008*

at San Francisco, California.

---

SUMMONS
IN A CIVIL CASE
United States District
Court
Northern District of
California
Case Number:
C 07 04946 JSW

MEI-FANG LISA ZHANG,
BAY AREA AFFORDABLE
HOUSING, LLC, XUE-HUAN
GAO,      YANG-CHUN
ZHANG,    CAROL    JIAN
DENG, and HAO LIANG,
v.
WEI-MAN RAYMOND TSE,
RUN PING ZHOU a.k.a.
FLORA ZHOU, THERESA
WONG, JAMES YU, BILL
SHU WAI MA, MOLLY LAU,
VICTOR SO, JIAN XIAO,
CHRIST    INVESTMENT
SERVICE INC., CIS SER-
VICE, INC., PACIFIC BEST
GROUP LTD. a.k.a. PA-
CIFIC   BEST   COMPANY
LTD., and SOUTH CHINA
INVESTMENT INC.

TO: WEI-MAN RAYMOND
TSE, RUN PING ZHOU
a.k.a. FLORA ZHOU,
THERESA WONG, JAMES
YU, BILL SHU WAI MA,
MOLLY LAU, VICTOR SO,
JIAN XIAO, CHRIST IN-
VESTMENT SERVICE INC.,
CIS SERVICE, INC., PA-
CIFIC BEST GROUP LTD.
a.k.a. PACIFIC BEST
COMPANY LTD., and
SOUTH CHINA INVEST-
MENT INC. 555 Montgom-
ery Street, Suite 610 San
Francisco, CA 94111

YOU ARE HEREBY SUM-
MONED and required to
serve upon PLAINTIFF'S
ATTORNEY (name and
address) Christopher C.
Cooke, Cooke Kobrick &
Wu LLP 177 Bovet Road,
Suite 600 San Mateo, CA
94402 an answer to the
complaint which is
herewith served upon
you, within 20 days after
service of this summons
upon you, exclusive of
the day of service. If you
fail to do so, judgment by
default will be taken
against you for the relief
demanded in the com-
plaint. You must also file
your answer with the
Clerk of this Court within
a reasonable period of
time after service.
DATE: September 24, 2007
RICHARD   W.   WIEKING,
Clerk
By MARY ANN BUCKLEY,
Deputy Clerk

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**
**Declaration of Publication**
**Of Sing Tao Daily**

1   CHRISTOPHER COOKE, CA Bar #142342
    STEPHEN S. WU, CA Bar # 205091
2   COOKE KOBRICK & WU LLP
    177 Bovet Road, Suite 600
3   San Mateo, CA 94402
    Email:  ccooke@ckwlaw.com
4           swu@ckwlaw.com
    Tel: (650) 638-2370
5   Fax: (650) 341-1395
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  MEI-FANG LISA ZHANG, BAY AREA          )  Case No.: C-07-04946 JSW
    AFFORDABLE HOUSING, LLC, XUE-          )  (Related to C-05-02641 JSW)
13  HUAN GAO, YANG-CHUN ZHANG,             )
    CAROL JIAN DENG, and HAO LIANG,        )  **DECLARATION OF PUBLICATION OF**
14                                         )  **SING TAO DAILY**
                                           )
15                 Plaintiffs,             )
                                           )
16        vs.                              )
                                           )
17  WEI-MAN RAYMOND TSE, RUN PING          )
18  ZHOU a.k.a. FLORA ZHOU, THERESA        )
    WONG, JAMES YU, BILL SHU WAI MA,       )
19  MOLLY LAU, VICTOR SO, JIAN XIAO,       )
    CHRIST INVESTMENT SERVICE INC., CIS    )
20  SERVICE, INC., PACIFIC BEST GROUP      )
21  LTD. a.k.a. PACIFIC BEST COMPANY       )
    LTD., and SOUTH CHINA INVESTMENT       )
22  INC.,                                  )
                                           )
23                 Defendants.             )

24

25        I, Florence Tso, declare:

26        1.    I am Deputy General Manager for the Sing Tao Daily newspaper.

27        2.    The attached advertisement has been regularly published in the Sing Tao Daily

28  newspaper, which is and was at all times herein mentioned established as a "newspaper of

                                    - 1 -
                  DECLARATION OF PUBLICATION OF SING TAO DAILY
                           Case No.: C-07-04946 JSW

1  general circulation" in the City of Brisbane, County of San Mateo, State of California as that

2  term is defined by Section 6000 of the Government Code.    The Sing Tao Daily has been

3  established, printed, and published at regular intervals, and enjoys wide circulation, in the

4  Chinese communities in San Mateo County, the City and County of San Francisco, and the City

5  of Oakland, County of Alameda for more than one year before March 2008.

6      3.      The Sing Tao Daily's offices are located at 5000 Marina Blvd., Suite 300,

7  Brisbane, CA 94005.

8      4.      Publication of the attached advertisement was from April 25, 2008 to May 16,

9  2008, namely on April 25, May 2, May 9, and May 16, 2008.

10      I declare under penalty of perjury under the laws of the United States and of the State of

11  California that the foregoing is true and correct.

12      Executed on May 27, 2008.

Florence Tso,
Deputy General Manager
Sing Tao Daily

- 2 -

Case 3:07-cv-04946-JSW   Document 1   Filed 06/04/2008   Page 8 of 8

在中國，官員與醫生是煙民中的不可忽視的成員。中國體育總局業官員對人們說，北京奧運會將促使中國人採取更健康生活方式。說完這番話後，他走到室外的禁煙走廊，點燃一支香煙。美聯社指，這位官員的舉動說明，中國展開禁煙行動將面臨艱苦鬥爭。

中國有 3.5 億煙民，占世界煙民總數的 1/3。每年中國市場能夠售出大約兩萬億支香煙。政府估計每年有大約 100 萬中國人死於與吸煙有關的疾病，到 2020 年這個數字將增加一倍。目前，大約 150 多個中國城市已採取了局部禁煙措施，但北京將是第一個禁止在所有餐館、辦公室和學校吸煙的城市。一家海鮮餐館的負責人對於這一舉措感到不安，她說：「禁煙措施很難執行。這當然會影響生意，我們會盡力，但是……」

世界衛生組織駐北京辦事處禁煙部門的負責人莎拉．英格蘭說：「問題是這裏牽涉經濟利益。」她指的是，去年煙草業為中國帶來 3880 億元的收益，比上一年增多 25%。

相當固執，煙霧此起彼伏。

《 》內，雖沒有明確禁煙標識，但是遊人三五成群圍坐成桌，品茗休閒，的確無人吸煙。然而，當一位遊客點起煙斗，10 分鐘內，苑內幾乎每張餐桌都有人點上香煙，一時「煙霧」瀰漫。

還有一些大餐館服務人員這兩天也遇到了固執的「煙民」，進門時聲稱「不吸煙」，可就座後不久就開始「冒煙兒」了。餐廳多設有吸煙區，但像是為了應付檢查的「擺設」——

衛生部發布的中國「吸煙與健康」報告中說，中國男性吸煙者中，醫生和教師的吸煙率達 50% 以上，是世界上男性醫生吸煙率最高的國家之一，換句話說，吸煙是中國醫生的「特色」。

幾乎所有的醫生都認可「吸煙有害健康」，且大多醫院均有禁煙的規

供；而且可以吸煙的大廳……而禁煙的……顧客自己眼望酒水。

為控煙，北京組建了……職控煙檢查員隊伍勘阻吸……培訓了 1000 多人的監督員……規吸煙個人處以 10 元罰款……民認罰，10 元的處罰力度……威懾力。而且該市需要禁煙……所約 23000 多處，相比之下……實在是微不足道。

而且或許是認為法不責……

## 醫生也愛吸

定，但很多醫生照舊吸煙……當一批醫生在患者面前吸煙……江日報》報道，醫學專家胡……「社會上目前對戒煙的認識……戒煙的社會氛圍比較差，……了，互相遞一根煙，似乎顯……切，這要是在歐美等國，簡……思議，在那裏，一個醫生抽……

---

## SUMMONS
## IN A CIVIL CASE
**United States District Court**
**Northern District of**
**California**
**Case Number: C 07 04946 JSW**

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,
v.
WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.

TO: WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. 555 Montgomery Street, Suite 610 San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher C. Cooke, Cooke Kobrick & Wu LLP 177 Bovet Road, Suite 600 San Mateo, CA 94402

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**DATE September 24, 2007**
**RICHARD W. WIEKING, Clerk**
By MARY ANN BUCKLEY, Deputy Clerk

05/16/08