CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
           swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**RETURN OF SERVICE** |

I, Stephen S. Wu, declare:

1. I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402 and counsel for Plaintiffs in this case.

2. On April 16, 2008, the Court ordered that "service of the Summons in this action on Defendant James Yu shall be accomplished by publication in the San Francisco Chronicle and

the Sing Tao Daily . . . as the newspapers most likely to give actual notice to Defendant James Yu" and that "publication shall be made once a week for four weeks."

3. A true and correct copy of the Declaration of Publication of San Francisco Chronicle ("SF Chronicle Declaration") is attached hereto as Exhibit A. In the SF Chronicle Declaration, the San Francisco Chronicle's legal advertisement representative Joel Rodriguez states that publication of the Summons in this case took place on April 26, May 3, May 10, and May 17, 2008.

4. A true and correct copy of the Declaration of Publication of Sing Tao Daily ("Sing Tao Daily Declaration") is attached hereto as Exhibit B. In the Sing Tao Daily Declaration, Sing Tao Daily Deputy General Manager Florence Tso states that publication of the Summons in this case took place on April 25, May 2, May 9, and May 16, 2008.

5. California Government Code Section 6060 requires that publication of notices be made in a "newspaper of general circulation." The SF Chronicle Declaration and Sing Tao Daily Declaration state that each of these newspapers is a "newspaper of general circulation" within the meaning of California Government Code Section 6000.

6. Under California Code of Civil Procedure Section 415.50(c), service of a summons by publication is deemed complete as provided in Section 6064 of the Government Code. Section 6064 of the Government Code provides for publication once a week for fours successive weeks.

7. The SF Chronicle Declaration and Sing Tao Daily Declaration show that publication has taken place once a week for four consecutive weeks. Accordingly, service of process by publication on James Yu is, as of May 17, 2008, deemed complete.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: June 4, 2008

/s/

_____
STEPHEN S. WU

**EXHIBIT A**
**Declaration of Publication**
**Of San Francisco Chronicle**

RETURN OF SERVICE/ Case No.:  C-07-04946 JSW

# DECLARATION OF PUBLICATION OF
## SAN FRANCISCO CHRONICLE

_Joel Rodriguez_
declares that:

The annexed advertisement has been regularly published in the

**SAN FRANCISCO CHRONICLE**

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE
(Name of Newspaper)

901 Mission Street
San Francisco, CA 94103

From _April 26, 2008_
To _May 17, 2008_

Namely, on _04/26/2008; 05/03/2008; 05/10/2008; and 05/17/2008_
(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 19, 2008_
at San Francisco, California.

[signature]

---

**SUMMONS IN A CIVIL CASE**
United States District Court
Northern District of California
Case Number: C 07 04946 JSW

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,
v.
WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.

TO: WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. 555 Montgomery Street, Suite 610 San Francisco, CA 94111

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address) Christopher C. Cooke, Cooke Kobrick & Wu LLP 177 Bovet Road, Suite 600 San Mateo, CA 94402 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service..
DATE: September 24, 2007
RICHARD W. WIEKING, Clerk
By MARY ANN BUCKLEY, Deputy Clerk

**EXHIBIT B**
**Declaration of Publication**
**Of Sing Tao Daily**

1  CHRISTOPHER COOKE, CA Bar #142342
2  STEPHEN S. WU, CA Bar # 205091
   COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email: ccooke@ckwlaw.com
4         swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**DECLARATION OF PUBLICATION OF SING TAO DAILY** |

    I, Florence Tso, declare:

    1.    I am Deputy General Manager for the Sing Tao Daily newspaper.

    2.    The attached advertisement has been regularly published in the Sing Tao Daily newspaper, which is and was at all times herein mentioned established as a "newspaper of

1  general circulation" in the City of Brisbane, County of San Mateo, State of California as that term is defined by Section 6000 of the Government Code. The Sing Tao Daily has been established, printed, and published at regular intervals, and enjoys wide circulation, in the Chinese communities in San Mateo County, the City and County of San Francisco, and the City of Oakland, County of Alameda for more than one year before March 2008.

3.  The Sing Tao Daily's offices are located at 5000 Marina Blvd., Suite 300, Brisbane, CA 94005.

4.  Publication of the attached advertisement was from April 25, 2008 to May 16, 2008, namely on April 25, May 2, May 9, and May 16, 2008.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on May 27, 2008.

_____
Florence Tso,
Deputy General Manager
Sing Tao Daily

在中國，官員與醫生是煙民中的不可忽視的成員。中國體育總局某官員對人們說，北京奧運會將促使中國人採取更健康生活方式。說完這番話後，他走到室外的禁煙走廊，點燃一支香煙。美聯社指，這位官員的舉動說明，中國展開禁煙行動將面臨艱苦鬥爭。

中國有 3.5 億煙民，占世界煙民總數的 1/3。每年中國市場能夠售出大約兩萬億支香煙。政府估計每年有大約 100 萬中國人死於與吸煙有關的疾病，到 2020 年這個數字將增加一倍。目前，大約 150 多個中國城市已採取了局部禁煙措施，但北京將是第一個禁止在所有餐館、辦公室和學校吸煙的城市。一家海鮮餐館的負責人對於這一舉措感到不安，她說：「禁煙措施很難執行。這當然會影響生意，我們會盡力，但是……」

世界衛生組織駐北京辦事處禁煙部門的負責人莎拉‧英格蘭說：「問題是這裏牽涉經濟利益。」她指的是，去年煙草業為中國帶來 3880 億元的收益，比上一年增多 25%。

相當固執，煙霧此起彼伏。

《北京日報》報道，在一座茶苑內，雖沒有明確禁煙標識，但是遊人三五成群圍坐成桌，品茗休閒，的確無人吸煙。然而，當一位遊客點起煙斗，10 分鐘內，苑內幾乎每張餐桌都有人點上香煙，一時「煙霧」瀰漫。

還有一些大餐館服務人員這兩天也遇到了固執的「煙民」，進門時聲稱「不吸煙」，可就座後不久就開始「冒煙兒」了。餐廳多設有吸煙區，但像是為了應付檢查的「擺設」——

衛生部發布的中國「吸煙與健康」報告中說，中國男性吸煙者中，醫生和教師的吸煙率達 50% 以上，是世界上男性醫生吸煙率最高的國家之一，換句話說，吸煙是中國醫生的「特色」。

幾乎所有的醫生都認可「吸煙有害健康」，且大多醫院均有禁煙的規

供日可以吸煙的大廳酸梅湯等酒水，而禁煙的顧客自己埋單酒水。

為控煙，北京組建了職控煙檢查員隊伍勸阻吸煙培訓了 1000 多人的監督員規吸煙個人處以 10 元罰款民認為，10 元的處罰力度威懾力。而且該市需要禁煙所約 23000 多處，相比之下實在是微不足道。

而且或許是認為法不責

## 醫生也愛吸

定，但很多醫生照常吸煙，當一批醫生在患者面前吸煙江日報》報道，醫學專家胡「社會上目前對戒煙的認識戒煙的社會氛圍比較差，了，互相遞一根煙，似乎顯切，這要是在歐美等國，簡思議，在那裏，一個醫生抽

---

SUMMONS
IN A CIVIL CASE
United States District Court
Northern District of
California
Case Number: C 07 04946 JSW

MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,
v.
WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.

TO: WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. 555 Montgomery Street, Suite 610 San Francisco, CA 94111

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher C. Cooke, Cooke Kobrick & Wu LLP 177 Bovet Road, Suite 600 San Mateo, CA 94402

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE September 24, 2007
RICHARD W. WIEKING, Clerk
By MARY ANN BUCKLEY, Deputy Clerk

05/16/08