UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT RUN PING ZHOU FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FED. R. CIV. P. 12(b)(6))** |

This matter came before the Court to consider the Plaintiffs' Motion to Dismiss Counterclaim of Defendant RUN PING ZHOU for Failure to State a Claim Upon Which Relief Can be Granted under Fed. R. Civ. P. 12(b)(6).

1    After considering the motion, and for good cause shown, the Court hereby GRANTS the
2  Plaintiffs' Motion to Dismiss Counterclaim of Defendant RUN PING ZHOU for Failure to State
3  a Claim Upon Which Relief Can be Granted.
4    The Counterclaim of Defendant RUN PING ZHOU is hereby DISMISSED WITH
5  PREJUDICE, without leave to amend.

7    IT IS SO ORDERED.

Dated: _____, 2008

    _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE