CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>         Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br>         Defendants. | Case No.:  C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MOLLY LAU UNDER FED. R. CIV. P. 55(a)** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs hereby apply for the entry of a default by the Clerk against Defendant Molly Lau.  The Court, in its minute order of April 11, 2008, ordered the Clerk to "enter default against all defendants except Run Ping Zhou."  Order of April 11, 2008 (docket no. 59).  A copy of the Court's order is attached as Exhibit "A" to the Declaration of Stephen S. Wu filed herewith in support of this Request ("Wu Declaration").

On April 14, 2008, the Clerk did in fact file a notice of entry of default against Defendants Theresa Wong, James Yu, Bill Shu Wai Ma, Victor So, Jian Xiao, Christ Investment Service Inc., CIS Service, Inc., Pacific Best Company Ltd., and South China Investment Inc. Notice of Entry of Default (Apr. 14, 2008) (docket no. 60). As instructed by the Court, the Clerk did not include Run Ping Zhou on the Notice of Entry of Default. The Clerk, however, also omitted Molly Lau from the list of defendants defaulted.

The Court had ordered default to be taken against all Defendants other than Run Ping Zhou, which included Ms. Lau. Accordingly, Plaintiffs respectfully request that the Clerk enter a default against Ms. Lau.

In any case, the Plaintiffs filed their Complaint on September 24, 2007. Moreover, the Complaint and Summons were served on Defendant Molly Lau on October 9, 2007. Under Fed. R. Civ. P. 12, the Defendants must serve an Answer or other response to the Complaint within twenty days from the date they were served with the Complaint and Summons. On January 2, 2008, however, the Court granted a 90 day stay to Ms. Lau in light of her current military service. That stay expired on April 1, 2008.

Defendant Molly Lau's Answer or other response to the Complaint was due by April 1, 2008. As shown by the Cooke Declaration, as of 3 pm on Monday, June 16, 2008, Defendant Molly Lau has not filed an Answer or other response to the Complaint. In addition, Plaintiffs' counsel has not received from Defendant Lau an Answer or other response to the Complaint in the mail, by fax, by email, or any other means.

For all of the foregoing reasons, pursuant to Fed. R. Civ. P. 55(a), Plaintiffs respectfully request that the Clerk enter a default against Defendant Molly Lau.

Respectfully Submitted,

COOKE, KOBRICK, & WU LLP

Dated: June 16, 2008

By: /s/ _____
CHRISTOPHER COOKE
Attorneys for Plaintiffs