1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email:  ccooke@ckwlaw.com
4           swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | MEI-FANG LISA ZHANG, BAY AREA        ) Case No.:  C-07-04946 JSW
   | AFFORDABLE HOUSING, LLC, XUE-         ) (Related to C-05-02641 JSW)
13 | HUAN GAO, YANG-CHUN ZHANG,            )
   | CAROL JIAN DENG, and HAO LIANG,       ) **DECLARATION OF CHRISTOPHER**
14 |                                       ) **COOKE IN SUPPORT OF PLAINTIFFS'**
   |                                       ) **REQUEST FOR ENTRY OF DEFAULT**
15 |         Plaintiffs,                   ) **AGAINST DEFENDANT MOLLY LAU**
   |                                       ) **UNDER FED. R. CIV. P. 55(a)**
16 |   vs.                                 )
   |                                       )
17 | WEI-MAN RAYMOND TSE, RUN PING         )
   | ZHOU a.k.a. FLORA ZHOU, THERESA       )
18 | WONG, JAMES YU, BILL SHU WAI MA,      )
   | MOLLY LAU, VICTOR SO, JIAN XIAO,      )
19 | CHRIST INVESTMENT SERVICE INC.,       )
   | CIS SERVICE, INC., PACIFIC BEST       )
20 | GROUP LTD. a.k.a. PACIFIC BEST        )
   | COMPANY LTD., and SOUTH CHINA         )
21 | INVESTMENT INC.,                      )
22 |         Defendants.                   )
23 |_____)

24

25     I, Stephen S. Wu, declare:

26     1.   I am one of the attorneys for Plaintiffs in this action.  I make this declaration in

27  support of Plaintiffs' Request for Entry of Default Against Defendant Molly Lau under Fed. R.

28  Civ. P. 55(a).

-1-
DECLARATION OF CHRISTOPHER COOKE IN SUPPORT OF PLAINTIFFS'
REQUEST FOR ENTRY OF DEFAULT / Case No.: C-07-04946 JSW

1   2.   A copy of the Court's minute order of April 11, 2008, document no. 59, is attached hereto as Exhibit "A."

3.   On September 24, 2007, my firm caused Plaintiffs' Complaint in this case to be filed with this Court. The Complaint and Summons were served on Defendant Molly Lau on October 9, 2007. *See* Return of Service (document no. 12).

4.   On June 16, 2008 at 3:00 p.m., I checked the docket of this case through PACER, and it reflects that no Answer or other response to the Complaint has been filed by Ms. Lau.

5.   In addition, this is an e-filing case. I am registered in this district for e-filing and have received electronic notices from the Court of filings in this case. As of June 16, 2008 at 3:00 p.m., I have received no electronic notices from the Court that an Answer or other response to the Complaint has been filed by Ms. Lau. Finally, as of June 16, 2008 at 3:00 p.m., I have not received from Ms. Lau an Answer or other response to the Complaint in the mail, by fax, by email, or in any other form.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed on June 16, 2008

               /s/
               CHRISTOPHER COOKE

**EXHIBIT A**
**Minute Order of April 11, 2008**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 11, 2008                **Court Reporter**: Kathy Wyatt

**CASE NO. C-074946 JSW**

**TITLE: Mei-Fang Lisa Zhang, et al., v. Wei-Man Raymand Tse, et al.,**

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Christopher Cooke                      No appearance by or for any defendants

**PROCEEDINGS: Initial Case Management Conference**

**RESULTS:**   The Clerk is directed to enter default against all defendants except Run Ping Zhou.

The Plaintiff re-filed it motion for subpoenas.