**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 17, 2008

RE:  CV 07-04946 JSW         MEI-FANG LISA ZHANG-v- WEI-MAN RAYMOND TSE

Default is entered as to Molly Lau on June 17, 2008.


                              RICHARD W. WIEKING, Clerk

                              by Hilary D. Jackson
                              Case Systems Administrator

NDC TR-4  Rev. 3/89