IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

    v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS COUNTERCLAIMS AND DIRECTING PLAINTIFFS TO RE-NOTICE MOTION**

On June 16, 2008, Plaintiffs filed a motion to dismiss the Counterclaim filed by Defendant Run Ping Zhou. Plaintiffs noticed that motion for hearing on August 8, 2008. However that date is not available, and Plaintiffs are HEREBY ORDERED to re-notice the hearing for an open date on this Court's calendar for cases ending in terminal digits 1 and 2.

It is FURTHER ORDERED that Defendant's opposition to the motion shall be due on July 7, 2008. Plaintiffs' reply shall be due on July 14, 2008. If any party seeks to modify this briefing schedule they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: June 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG et al, | Case Number: CV07-04946 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WEI-MAN RAYMOND TSE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Molly Lau
Department of the Army
A FSC, 70th BSB
UNIT #15096
Camp Casey,   APO AP 96224

Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

Dated: June 18, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk