Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682
Tel: 415-518-5690

FILED
08 JUL -2 PM 12: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Mei-Fang Lisa Zhang, et al.  Plaintiffs | Case No: C-07 04946 JSW  ( Related to C-05 02641 JSW) |
| VS.  Wei-Man Raymond Tse, et al  Defendants | OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT RUN PING ZHOU FOR FAILURE TO STATE A CLAIM UPON WHICH RELIFE CAN BE GRANTED ( FED. R.CIV.P12(b)(6))  Date: August 29, 2008  Time: 9:00 am  Courtroom: 2, 17th Floor |

   I, Run Ping Zhou, request the Court to deny the Plaintiffs' Motion to Dismiss Counterclaim of Defendant Run Ping Zhou for Failure to State a Claim upon Which Relief Can Be Granted, because the Court may write its own orders depending on different facts and evidence against every plaintiff.

   In my Counterclaim, the evidence shows that Mei- Fang Lisa Zhang told a lie to the Court that she was told about the Consent Order for the first time "in late February 2007". Mei- Fang Lisa Zhang was a Defendant by violation of the Consent Order. Zhang was doing illegal trading of foreign currency futures even when she knew the case of the CFTC vs. NICI and other Defendants. **So Zhang does not have jurisdiction over me.**

   The allegations in my counterclaim told the truth and evidence that all the Plaintiffs should reply, then let the Court decide its own orders as the Court may deem just and proper. I did not fail to state a claim to pray judgment against every plaintiff in my counterclaim.

   I respectfully request that the Court deny the Plaintiffs' Motion to Dismiss Counterclaim of Defendant Run Ping Zhou for Failure to State a Claim upon Which Relief Can Be Granted, and request that the Court dismiss the Plaintiffs Complaint against me.

Dated: July 2, 2008

Respectfully Submitted

Defendant Run Ping Zhou a.k.a. Flora Zhou

*Flora Zhou*