Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682
Tel: 415-518-5690

RECEIVED

08 JUL -2 PM 12: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| Mei-Fang Lisa Zhang, et al. | ( | Case No: C-07 04946 JSW |
| Plaintiffs | ( | ( Related to C-05 02641 JSW) |
| | ( | |
| VS. | ( | [PROPOSED] ORDER TO DENY THE |
| | ( | PLAINTIFFS' MOTION TO DISMISS |
| | ( | COUNTERCLAIMS AND ORDER TO |
| | ( | DISMISS THE PLAINTIFFS' COMPLAINT |
| | ( | AGAINST RUN PING ZHOU |
| Wei-Man Raymond Tse, et al | ( | |
| Defendants | ( | |

This matter came before the Court to consider Defendant Run Ping Zhou's Opposition to Motion to Dismiss Counterclaims.

After considering the Opposition, and for good cause shown, the Court hereby Order to deny the Plaintiffs' Motion to Dismiss Counterclaims of Defendant Run Ping Zhou.

After considering the Answer and Counterclaims of Defendant Run Ping Zhou, and for good cause shown, the Court hereby further Order to dismiss the Plaintiffs' Complaint against Run Ping Zhou.

IT IS SO ORDER.

Dated: _____, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE