CHRISTOPHER COOKE, CA Bar #142342
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email: ccooke@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395

STEPHEN S. WU, CA Bar #205091
COOKE KOBRICK & WU LLP
166 Main Street
Los Alto, CA 94022
Email: swu@ckwlaw.com
Tel: (650) 917-8045
Fax: (650) 618-1454
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**PROOF OF SERVICE** |

I, Christopher C. Cooke, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On July 14, 2008, I served Defendants Molly Lau, Run Ping Zhou, and South China Investment Inc., with this proof of service and the following documents:

1. PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT RUN PING ZHOU FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FED. R. CIV. P. 12(b)(6))

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Ms. Molly Lau
PFC, US Army
AFSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Ms. Run Ping Zhou
South China Investment Inc.
3567 Kimberly Road
Cameron Park, CA 95682

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: July 14, 2008

/s/

____________________________________
CHRISTOPHER C. COOKE