For Case No.: C-07-04946 JSW

**FILED**

JUL 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

First, I want to say that I do sent my explanation on this case to Plaintiffs' attorney in Oct 2007 when I first got the court order, and email him too (I don't remember what I exactly said in that email but something saying that I have nothing to do with that complaint,) and also sent him my request of granting a 90 days stay. Today I receive another letter saying Plaintiffs has not received any response from me for this complaint.

At this point, I don't have money to hire a lawyer for this case and I also think I don't need one because everything Plaintiffs said is not true as Ms Zhou stated. As Plaintiffs know, I am one of the customer of Christ Investment Service, just like them, but the only difference is that I used CIS as my sponsor to get my Futures trading (S3)license because I think that's a great opportunity; however, I never make any trading after I got my license because CIS doesn't have that trading option. Why? I don't know. As I mentions, I just one of the customer with license. CIS also sponsor me to get another license on Management (S6), and also because my S6 license, CIS was using my name for registered with NFA since I am the only one have that license in that company after Yuan Yao left the company. And my name was registered in NFA as principal only for 2 months because I left that company in March and joined the Army in April. But one more thing I need clarify before I continue I didn't get any return or benefit for my name on that register book, and all those you can check with NFA and everything shows in its website. If you want to know more about CIS and how they run the operation, I am the wrong person, you should look for Yuan Yao, and whoever in charged that company like Theresa Wong, Raymond Tse. As I mention above, I am only one of the customer like many of them, I never get involved in any customers' money, and I also don't have the right to manage their money. In the company, what I usually do just discuss with other people about the chart and my own analysis on the market, which is everybody do the something. People ask me questions about futures when they studying the exam, and I explain to them in my knowledge. And there's no full time or part time in that company, people come in the morning chill and eat, then leave. So it can't say that people work with that company.

Lisa Zhang and Raymond Tse, they opened an office in Daly City, and at that time, they need someone help to answer phone, so, Raymond just asked me go over there for help. I was there for less than a month, Lisa doesn't like me (I don't know why), and one day, she and daughter yelled at me in front of the office with no reason, I didn't respond and just left the office and let Raymond know. And after that, she came to CIS office in San Francisco, mess up the office, and try to kill Raymond (I didn't see the whole picture, but SFPD should still have case on record). And what's next, I really don't know because I didn't go to the company after that case, and plus I have been planned to join the Army for long time. Finally my recruiter got me a job in the Army and I left the company; until I return from basic training to my duty station in Korea, I surprise that Zhang against Tse, and including me.

      I don't know well about Lisa Zhang, I only know she is one of the customers of CIS, and later on become one of the partners with Raymond Tse. I seen Raymond bought her many stuffs, such like LV handbags, Gucci handbags, and treat her very nice dinners. I don't think Lisa Zhang told everything to her attorney, and the truth neither. Everything I said above, all the Plaintiffs should know very well, if not, then they just lie to the court and their attorney.

      About this case, I deny Plaintiffs have the right to require me to pay any amount against me because that's unfair to me. Plaintiffs are containing lies, and conducting wrong messages, and their actions constitute malicious prosecution. I am here highly recommended the attorney and the court fair and favor to my right, should drop me from this case. I am a service member, and I am very busy in all kind of field training in the high risk area near North Korea.

*[signature]*

Molly Lau   22 July 2008