CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email: ccooke@ckwlaw.com
       swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WEI-MAN RAYMOND TSE, et al.,<br><br>    Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT MOLLY LAU** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs hereby voluntarily dismiss the above-captioned action solely as to Defendant Molly Lau without prejudice. Nothing herein shall be deemed a dismissal of Plaintiffs' claims against the remaining defendants.

                COOKE, KOBRICK, & WU LLP

                /s/

Dated: September 3, 2008      By: _____
                                    STEPHEN S. WU
                                    Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, Stephen S. Wu, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On September 3, 2008, I served Defendants Molly Lau and Run Ping Zhou with this

NOTICE OF VOLUNTARY DISMISSAL

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Ms. Molly Lau
PFC, US Army
A FSC, 70th BSB
Unit #15093
Camp Casey, South Korea
APO AP 96224

Ms. Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: September 3, 2008

/s/

STEPHEN S. WU