CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email:  ccooke@ckwlaw.com
        swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG, <br><br>                    Plaintiffs, <br><br>        vs. <br><br> WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC., <br>                    Defendants. | Case No.:  C-07-04946 JSW <br> (Related to C-05-02641 JSW) <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** |

Pursuant to Local Rule 16-9, Plaintiffs submit this Case Management Statement.

1  **PRELIMINARY STATEMENT REGARDING SEPARATE CASE MANAGEMENT**

2  **STATEMENT**

3      Local Rule 16-9(a) provides, "If one or more of the parties is not represented by counsel,

4  the parties may file separate case management statements."  In this case, none of the Defendants

5  is represented by counsel.  Accordingly, pursuant to Local Rule 16-9(a), Plaintiffs submit this

6  statement as a separate Case Management Statement.  Defendant Run Ping Zhou filed a separate

7  Case Management Statement

8

9  **STATUS OF CASE AND MOTION FOR DEFAULT JUDGMENT**

10     Plaintiffs intend to file a motion for default judgment in this case against the Defendants,

11  now that service is complete and the Clerk has entered defaults.  Until September 3, 2008,

12  however, two Defendants were not subject to defaults:  Molly Lau and Run Ping Zhou.

13  Nonetheless, on September 3, 2008, Plaintiffs filed a Notice of Voluntary Dismissal of

14  Defendant Molly Lau, thereby ending the case against her.

15     Plaintiffs' counsel has also sent Defendant Run Ping Zhou a stipulation of dismissal for

16  her to sign and return for filing, after discussing with her the possibility of dismissing her from

17  the case.  Plaintiffs anticipate receiving the stipulation back from Defendant Zhou soon.

18     Once Plaintiffs' counsel has received and filed the stipulation of dismissal, then all non-

19  defaulting Defendants would be dismissed, and all of the remaining Defendants in the case

20  would be in default.  After that dismissal, Plaintiffs will file their motion for default judgment.

21

22                                    Respectfully Submitted,

23                                    COOKE, KOBRICK, & WU LLP

24  Dated:  September 5, 2008

25                                         /s/
                                    By: _____
26                                         STEPHEN S. WU
27                                         Attorneys for Plaintiffs

28

1

2

**CERTIFICATE OF SERVICE**

3

I, Stephen S. Wu, declare:

4

I am a resident of the State of California and over the age of eighteen years, and not a

5

party to the within action.  I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177

6

Bovet Road, Suite 600, San Mateo, CA 94402.

7

On September 5, 2008, I served Defendant Run Ping Zhou with this

8

PLAINTIFFS' CASE MANAGEMENT STATEMENT

9

by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery

10

to the following Defendants at the following addresses:

11

Ms. Run Ping Zhou
3567 Kimberly Road

12

Cameron Park, CA 95682

13

I declare under penalty of perjury under the laws of the United States and of the State of

14

California that the foregoing is true and correct.

15

Dated:  September 5, 2008

16

/s/

17

18

_____

STEPHEN S. WU

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' CASE MANAGEMENT STATEMENT/ Case No.:  C-07-04946 JSW