1  CHRISTOPHER COOKE, CA Bar #142342
   STEPHEN S. WU, CA Bar # 205091
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Email: ccooke@ckwlaw.com
4         swu@ckwlaw.com
   Tel: (650) 638-2370
5  Fax: (650) 341-1395
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., | Case No.: C-07-04946 JSW |
| | (Related to C-05-02641 JSW) |
| Plaintiffs, | |
| | **STIPULATION OF DISMISSAL OF** |
| vs. | **DEFENDANT RUN PING ZHOU** |
| WEI-MAN RAYMOND TSE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Defendant Run Ping Zhou a.k.a. Flora Zhou, pro se, that the above-captioned action be and hereby is dismissed solely as to Defendant Zhou without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Nothing herein shall be deemed a dismissal of Plaintiffs' claims against the remaining defendants.

IT IS SO STIPULATED.

COOKE, KOBRICK, & WU LLP

Dated: September 2, 2008       By: /s/ Stephen S. Wu
                                    STEPHEN S. WU
                                    Attorneys for Plaintiffs

1
2   Dated: 9-8-2008                    _____
3                                       RUN PING ZHOU
                                        a.k.a. FLORA ZHOU
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Stephen S. Wu, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am an attorney in the law firm of Cooke Kobrick & Wu LLP, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On September 10, 2008, I served Defendants Molly Lau and Run Ping Zhou with this STIPULATION OF DISMISSAL OF DEFENDANT RUN PING ZHOU by placing a true copy thereof, first class postage prepaid, in the United States mail, for delivery to the following Defendants at the following addresses:

Ms. Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: September 10, 2008

_____
STEPHEN S. WU