IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

  v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.
_____/

No. C 07-04946 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' case management conference statements, and the dismissal of Defendant Rung Ping Zhou. The Court finds good cause to CONTINUE the Case Management Conference set for September 12, 2008 at 1:30 p.m. to December 5, 2008 at 1:30 p.m. The Court notes that if Plaintiffs file a motion or motions for default judgment, the case management conference shall be vacated without further Order of this Court.

    Plaintiffs shall serve a copy of this Order on the Defendants.

    **IT IS SO ORDERED.**

Dated: September 10, 2008

                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE