IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>WEI-MAN RAYMOND TSE, et al.<br><br>    Defendants.<br> / | No. 07-04946 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On November 26, 2008, Plaintiffs filed a motion for default judgment and noticed the matter for hearing on January 9, 2009. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion for default judgment to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation. The hearing date of January 9, 2009, is VACATED. It is FURTHER ORDERED that in light of this filing, the case management conference scheduled for December 5, 2008, at 1:30 p.m. is VACATED. It is FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on the Defendants. If the parties do not hear from the Court regarding an assignment to a Magistrate Judge within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: December 1, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom