IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., | No. C 07-04946 JSW |
| Plaintiffs, | **AMENDED ORDER ADOPTING IN PART REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| WEI-MAN RAYMOND TSE, et al., | |
| Defendants. | |

On February 3, 2009, the Court issued an Order Adopting in Part Report and Recommendation Re: Plaintiffs' Motion for Default Judgment. It has come to this Court's attention that the Order and the Judgment issued that date contained a typographical error in the amount of costs to be awarded to the Plaintiffs. This Order is issued solely to amend that error and shall apply *nunc pro tunc* to February 3, 2009. The Court also shall issue an amended judgment *nunc pro tunc* to February 3, 2009.

**INTRODUCTION**

Now before the Court for consideration is the Report and Recommendation (the "Report") regarding Plaintiffs' motion for default judgment. The time for filing objections has passed, and Defendants have neither appeared nor filed objections. Having considered the Report, the Plaintiffs' papers, relevant legal authority, and the record in this case, the Court HEREBY ADOPTS, IN PART, the Report.

In her Report and Recommendation, Magistrate Judge Laporte determined that Plaintiffs had stated valid claims on each of the claims for relief asserted in the Complaint. The Court

finds Magistrate Judge Laporte's decision well-reasoned and thorough with respect to the RICO claim, the RICO conspiracy claim, and the common law conversion claim and adopts it in full as to those claims for relief.  Because those claims support the damages, fees and costs requested by Plaintiffs, the Court expresses no opinion on the remainder of Judge Laporte's findings on the substantive merit of Plaintiffs' claims.

The Court finds the remainder of the Report, including Judge Laporte's findings on the *Eitel* factors and her recommendations with respect to damages, fees and costs, to be well-reasoned and through and adopts those portions of the report in full.

Accordingly, Plaintiffs' motion for default judgment is granted, and Plaintiffs shall be awarded judgment in the amount of $992,547 in compensatory damages, prejudgment interest in the amount of $40,958.21, attorneys fees in the amount of $39,552.50, and costs in the amount of $**7,875.84.**  A separate Judgement shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2