**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., | No. C 07-04946 JSW |
| Plaintiffs, | **AMENDED JUDGMENT** |
| v. | |
| WEI-MAN RAYMOND TSE, et al., | |
| Defendants. | |

Pursuant to the Court's Amended Order adopting, in part, Magistrate Judge Laporte's Report and Recommendation granting Plaintiffs' motion for default judgment, judgment is HEREBY ENTERED in favor of Plaintiffs and against Defendants in the amount of $992,547 in compensatory damages, prejudgment interest in the amount of $40,958.21, attorneys fees in the amount of $39,552.50, and costs in the amount of $7,875.84. This judgment is issued *nunc pro tunc* to February 3, 2009.

**IT IS SO ORDERED.**

Dated: March 16, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE