| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>☐ RECORDING REQUEST BY AND RETURN TO:<br>STEPHEN S. WU<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | TELEPHONE NO.<br>(650) 638-2370 | FOR RECORDER'S USE ONLY |
|---|---|---|

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 450 Golden Gate Ave. |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: San Francisco Division |
| PLAINTIFF: MEI-FANG LISA ZHANG, et al. |
| DEFENDANT: WEI-MAN RAYMOND TSE, et al. |

| WRIT OF | ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF   ☐ Personal Property<br>                              ☐ Real Property<br>☐ SALE | CASE NUMBER:<br>C-07-04946 JSW |
|---|---|---|
| | | FOR COURT USE ONLY |

1. To the Sheriff or any Marshal or Constable of the County of:

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG
   is the   ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.

| 4. Judgment debtor *(name and last known address):*<br>WEI-MAN RAYMOND TSE<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111 | 9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale. |
|---|---|
| | 10. ☐ This writ is issued on a sister-state judgment. |
| | 11. Total judgment..............................................$ 1,080,933.55 |
| | 12. Costs after judgment (per filed order or memo CCP 685.090 ....................$ 172.00 |
| THERESA WONG<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111 | 13. Subtotal *(add 11 and 12)*..............$ 1,081,105.55 |
| | 14. Credits ...............................................$ 0.00 |
| | 15. Subtotal *(subtract 14 from 13)*.......$ 1,081,105.55 |
| | 16. Interest after judgment (per filed affidavit CCP 685.050) ...............................$ 1,683.29 |
| | 17. Fee for issuance of writ .............................$ |
| ☒ additional judgment debtors on reverse | 18. Total *(add 15, 16, and 17)* ..............$ 1,082,788.84 |
| 5. Judgment entered on *(date):* February 3, 2009<br>6. ☐ Judgment renewed on *(dates):* | 19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of ..................$ |

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see reverse)*.

8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)   Issued on *(date):* MAY 29 2009   Clerk, by HILARY JACKSON , Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV1/89

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: MEI-FANG LISA ZHANG, et al. v. WEI-MAN RAYMOND TSE, et al. | CASE NUMBER C-07-04946 JSW |
|---|---|

CONTINUED FROM FRONT:
☒ Additional judgment debtor (name and last known address):

| JAMES YU<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111 | Additional Judgment Debtors appear on Attachment 4 |
|---|---|

☐ Notice of sale has been requested by (name and address):

| | |
|---|---|

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
  a. on (date):
  b. name and address of joint debtor

a. on (date):
b. name and address of joint debtor

| | |
|---|---|

c. ☐ additional costs against certain joint debtor: (itemize):

☐ Judgment was entered for the following:
  a. ☐ Possession of personal property
    ☐ If delivery cannot be had, then for the value (itemize in 9e) specified in the judgment or supplemental order.
  b. ☐ Possession of real property
  c. ☐ Sale of personal property
  d. ☐ Sale of real property
  e. Description of property

- NOTICE TO PERSON SERVED -

Writ of execution or sale. Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property. If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

J-130 (REV. Jan. 1, 1989)  **WRIT OF EXECUTION**  Page two

American LegalNet, Inc.
www.FormsWorkflow.com

**ATTACHMENT 4**
**ADDITIONAL JUDGMENT DEBTORS**
(Name and Last Known Address)

BILL SHU WAI MA
1945 Kirkham Street
San Francisco, CA 94122

VICTOR SO
c/o Legendary Palace
708 Franklin Street
Oakland, CA 94607

JIAN XIAO
737 Chester Street
Oakland, CA 94607-1938

CHRIST INVESTMENT SERVICE, INC.
c/o Bill Shu Wai Ma
1945 Kirkham Street
San Francisco, CA 94122

CIS SERVICE, INC.
c/o Bill Shu Wai Ma
1945 Kirkham Street
San Francisco, CA 94122

PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD.
c/o Mr. Wei-Man Raymond Tse
555 Montgomery Street, Suite 610
San Francisco, CA 94111

SOUTH CHINA INVESTMENT INC.
c/o Ms. Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682