# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C07-04946 JSW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WEI-MAN "RAYMOND" TSE, et al. | NOTICE OF LEVY |

**FILED 2010 JAN 28 A 11:45** RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WELLS FARGO BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1160 Grant Avenue, 1st Floor, San Francisco, CA 94133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CHRISTOPHER COOKE, ESQ.
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (650) 638-2370
DATE: 11/23/2009

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk: R. Jacks
Date: 11/24/09

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.02 | | | 55.00 | 55.00 | |

REMARKS: UPS to serve - Levy served on 11-25-09
Debtors served on 11-25-09 by mail

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C07-04946 JSW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WEI-MAN "RAYMOND" TSE, et al. | NOTICE OF LEVY |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

WELLS FARGO BANK

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1160 Grant Avenue, 1st Floor, San Francisco, CA 94133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CHRISTOPHER COOKE, ESQ.
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER (650) 638-2370   DATE 1/23/2009

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)* | Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C07-04946 JSW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WEI-MAN "RAYMOND" TSE, et al. | NOTICE OF LEVY |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WELLS FARGO BANK
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1160 Grant Avenue, 1st Floor, San Francisco, CA 94133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CHRISTOPHER COOKE, ESQ.
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                   Fold

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (650) 638-2370   DATE 1/23/2009

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*   ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*   Date   Time   ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

```
CHRISTOPHER COOKE (SBN 142342)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff
```

Plaintiff : MEI-FANG LISA ZHANG, ET AL
Defendant : WEI-MAN RAYMOND TSE, ET AL

Ref#: 26785   \*   **PROOF OF SERVICE**   \*   Case No.: C-07-04946 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF LEVY; WRIT OF EXECUTION (MONEY JUDGMENT); AFFIDAVIT OF CHRISTOPHER COOKE, COUNSEL FOR JUDGMENT CREDITORS, REGARDING IDENTITY OF BETTY B. MA AND BETTY B.H. WONG; MEMORANDUM OF GARNISHEE (2 COPIES)

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | | |
|---|---|---|
| Party served | : | WELLS FARGO BANK |
| By serving | : | Annie Trieu, Service Manager |
| Address | : | (Business)<br>1160 Grant Avenue, 1st Floor<br>San Francisco, CA 94133 |
| Date of Service: | | November 25, 2009 |
| Time of Service: | | 2:40 PM |

Person who served papers:
MARY SCHWAB
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $325.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1010
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 25, 2009        Signature _Mary Schwab_

```
CHRISTOPHER COOKE (SBN 142342)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Plaintiff
```

Plaintiff: MEI-FANG LISA ZHANG, ET AL
Defendant: WEI-MAN RAYMOND TSE, ET AL

Ref#: 267386     * **DECLARATION OF MAILING** *     Case No.: C-07-04946 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF LEVY; WRIT OF EXECUTION (MONEY JUDGMENT); AFFIDAVIT OF CHRISTOPHER COOKE, COUNSEL FOR JUDGMENT CREDITORS, REGARDING IDENTITY OF BETTY B. MA AND BETTY B.H. WONG; EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

BETTY B. MA A/K/A BETTY B.H. WONG A/K/A BETTY WONG MA

(Home)
1947 Kirkham Street
San Francisco, CA 94122

Date of Mailing: November 25, 2009

Person who served papers:                      Fee for service:
MARY SCHWAB                                    Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.               (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200                  (ii) Registration no.: 1010
San Francisco, CA 94103                        (iii) County: San Francisco
Telephone: (415) 357-0500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 25, 2009                        Signature: *Mary Schwab*

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C-07-04946 JSW |
| DEFENDANT | TYPE OF PROCESS |
| BILL SHU-WAI MA | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1335 Webster Street, San Francisco, CA 94115

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Stephen S. Wu, Esq.
Cooke Kobrick & Wu LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Branch telephone number: (415) 222-5285, Hours Mon-Sat 10 am - 7 pm

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 650-638-2370
DATE: 7/9/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date: 7/6/09 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | | | | | $0.00 |

REMARKS: RP? Served Notice of Levy on 7-6-09.
Debtors served by mail on 7-6-09

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

2/4

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| STEPHEN S. WU (SBN 205091)<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone: (650) 638-2370 | |
| ATTORNEY(S) FOR: Judgment Creditor | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEI-FANG LISA ZHANG, et al.<br><br>Plaintiff,<br>V.<br>WEI-MAN RAYMOND TSE, et al.<br><br>Defendant. | CASE NUMBER<br>C07-4946 JSW<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT) RE BILL SHU-WAI MA; WRIT OF EXECUTION (MONEY JUDGMENT); MEMORANDUM OF GARNISHEE (2)

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : WELLS FARGO BANK, N.A.

By serving      : Sarah Yang, Authorized Agent

Address         : Wells Fargo Bank
                  1160 Grant Avenue
                  San Francisco, CA 94133

Date of Service : July 6, 2009

Time of Service : 4:22 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 9, 2009

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 828

Signature: _____
CHRISTIAN MARTINEZ

260024

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Judgment Creditor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.
Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 260032         *  **DECLARATION OF MAILING**  *     Case No.: C07-4946 JSW

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT); WRIT OF EXECUTION
(MONEY JUDGMENT); LIST OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS;
CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

                BILL SHU-WAI MA


                Bill Shu-Wai Ma
                1945 Kirkham Street
                San Francisco, CA 94122


                Date of Mailing: July 6, 2009


Person who served papers:
CHRISTIAN MARTINEZ                          Fee for service: $25.00
SPECIALIZED LEGAL SERVICES, INC.            Registered California process server.
1112 Bryant Street, Suite 200               (i) Employee or Independent Contractor
San Francisco, CA 94103                     (ii) Registration no.: 828
Telephone: (415) 357-0500                   (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: July 9, 2009                          Signature _____

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C-07-0496 JSW |
| DEFENDANT | TYPE OF PROCESS |
| WEI-MAN RAYMOND TSE, et al. | Writ of Execution |

FILED 2010 JAN 8 11:44 RICHARD W. WIEKING U.S. DISTRICT COURT N. DISTRICT OF CALIFORNIA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WELLS FARGO BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1160 Grant Avenue, San Francisco, CA 94133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen S. Wu, Esquire
Cooke Kobrick & Wu LLP
177 Bovet Road, Suite 600
San Francisco, CA 94402

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Branch telephone number: (415) 396-2744, Hours Mon-Sat 9 am - 6 pm.
1 BANK ACCOUNT, 4 JUDGMENT DEBTORS

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 917-8045 (650) 638-2370
DATE: June 29, 2009

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 11
District to Serve No.: 1
Date: 7/6/09

Service Fee: $55.00
Total Charges: $220.00
Advance Deposits: $220.00

REMARKS: RPS- 4 B/L. RPS served Notice of Levy on 7/9/09 Debtors served by mail on 7-6-09

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

1/4

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| STEPHEN S. WU (SBN 205091)<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone: (650) 638-2370 | |
| ATTORNEY(S) FOR: Judgment Creditor | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEI-FANG LISA ZHANG, et al.<br><br>Plaintiff,<br>V.<br>WEI-MAN RAYMOND TSE, et al.<br><br>Defendant. | CASE NUMBER<br>C07-4946 JSW<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT) RE WEI-MAN RAYMOND TSE; WRIT OF EXECUTION (MONEY JUDGMENT); MEMORANDUM OF GARNISHEE (2)

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : WELLS FARGO BANK, N.A.

    By serving      : Sarah Yang, Authorized Agent

    Address         : Wells Fargo Bank
                      1160 Grant Avenue
                      San Francisco, CA 94133

    Date of Service : July 6, 2009

    Time of Service : 4:22 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 9, 2009

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 828

260027

Signature: _____
CHRISTIAN MARTINEZ

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Judgment Creditor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.
Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 260036     * **DECLARATION OF MAILING** *    Case No.: C07-4946 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT); WRIT OF EXECUTION (MONEY JUDGMENT); LIST OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

      WEI-MAN RAYMOND TSE


      Wei-Man Raymonds Tse
      555 Montgomery Street, Suite 610
      San Francisco, CA 94133


      Date of Mailing: July 6, 2009


Person who served papers:
CHRISTIAN MARTINEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $25.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 828
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 9, 2009                                Signature _____

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C-08-04946 JSW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES YU | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1335 Webster Street, San Francisco, CA 94115

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Stephen S. Wu, Esq.
Cooke Kobrick & Wu LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Branch telephone number: (415) 222-5285, Hours Mon-Sat 10 am - 7 pm

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 650-638-2370
DATE: 7/9/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk: R. Jackson
Date: 7/6/09

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Service Fee: $55.00

REMARKS: RP's served Notice of Levy on 7-6-09. Debtors Served by mail on 7-6-09

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

3/4

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| STEPHEN S. WU (SBN 205091)<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone: (650) 638-2370 | |
| ATTORNEY(S) FOR: Judgment Creditor | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MEI-FANG LISA ZHANG, et al.<br><br>                  Plaintiff,<br>      V.<br>WEI-MAN RAYMOND TSE, et al.<br><br>                  Defendant. | CASE NUMBER<br>C07-4946 JSW<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT) RE JAMES YU; WRIT OF EXECUTION (MONEY JUDGMENT); MEMORANDUM OF GARNISHEE (2)

in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : WELLS FARGO BANK, N.A.

    By serving     : Sarah Yang, Authorized Agent

    Address        : Wells Fargo Bank
                         1160 Grant Avenue
                         San Francisco, CA 94133

    Date of Service : July 6, 2009

    Time of Service : 4:22 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 9, 2009

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco       Signature: _____
Number 828
                                                   CHRISTIAN MARTINEZ
    260026

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Judgment Creditor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.
Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 260034     * **DECLARATION OF MAILING** *     Case No.: C07-4946 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT); WRIT OF EXECUTION (MONEY JUDGMENT); LIST OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

        JAMES YU

        James Yu
        555 Montgomery Street, Suite 610
        San Francisco, CA 94111

        Date of Mailing: July 6, 2009

Person who served papers:         Fee for service: $25.00
CHRISTIAN MARTINEZ         Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.         (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200         (ii) Registration no.: 828
San Francisco, CA 94103         (iii) County: San Francisco
Telephone: (415) 357-0500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 9, 2009         Signature_____

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MEI-FANG LISA ZHANG, et al. | C-07-04946 JSW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THERESA WONG | WRIT OF EXECUTION |

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1335 Webster Street, San Francisco, CA 94115

FILED JAN -8 A 11:45

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen S. Wu, Esq.
Cooke Kobrick & Wu LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Branch telephone number: (415) 222-5285, Hours Mon-Sat 10 am - 7 pm

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 650-638-2370
DATE: 7/9/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 7/6/09

Service Fee: 55.00
Amount owed to U.S. Marshal* or (Amount of Refund*): $0.00

REMARKS: RPs served Notice of Levy 7-6-09
Debtors served by mail 7-6-09

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

4/4

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| STEPHEN S. WU (SBN 205091)<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone: (650) 638-2370 | |
| ATTORNEY(S) FOR: Judgment Creditor | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEI-FANG LISA ZHANG, et al.<br><br>Plaintiff,<br>V.<br>WEI-MAN RAYMOND TSE, et al.<br><br>Defendant. | CASE NUMBER<br>C07-4946 JSW<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT) RE THERESA WONG; WRIT OF EXECUTION (MONEY JUDGMENT); MEMORANDUM OF GARNISHEE (2)

in the within action by personally delivering true copies thereof to the person served as follows:

Served         : WELLS FARGO BANK, N.A.

By serving     : Sarah Yang, Authorized Agent

Address        : Wells Fargo Bank
                 1160 Grant Avenue
                 San Francisco, CA 94133

Date of Service : July 6, 2009

Time of Service : 4:22 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 9, 2009

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 828

Signature: _____
CHRISTIAN MARTINEZ

260025

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Attorney for: Judgment Creditor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MEI-FANG LISA ZHANG, et al.
Defendant : WEI-MAN RAYMOND TSE, et al.

Ref#: 260033 * **DECLARATION OF MAILING** * Case No.: C07-4946 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF LEVY UNDER WRIT OF EXECUTION (MONEY JUDGMENT); WRIT OF EXECUTION (MONEY JUDGMENT); LIST OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

THERESA WONG

Theresa Wong
555 Montgomery Street, Suite 610
San Francisco, CA 94111

Date of Mailing: July 6, 2009

Person who served papers:
CHRISTIAN MARTINEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $25.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 828
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 9, 2009        Signature