| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☐ RECORDING REQUEST BY AND RETURN TO:<br>CHRISTOPHER C. COOKE, SBN 142342<br>COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | (650) 638-2370 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: MEI-FANG LISA ZHANG, et al.

DEFENDANT: WEI-MAN RAYMOND TSE, et al.

| WRIT OF | ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF   ☐ Personal Property<br>                       ☐ Real Property<br>☐ SALE | CASE NUMBER:<br>C-07-04946 JSW<br><br>FOR COURT USE ONLY |
|---|---|---|

1. To the Sheriff or any Marshal or Constable of the County of:

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG
   is the   ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.

| 4. Judgment debtor (name and last known address):<br>WEI-MAN RAYMOND TSE<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111<br><br>THERESA WONG<br>555 Montgomery Street, Suite 610<br>San Francisco, CA 94111 | 9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.<br>10. ☐ This writ is issued on a sister-state judgment. | |
|---|---|---|
| | 11. Total judgment ........................................ $ | 1,080,933.55 |
| | 12. Costs after judgment (per filed order or memo CCP 685.090 .............................. $ | |
| | 13. Subtotal *(add 11 and 12)* ..................... $ | 1,080,933.55 |
| | 14. Credits ................................................ $ | 0.00 |
| | 15. Subtotal *(subtract 14 from 13)* ............ $ | 1,080,933.55 |
| | 16. Interest after judgment (per filed affidavit CCP 685.050) ........................................ $ | 6,138.72 |
| | 17. Fee for issuance of writ .......................... $ | |
| ☒ additional judgment debtors on reverse | 18. Total *(add 15, 16, and 17)* ................... $ | 1,087,072.27 |
| 5. Judgment entered on *(date):* February 3, 2009<br>6. ☐ Judgment renewed on *(dates):* | 19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of ............ $ | 13.92 |

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see reverse)*.
8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20

(SEAL)   Issued on *(date):* APR 19 2010   Clerk, by HILARY JACKSON , Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130 REV 1/89

American LegalNet, Inc.
www.FormsWorkflow.com