UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, et al.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING THE UNITED STATES MARSHAL SERVICE TO (1) SELL TANGIBLE PERSONAL PROPERTY (2) DISTRIBUTE THE PROCEEDS RESULTING FROM SUCH SALE AND (3) REMIT CASH TO PLAINTIFFS OBTAINED FROM WELLS FARGO BANK |

The Court, has considered Plaintiffs' ~~having heard argument of counsel, and considering the~~ memorandum of points and authorities, declarations, exhibits and record of this matter in connection with plaintiffs' Motion for Order Authorizing the United States Marshal Service to (1) Sell Tangible Personal Property; (2) Distribute the Proceeds Resulting from such Sale and (3) Remit Cash to Plaintiffs obtained from Wells Fargo Bank ~~and for GOOD CAUSE SHOWN, HEREBY Grants Plaintiffs' Motion.~~ There has been no opposition to the motion. Accordingly, for good cause shown, Plaintiffs' motion is GRANTED.

The United States Marshal Service is directed to (1) to sell all tangible items of personal property taken from the safe-deposit boxes, which are described on the United States Marshal

Service's "Seized Property and Evidence Control" listing prepared in this case, in accordance with the procedures specified in California Code of Civil Procedure Sections 701.510 through 701.680; (2) distribute the proceeds resulting from such a sale to plaintiffs and/or other creditors and persons pursuant to Article 7 of California's Enforcement of Judgments Law, California Code of Civil Procedure §§ 701.810 through 701.830; and (3) immediately remit to plaintiffs all non-vintage cash in its possession taken from the Wells Fargo Bank safe-deposit boxes pursuant to plaintiffs' notices of levy and writ of execution.

**Plaintiffs shall serve a copy of this Order on all interested parties.**

IT IS SO ORDERED.

Dated: September 22, 2010

By: _____
The Hon. Jeffrey S. White
United States District Court for the
Northern District of California

[PROPOSED] ORDER TO US MARSHAL RE ITEMS SEIZED FROM WELLS FARGO BANK
Case No.: C-07-04946 JSW