Scott Dunning, SBN 130824
DUNNING LAW FIRM
2000 Van Ness Ave., Suite 602
San Francisco, CA 94109
Telephone: (415) 956-1888
Facsimile : (415) 956-0881

Attorneys for
DICK WONG &
WAI LING WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., </br></br> Plaintiff, </br></br> vs. </br></br> WEI-MAN RAYMOND TSE, et al., </br></br> Defendant | Case No. C-07-04946 JSW </br></br> REQUEST TO JUDGMENT CREDITOR AND COURT BY INNOCENT THIRD PARTIES TO DIRECT FUTURE NOTICES TO OUR ATTORNEY |

We, WAI LING WONG and DICK SOONG WONG, are innocent third parties being subject to notice of levy by a judgment creditor in this court. We hereby request the judgment creditor and the court to direct any future correspondence or notices involving us to our attorney listed above.

Dated: 9-27-2010         By: _____
                                            WAI LING WONG

Dated: 9-27-10            By: _____
                                            DICK WONG

PROOF OF SERVICE

**ZHANG v. TSE CASE No. C-07-04946**

I am a citizen of the United States. My business address is 2000 Van Ness Avenue, Suite 602, San Francisco, CA 94109. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as **REQUEST TO JUDGMENT CREDITOR AND COURT BY INNOCENT THIRD PARTIES TO DIRECT FUTURE NOTICES TO OUR ATTORNEY**, on the following person(s) in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Christopher Cooke, Esq.**
**Cooke Kobrick & Wu LLP**
**177 Bovet Road, Suite 600**
**San Mateo, CA 94402**

(X) (BY MAIL) I am readily familiar with my firm's practice for collection and processing of mail with the United States Postal Service, to wit, that the mail will be deposited with the USPS this same day in the ordinary course of business.

( ) (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee (s).

( ) (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

( ) (BY FACSIMILE) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury, that the foregoing is true and correct and this declaration was executed on September 27, 2010, San Francisco, CA.

Tracy Ng