IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., | |
|     Plaintiffs, | No. C 07-04946 JSW |
|   v. | **ORDER REFERRING EX PARTE APPLICATION AND FUTURE ENFORCEMENT REQUESTS** |
| WEI-MAN RAYMOND TSE, et al., | |
|     Defendants. | |

    Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' Ex Parte Application for Issuance for Order of Sale of Dwelling is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of preparing a Report and Recommendation on the application. It is FURTHER ORDERED that all further requests to aid in the enforcement of judgment shall be submitted in the first instance to the Magistrate Judge assigned to this case pursuant to this Order, either for resolution or, where appropriate, the preparation of a report and recommendation. Plaintiffs are HEREBY ORDERED to serve a copy of this Order on any interested parties. In the event the parties do not receive an assignment within fourteen (14) days of the date of this Order, please contact the Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

    **IT IS SO ORDERED.**

Dated: October 12, 2010

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani