UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al,<br><br>Plaintiffs,<br>vs.<br>WEI-MAN RAYMOND TSE, et al.,<br><br>Defendants. | CASE NO. C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**ORDER TO SHOW CAUSE WHY ORDER OF SALE OF DWELLING SHOULD NOT BE MADE** |

TO DEFENDANT BILL SHU WAI MA AND TO BETTY WONG MA:

The ex parte application of Plaintiffs in the above-entitled action for an order of sale of a dwelling, pursuant to Sections 704.740-704.850 of the California Code of Civil Procedure, being before this Court, and pursuant to Section 704.770 of California Code of Civil Procedure,

IT IS HEREBY ORDERED that you appear before the above-entitled Court on November 23, 2010 at 9:00 a.m. in the Courtroom of the Hon. ~~Jeffrey S. White~~ Elizabeth D. Laporte, 450 Golden Gate Avenue, ~~19~~15th Floor, San Francisco, California, then and there to show cause, if you have any, why an order for sale of the interest of Bill Shu Wai Ma and Betty Wong Ma in the real property and dwelling at

**ORDER TO SHOW CAUSE WHY ORDER OF SALE OF DWELLING SHOULD NOT BE MADE**
-1-
Case No. C-07-04946 JSW
(Related to C-05-02641 JSW)

1945-1947 Kirkham Street, San Francisco, California, more particularly described as:

> Beginning at a point on the southerly line of Kirkham Street, distant therein 12 feet an 6 inches easterly from the easterly line of 24th Avenue; running thence easterly along said line of Kirkham Street 25 feet; thence at a right angle southerly 80 feet; thence at a right angle westerly 25 feet; thence at a right angle northerly 30 feet to the point of beginning.
>
> BEING a portion of Outside Land Block No. 791.

should not be issued as requested in the application of Plaintiffs in the above-entitled action, a copy of which is served herewith.

This Order, together with the attached copy of the above-mentioned application and a copy of the notice of the hearing, shall be served on you personally or by mail at least 30 days prior to November 23, 2010.

IT IS SO ORDERED.

Dated: October 18, 2010

By: _Elizabeth D. Laporte_
THE HON. ~~JEFFREY S. WHITE~~, Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**ORDER TO SHOW CAUSE WHY ORDER OF SALE OF DWELLING SHOULD NOT BE MADE**
-2-

Case No. C-07-04946 JSW
(Related to C-05-02641 JSW)