IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEI-FANG LISA ZHANG, et al.

    Plaintiffs,

v.

WEI-MAN RAYMOND TSE, et al.

    Defendants.

No. C 07-04946 JSW

**ORDER RE RESPONSE TO REPORT AND RECOMMENDATION**

On January 18, 2011, Betty Ma filed a Response to Magistrate Judge Laporte's Report and Recommendation on Plaintiff's Ex Parte Application for Issuance of Order of Sale of Dwelling. Ms. Ma's response was not accompanied by a motion for *de novo* determination, as required by Northern District Civil Local Rule 72-3(a).

It is HEREBY ORDERED that Plaintiff may file an opposition to Ma's response by no later than February 1, 2011, and Ma may file a reply by no later than February 8, 2011. Unless the Court determines that a hearing is necessary, it shall decide this matter on the papers.

**IT IS SO ORDERED.**

Dated: January 20, 2011

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE