IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al., | |
| Plaintiffs, | No. C 07-04946 JSW |
| v. | **ORDER GRANTING REPORT AND RECOMMENDATION AND OVERRULING OBJECTIONS** |
| WEI-MAN RAYMOND TSE, et al., | |
| Defendants. | |

Now before the Court for consideration is the Report and Recommendation ("Report") prepared by Magistrate Judge Elizabeth D. Laporte, in which Judge Laporte recommends that the Court grant Plaintiff Mei-Fan Lisa Zhang's ("Zhang") ex parte application for an order of sale of interest in a dwelling, subject to a homestead exemption in the amount of $100,000.00.

Betty Ma ("Ma") an interested third party has objected, in part, to Judge Laporte's Report.  Ma argues that she is entitled to a homestead exemption in the amount of $ 175,000.00, Ma also objects to the fact that Judge Laporte did not recommend that the U.S. Marshall must not accept any bid for the purchase of the property that is not at least 90% or more of the fair market value as required in California Code of Civil Procedure § 704.800(b).  Having considered the parties' papers, including Plaintiffs' response to Ma's objection and Ma's reply, the Report, relevant legal authority, and the record in this case, the Court finds the Report thorough and well reasoned and adopts it in every respect.  Ma's objections are overruled.

Accordingly, it is HEREBY ORDERED that Plaintiff's Ex Parte Application for Issuance of Order for Sale of Interest in Dwelling (Docket No. 132) GRANTED.

1    It is FURTHER ORDERED that the real property and dwelling at 1945-1947 Kirkham
2 Street, San Francisco (the "Property"), more particularly described as:

> Beginning at a point on the southerly line of Kirkham Street, distant thereon 32 feet and 6 inches easterly from the easterly line of 24th Avenue; running thence easterly along said line of Kirkham Street 25 feet; thence at a right angle southerly 80 feet; thence at a right angle westerly 25 feet; thence at a right angle northerly 80 feet to the point of beginning. Being a portion of Outside Land Block No. 791.

is subject to a homestead exemption in the amount of $100,000.00.

It is FURTHER ORDERED that Plaintiffs' motions to strike (Docket Nos. 151, 152 and 160) are DENIED AS MOOT.

It is FURTHER ORDERED that William T. Dunlap, III, affiliated with the firm of Audino & Associates, 656 Clement Street, San Francisco, California is appointed to conduct an appraisal of the Property. Mr. Dunlap shall submit his appraisal to the Court and to counsel of record in this action.

It is FURTHER ORDERED that the United States Marshall Service shall:

(a) Offer for public sale the interest of Defendant Bill Shu Wai Ma and his spouse, non-party Betty Wong Ma, in the Property; and

(b) Distribute the proceeds resulting from such sale first to Betty Wong Ma in the amount of the approved homstead exemption and the balance thereof to the Plaintiffs and/or other creditors and persons pursuant to California Code of Civil Procedure 704.850.

**IT IS SO ORDERED.**

Dated: February 9, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2