```
CHRISTOPHER COOKE, CA Bar #142342
STEPHEN S. WU, CA Bar # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Email: ccooke@ckwlaw.com
       swu@ckwlaw.com
Tel: (650) 638-2370
Fax: (650) 341-1395
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, et al.,<br><br>Defendants. | Case No.: C-07-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND SUPPORTING DECLARATION OF CHRISTOPHER C. COOKE** |

**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

Plaintiffs hereby request the issuance of a writ of execution. On April 19, 2010, this Court issued a writ of execution, which has now expired. Plaintiffs seek a new writ to replace the one that expired. A proposed writ of execution is filed together with this request.

Respectfully Submitted,

COOKE, KOBRICK, & WU LLP

Dated: January 11, 2012

By: /s/
_____
CHRISTOPHER C. COOKE
Attorneys for Plaintiffs

**DECLARATION OF CHRISTOPHER C. COOKE**

I, Christopher C. Cooke, declare:

1. I am one of the attorneys for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Request for Issuance of Writ of Execution.

2. Judgment for $1,080,933.55 was entered on February 3, 2009 on the docket of the above-entitled action in the U.S. District Court for the Northern District of California in favor of Plaintiffs MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG as Judgment Creditors, and against Defendants WEI-MAN RAYMOND TSE, THERESA WONG, JAMES YU, BILL SHU WAI MA, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD. a.k.a. PACIFIC BEST COMPANY LTD., and SOUTH CHINA INVESTMENT INC. as Judgment Debtors. The Judgment included $992,547 in compensatory damages, $40,958.21 in prejudgment interest, attorneys' fees in the amount of $39,552.50, and costs in the amount of $7,875.84, pursuant to an Amended Judgment issued *nunc pro tunc* to February 3, 2009 on March 16, 2009.

3. On April 19, 2010, this Court issued a Writ of Execution, which has now expired. Plaintiffs now seek a renewed Writ of Execution on their judgment, which has not been satisfied.

4. On September 20, 2011, the United States Marshal Service filed a return of this writ of execution, indicating that the judgment has not been fully satisfied because only

$284,536.16 had been collected on the writ, and that additional recoverable costs of $940 have been incurred. See Docket Entry #175.

5. To date, plaintiffs have received the following in payments or partial satisfaction to be credited against the judgment as entered, as follows: (a) $44,350.86, recovered on July 22, 2010 pursuant to Notice of Levy issued to Wells Fargo Bank; (b) $7,000 funds recovered on November 8, 2010 pursuant to Notice of Levy issued to Wells Fargo Bank; (c) $200,000, received on May 20, 2011, pursuant to a settlement with one judgment debtor, Bill Ma; (d) $32,445.30, credited on May 20, 2011, pursuant to the settlement with Mr. Ma; and (e) $740 credited on May 20, 2011 pursuant to the settlement with Mr. Ma.

6. I have applied these payments as credits first to the unpaid accrued post-judgment interest on the judgment and then to the unpaid principal balance of the judgment. I estimate that, as of January 11, 2012, the sum of $809,306.17 is still owing on the unpaid judgment, the sum of $2,560 has accrued as post-judgment interest since May 20, 2011, the date on which the last payment was received, and that this interest accrues at the daily rate of $10.85. My method of calculating the post-judgment interest amount is as follows:

    a. Pursuant to Section 1961(a) of Title 28, I determined the post judgment interest rate applicable on the date of judgment (February 3, 2009) by reference to the weekly average of 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, as of 1/30/2009 (the week immediately before the date of judgment). The rate of interest for the weekly average of 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, as of 1/30/2009 (the calendar week preceding February 3, 2009), was 0.0049 (0.49 percent), according to the information published on the chart which may be found at the Federal Reserve website at the following address:
http://www.federalreserve.gov/releases/h15/20090202/h15.pdf

  b. I then calculated the accrued interest due in the following three periods (1) between the date of judgment and the date of the first payment (2) between the date of the first payment and the date of the second payment; (3) between the date of the second payment and third payment (May 20, 2011); and (4) between the date of the third payment and today (January 11, 2012)

7. According to my calculations, the total amount due on the judgment is $811,866.77 as of January 11, 2012, not including certain costs for which I have not yet filed a memorandum of costs. A spreadsheet I prepared detailing these calculations is attached hereto as Exhibit A.

8. The Writ of Execution submitted with this Application reflects this information.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on January 11, 2012.


        /s/
        _____
        CHRISTOPHER C. COOKE

# EXHIBIT A TO COOKE DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

Case No. C-07-4946 JSW

| Date | Judgment | Payments Received | Total Due (not including interest) | Post Judgment Interest Rate | Daily Interest Rate | No. of Days Since Judgment or Payment | Interest Due | Total Due | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Feb-2009 | $1,080,933.55 | $0.00 | $1,080,933.55 | 0.49% | $14.51 | 0 | $0.00 | $1,080,933.5 | | | | | |
| 22-Jul-2010 | $1,080,933.55 | $44,350.86 | $1,036,582.69 | 0.49% | $14.02 | 534 | $7,748.96 | $1,044,331.6 | | | | | |
| Nov. 8, 2010 | $1,080,933.55 | $7,000.00 | $1,037,331.65 | 0.49% | $13.95 | 109 | $1,528.18 | $1,038,859.8 | | | | | |
| 20-May-2011 | $1,080,933.55 | $0.00 | $1,038,859.83 | 0.49% | $13.95 | 193 | $2,691.64 | $1,041,551.4 | | | | | |
| 20-May-2011 | | $200,000.00 | | | | | | | | | | | |
| 20-May-2011 | | 32,445.30 | | | | | | | | | | | |
| 20-May-2011 | | $740 | | | | | | $808,366.17 | | | | | |
| Total | | $284536.16 | | | | | | | | | | | |
| | Daily Interest Rate Calculation | | | | | | | | | | | | |
| | Date | Principal Unpaid | No. of Days | Interest Unpa | Daily Interest | Total Principal + Interest Unpaid at end of period | | | | | | | |
| | 02/03/09-07/22/10 | $1,080,933.55 | 534 | $7,748.96 | $14.51 | $1,088,682.51 | | | | | | | |
| | 1st Payment 07/22/10-$44,350.86 | $1,044,331.65 | 0 | $0.00 | $14.02 | | | | | | | | |
| | 07/22/10-11/08/10 | $1,044,331.65 | 109 | $1,528.16 | $14.02 | $1,045,859.81 | | | | | | | |
| | 2nd Payment 11/8/10-$7000 | $1,038,859.83 | 0 | $0.00 | $13.95 | | | | | | | | |
| | 11/8/10-05/20/11 | $1,038,859.83 | 193 | $2,691.64 | $13.95 | $1,041,551.47 | | | | | | | |
| | 3rd Payment 5/20/11 --$200,000 | $841,551.47 | | | | | | | | | | | |
| | 4th Payment- Safe Deposit Box Contents sold to SF Gold Buyer- 6/20/2011-$32,445.30, credited as of 5/20/11 | $809,106.17 | | | | | | | | | | | |
| | 5th payment --from Betty Ma for $740 on 6/20/2011-- credited as of 5/20/2011 | $808,366.17 | | | | | | | | | | | |
| | Amount Due on Judgment as of 5/20/2011 | **$808,366.17** | | | $10.85 | | | | | | | | |
| | Interest Due on Judgment as of 1/11/2012 | | 236 | $2,560.60 | | | | | | | | | |
| | Plus US Marshal Costs (see Docket Entry 175) | $940 | | | | | | | | | | | |
| | Total Judgment Due a/o 1/11/2012 | **$811,866.77** | | | | | | | | | | | |

EXHIBIT A TO COOKE DEC.   Case No. C-07-4946-JSW