| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (650) 638-2370 | FOR RECORDER'S USE ONLY |
|---|---|---|

☐ RECORDING REQUEST BY AND RETURN TO:
CHRISTOPHER C. COOKE, SBN 142342
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402

☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: MEI-FANG LISA ZHANG, et al.

DEFENDANT: WEI-MAN RAYMOND TSE, et al.

| WRIT OF | ☒ EXECUTION (Money Judgment) | | CASE NUMBER: C-07-04946 JSW |
|---|---|---|---|
| | ☐ POSSESSION OF | ☐ Personal Property | |
| | | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of:

You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.090 or CCP 715.040.
3. (Name): MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG
is the   ☒ judgment creditor   ☐ assignee of record
whose address is shown on this form above the court's name.

| 4. Judgment debtor (name and last known address): | |
|---|---|
| WEI-MAN RAYMOND TSE 555 Montgomery Street, Suite 610 San Francisco, CA 94111 | |

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. ☐ This writ is issued on a sister-state judgment.

THERESA WONG
555 Montgomery Street, Suite 610
San Francisco, CA 94111

| 11. Total judgment.................................................$ | 1,080,933.55 |
|---|---|
| 12. Costs after judgment (per filed order or memo CCP 685.090 ...............................$ | 940.00 |
| 13. Subtotal (add 11 and 12)..............................$ | 1,081,873.55 |
| 14. Credits .........................................................$ | 284,536.16 |
| 15. Subtotal (subtract 14 from 13)......................$ | 797,337.39 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) .............................................$ | 14,529.38 |
| 17. Fee for issuance of writ ...............................$ | |
| 18. Total (add 15, 16, and 17)...........................$ | 811,866.77 |

☒ additional judgment debtors on reverse

5. Judgment entered on (date): February 3, 2009
6. ☐ Judgment renewed on (dates):

19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of ...................$   10.85

7. Notice of sale under this writ
a. ☐ has not been requested.
b. ☐ has been requested (see reverse).
8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

| (SEAL) | Issued on (date): JAN 1 2 2012 | Clerk, by _____ MARK J. JENKINS , Deputy |
|---|---|---|

**- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -**

| (Continued on reverse) | WRIT OF EXECUTION CCP 699.520, 712.010, 715.010 EJ-130REV1/89 |
|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE:<br>MEI-FANG LISA ZHANG, et al. v. WEI-MAN RAYMOND TSE, et al. | CASE NUMBER<br>C-07-04946 JSW |
|---|---|

CONTINUED FROM FRONT:

☒ Additional judgment debtor *(name and last known address)*:

JAMES YU
555 Montgomery Street, Suite 610
San Francisco, CA 94111


623 22ND AVE
SAN FRANCISCO, CA 94121-3702

Additional Judgment Debtors appear on Attachment 4

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
　a. on *(date)*:
　b. name and address of joint debtor

a. on *(date)*:
b. name and address of joint debtor

　c.　☐ additional costs against certain joint debtor: *(itemize)*:


☐ Judgment was entered for the following:
　a.　☐ Possession of personal property
　　　☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
　b.　☐ Possession of real property
　c.　☐ Sale of personal property
　d.　☐ Sale of real property
　e. Description of property

J-130 REV. Jan. 1, 1989) **WRIT OF EXECUTION** Page two

American LegalNet, Inc.
www.FormsWorkflow.com

---

**- NOTICE TO PERSON SERVED**

Writ of execution or sale. Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property. If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

---

American LegalNet, Inc.
www.FormsWorkflow.com

ATTACHMENT 4 TO WRIT OF EXECUTION
ADDITIONAL JUDGMENT DEBTORS
(Name and Last Known Address)
Zhang v. Tse, et al., Case No. C-07-04946 JSW

4.    VICTOR W. SO
      % Legendary Palace
      708 Franklin Place
      Oakland, CA 94607

      1919 Fruitdale Ave., Apt. A6
      San Jose, CA 95128-4969

5.    JIAN XIAO
      737 Chester Street
      Oakland, CA 94607-1938

6.    CHRIST INVESTMENT SERVICE, INC.
      % Bill Shu Wai Ma, CEO
      1945 Kirkham Street
      San Francisco, CA 94122

7.    CIS SERVICE, INC.
      % Bil Shu Wai Ma, CEO
      1945 Kirkham Street,
      San Francisco, CA 94122

8.    PACIFIC BEST GROUP LTD., aka PACIFIC BEST COMPANY LTD.
      % Mr. Wei-Man Raymond Tse
      555 Montgomery Street, Suite 610
      San Francisco, CA 94111

9.    SOUTH CHINA INVESTMENT INC.
      % Ms. Run Ping Zhou
      3567 Kimberly Road
      Cameron Park, CA 95682