IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG LISA ZHANG, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEI-MAN RAYMOND TSE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-04946 JSW<br><br>**ORDER CLARIFYING BRIEFING SCHEDULE ON MOTION TO SET ASIDE JUDGMENT** |

On March 14, 2012, Defendant James Yu filed a motion to set aside the judgment in this case and noticed it for hearing on April 27, 2012. Because that date was not available for hearings, Defendant re-filed the motion on March 15, 2012 and set it for hearing on May 25, 2012. However, Defendant did not correctly enter the dates on which the opposition and reply briefs are due. The Court issues this Order to clarify the correct briefing schedule. Because Defendant re-filed the motion in its entirety, in accordance with Northern District Civil Local Rule 7-3(a) and 7-(3)(c), the opposition brief is due on March 29, 2012 and the reply brief is due on April 5, 2012.[1]

**IT IS SO ORDERED.**

Dated: March 15, 2012

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, in the future, if counsel needs to re-notice a hearing, counsel should simply file a notice with a new hearing date.