| | |
|---|---|
| 1 | CHRISTOPHER C. COOKE (SBN 142342) |
| 2 | COOKE KOBRICK & WU LLP<br>177 Bovet Road, Suite 600 |
| 3 | San Mateo, CA 94422 |
| 4 | Email:  ccooke@ckwlaw.com<br>Tel: (650) 638-2370 |
| 5 | Fax: (650) 350-4333 |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| 8 | EDWARD GARTENBERG (SBN 102693)<br>GARTENBERG GELFAND HAYTON |
| 9 | & SELDEN LLP<br>801 South Figueroa Street, Suite 2170 |
| 10 | Los Angeles, CA 90017 |
| 11 | Email: egartenberg@gghslaw.com<br>Tel: (213) 542-2100 |
| 12 | Fax: (213) 542-2101 |
| 13 | |
| 14 | Attorneys for Defendant<br>James Yu |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MEI-FANG LISA ZHANG, et al., | ) | Case No.:  3:07-CV-04946 JSW |
| | ) | [Related to C-05-02641] |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| WEI-MAN RAYMOND TSE,  et al., | ) | **(1) CHANGING HEARING DATE ON** |
| | ) | **DEFENDANT JAMES YU'S MOTION TO** |
| Defendants. | ) | **SET ASIDE JUDGMENT AND** |
| | ) | **(2) AMENDING SUPPLEMENTAL** |
| | ) | **BRIEFING SCHEDULE** |

WHEREAS, on March 14, 2012, defendant James Yu filed a motion to set aside the judgment entered against him and the Court, by order dated April 26, 2012, has continued the

-1-

STIPULATION AND [PROPOSED] ORDER
Case No.:  3:07-CV-04946 JSW

hearing on this motion until Friday, June 22, 2012 and granted plaintiffs' leave to file a supplemental submission by Friday, June 1, 2012 and defendant James Yu leave to file a reply by Friday, June 8, 2012, and granted defendant James Yu's counsel leave to appear telephonically at the hearing on Friday, June 22;

WHEREAS, plaintiffs' counsel, Christopher Cooke, has a previously scheduled vacation for Friday, June 22, 2012 and will not be able to attend the hearing date set by the Court, and defendant James Yu's counsel is willing to reschedule the hearing on the motion to accommodate that vacation;

WHEREAS, both parties request a short extension on the briefing schedule in order to obtain the deposition transcripts from the depositions held on Friday, May 25, 2012 before their submissions are due and such transcripts will not be available by Friday, June 1 (without substantial additional expense);

IT IS HEREBY STIPULATED, by and between the parties, hereto, through their respective counsel, as follows:

1. The hearing on defendant James Yu's motion to set aside the judgment shall be continued until Friday, July 20, 2012. Defendant James Yu's counsel is granted permission to appear by telephone at the hearing. The Court may, however, decide the motion without a hearing and will notify the parties if it intends to do so.

2. Plaintiffs' supplemental brief in shall be due on or before Friday, June 22 and defendant James Yu's reply shall be due on or before Friday, June 29.

SO STIPULATED this 30th day of May, 2012:

Dated: May 30, 2012      COOKE KOBRICK & WU LLP


                         By:_____/s/_____
                            Christopher Cooke
                            Attorneys for Plaintiffs

Dated: May 30, 2012      GARTENBERG GELFAND HAYTON & SELDEN LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____/s/_____
Edward Gartenberg
Attorneys for Defendant James Yu

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 31, 2012

_____Jeffrey S. White_____
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:07-CV-04946 JSW