# COOKE KOBRICK & WU LLP
Attorneys at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 638-2370 •Fax (650) 350-4333

19 July 2012

**Christopher Cooke**
ccooke@ckwlaw.com

**VIA ECF SYSTEM**
The Hon. Jeffrey White
United States District Judge
450 Golden Gate Ave.
San Francisco, CA 94102

*Re:* *Zhang, et al. v. Tse, et al, Case No. C-207-4946 JSW*

Dear Judge White:

In addition to the authorities cited in the parties' briefs, plaintiffs may discuss the following authorities at tomorrow's hearing on defendant James Yu's motion to set aside the default judgment:

1 Moore's Federal Practice –Civil § 4.90 (Matthew Bender & Co: 2012

*Days' Inn Worldwide, Inc. v. Patel,* 445 F.3d 899, 904 (6th Cir. 2006)

*Nikwei v. Ross School of Aviation, Inc.* 822 F.2d 934, 943-45 (10th Cir. 1987)

Steven Ruth, who is of counsel to our firm, will present plaintiffs' argument in opposition to the motion and address the Court's questions at tomorrow's hearing.

Very Truly Yours,

Christopher Cooke

Cc: Edward Gartenberg (via ECF System), attorney for James Yu.