Edward Gartenberg (State Bar No. 102693)
Carolyn Pearson (State Bar No. 258972)
GARTENBERG GELFAND HAYTON & SELDEN LLP
801 South Figueroa Street, Suite 2170
Los Angeles, California 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101

Attorneys for Defendant
JAMES YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI-FANG LISA ZHANG, BAY AREA AFFORDABLE HOUSING, LLC, XUE-HUAN GAO, YANG-CHUN ZHANG, CAROL JIAN DENG, and HAO LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>WEI-MAN RAYMOND TSE, RUN PING ZHOU a.k.a. FLORA ZHOU, THERESA WONG, JAMES YU, BILL SHU WAI MA, MOLLY LAU, VICTOR SO, JIAN XIAO, CHRIST INVESTMENT SERVICE, INC., CIS SERVICE, INC., PACIFIC BEST GROUP, LTD. a.k.a. PACIFIC BEST COMPANY, LTD., and SOUTH CHINA INVESTMENT, INC.,<br><br>Defendants. | Case No.: 3:07-CV-04946 JSW<br>(Related to C-05-02641 JSW)<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO FACILITATE SETTLEMENT<br><br>**Current Date:** October 5, 2012<br>**Proposed Date:** November 2, 2012<br>**Time:** 1:30 pm<br>**Dept.:** Courtroom 11<br>**Judge:** Hon. Jeffrey S. White |

Based upon the Stipulation entered into between Plaintiffs and Defendant James Yu ("Defendant"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Case Management Conference is continued from October 5, 2012 at 1:30 pm to November 2, 2012 at 1:30 pm in Courtroom 11 of the above-entitled Court.

Dated: September 26, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

41113

[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO FACILITATE SETTLEMENT