EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Christopher C. Cooke (SBN#142342)<br>Murphy Cooke Kobrick LLP<br>177 Bovet Rd., #600<br>San Mateo CA 94402 | TELEPHONE NO.: 650-638-2370 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Judgment Creditors | | |

| NAME OF COURT: United States District Court, N.D. California |
|---|
| STREET ADDRESS: 1301 Clay Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Oakland, CA 94612 |
| BRANCH NAME: Oakland Division |

PLAINTIFF: Mei-Fang Lisa Zhang, et al.

DEFENDANT: Wei-Man Raymond Tse, et al.

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: 4:07-CV-04946 JSW |
|---|---|

TO JUDGMENT DEBTOR (name): Wei-Man Raymond Tse, Theresa Wong, Victor W. So, Jian Xiao, CHRIST INVESTMENT SERVICE, INC., CIS SERVICE, INC., PACIFIC BEST GROUP LTD., SOUTH CHINA INVESTMENT INC.

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.
2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.
3. You must make this motion within **30 days** after service of this notice on you.
4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Date: January 25, 2019    Clerk, by  *Susan Y. Soong*
Cynthia J. Lenahan

[SEAL]

See CCP 683.160 for information on method of service

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure
www.courts.ca.gov

**EJ-190**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Christopher C. Cooke (SBN 142342)<br>Murphy Cooke Kobrick LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402 | |

TEL NO.: 650-638-2370   FAX NO. *(optional)*:
E-MAIL ADDRESS *(Optional)*:
[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S.D.C N.D. Cal.
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland CA 94612
BRANCH NAME: Oakland Division

PLAINTIFF: Mei-Fang Lisa Zhang et al.
DEFENDANT: Wei-Man Raymond Tse et al.

CASE NUMBER: 4:07-CV-04946 JSW

## APPLICATION FOR AND RENEWAL OF JUDGMENT

FOR COURT USE ONLY

[x] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   Xue-Huan Gao, Bay Area Affordable Housing, Mei-Fang Lisa Zhang, Yang-Chuan Zhang, c/o ChristopherCooke, 177 Bovet Rd #600 San Mateo CA 94402

2. Judgment debtor *(name and last known address)*:
   Wei-Man Raymond Tse, 555 Montgomery St. San Francisco, CA 94111
   See additional judgment debtors on Attachment 4 a.

3. Original judgment
   a. Case number *(specify)*: 3:07-CV-04946 JSW
   b. Entered on *(date)*: 2/3/2009
   c. Recorded:
      (1) Date: 3/13/2009
      (2) County: Alameda
      (3) Instrument No.: 097190467619

4. [ ] Judgment previously renewed *(specify each case number and date)*:

5. [x] Renewal of money judgment
   a. Total judgment .......................... $ 1,080,933.55
   b. Costs after judgment ................... $     940.00
   c. Subtotal *(add a and b)* ................. $ 1,081,873.55
   d. Credits after judgment ................. $   272,564.47
   e. Subtotal *(subtract d from c)* ........... $   809,309.08
   f. Interest after judgment ................ $    28,946.11
   g. Fee for filing renewal application ..... $ 0
   h. **Total renewed judgment** *(add e, f, and g)* $ **838,255.19**

   i. [ ] The amounts called for in items a–h are different for each debtor.
   These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

| SHORT TITLE: Zhang v Tse | CASE NUMBER: 4:07-CV-04946 JSW |
|---|---|

6. ☐ Renewal of judgment for ☐ possession.
☐ sale.

a. ☐ If judgment was not previously renewed, terms of judgment as entered:

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2019

Christopher Cooke
(TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

ATTACHMENT 4 A TO APPLICATION FOR AND RENEWAL OF JUDGMENT—ADDITIONAL JUDGMENT DEBTORS -Case No. 4:07-CV-04946 JSW

**Debtor/Last Known Address**

2.THERESA WONG
555 Montgomery Street, Suite 610
San Francisco, CA 94111

3. VICTOR W. SO
708 Franklin Place
Oakland, CA 94607

4. JIAN XIAO
737 Chester Street
Oakland, CA 94607-1938

5. CHRIST INVESTMENT SERVICE INC. (a Corporation)
555 Montgomery Street, Suite 610
San Francisco, CA 94111

6. CIS SERVICE, INC. (a Corporation)
555 Montgomery Street, Suite 610
San Francisco, CA 94111

7. PACIFIC BEST GROUP LTD. (type of entity is unknown)
c/o Wei-Man Raymond Tse
555 Montgomery Street, Suite 610
San Francisco, CA 94111

8. SOUTH CHINA INVESTMENT INC. (a Corporation)
c/o Ms. Run Ping Zhou
3567 Kimberly Road
Cameron Park, CA 95682